

# MIAMI-DADE COUNTY CLERK OF THE COURTS
## HARVEY RUVIN

Contact Us    My Account    

---

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀◀ BACK

| POMPILIO ROMAN ANGELIS VS BURGER KING CORPORATION | | | |
|---|---|---|---|
| **Local Case Number:** | 2020-012173-CA-01 | **Filing Date:** | 06/09/2020 |
| **State Case Number:** | 132020CA012173000001 | **Judicial Section:** | CA06 |
| **Consolidated Case No.:** | N/A | **Case Type:** | Comm Premises Liability |
| **Case Status:** | OPEN | | |

👥 **Parties**                                    Total Of Parties: 2  ➕

⚒ **Hearing Details**                             Total Of Hearings: 4  ➕

📶 **Dockets**                                     Total Of Dockets: 52  ➖

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | | 03/26/2021 | | Case Management Conference | Hearing | **CASE MANAGEMENT CONFERENCE** |
| 📄 | 47 | 02/10/2021 | | Notice of Cancellation of Deposition | Event | |
| 📄 | 46 | 02/09/2021 | | Order of Withdrawal as Attorney of Record | Event | |
| 📄 | 45 | 02/08/2021 | | Motion to Withdraw | Event | **AS COUNSEL OF RECORD FOR PLAINTIFF** |
| 📄 | 44 | 02/08/2021 | | Motion to Withdraw | Event | |
| 📄 | 43 | 02/01/2021 | | Notice of Interrogatory | Event | |
| 📄 | 42 | 01/28/2021 | | Notice of Filing: | Event | **DEFENDANT'S RESPONSES** |
| 📄 | 41 | 01/28/2021 | | Notice of Service of Process | Event | **PLAINTIFF'S** |
| | | 01/28/2021 | | Motion Calendar | Hearing | **DEFENDANT'S MOTION TO COMPEL DISCOVERY** |
| 📄 | 40 | 01/04/2021 | | Certificate of No Objections to Production | Event | |
| 📄 | 39 | 12/18/2020 | | Notice of | Event | |



EXHIBIT A

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | | | | Production | Event | |
| | 38 | 12/18/2020 | | Notice of Taking Video Deposition | Event | |
| | 37 | 12/18/2020 | | Motion to Compel | Event | **DISCOVERY** |
| | 36 | 12/15/2020 | | Notice of Hearing- | Event | **1-28-2021** |
| | 35 | 12/15/2020 | | Motion to Compel | Event | |
| | 34 | 12/14/2020 | | Motion to Compel | Event | **DEFENDANT'S** |
| | 33 | 11/10/2020 | | Request for Admissions | Event | |
| | 32 | 11/09/2020 | | Order Setting Management Conference | Event | |
| | | 11/06/2020 | | Case Management Conference | Hearing | **CASE MANAGEMENT CONFERENCE** |
| | 31 | 11/05/2020 | | Notice of Appearance | Event | Parties: Angelis Pompilio Roman |
| | 30 | 10/15/2020 | | Order: | Event | **GRANTING MOTION TO WITHDRAW** |
| | | 10/15/2020 | | Motion Calendar | Hearing | **MOTION TO WITHDRAW ‖NOTICE OF HEARING** |
| | 29 | 10/05/2020 | | Amended Motion | Event | **AMENDED MOTION TO WITHDRAW AS COUNSEL.** |
| | 28 | 10/05/2020 | | Amended Notice of Hearing | Event | **HEARING SET FOR 10/15/20 AT 9:00 A.M.** |
| | 27 | 10/05/2020 | | Notice of Hearing- | Event | **10/15/2020 9:00AM VIA ZOOM** |
| | 26 | 10/05/2020 | | Motion to Withdraw | Event | |
| | 25 | 09/30/2020 | | Notice of Hearing- | Event | **OCTOBER 13, 2020 AT 9:00AM** |
| | 24 | 09/25/2020 | | Notice of Hearing- | Event | **OCTOBER 07, 2020 AT 9AM** |
| | 23 | 09/18/2020 | | Notice of Hearing- | Event | |
| | 22 | 09/18/2020 | | Case Management Report | Event | |
| | 21 | 09/09/2020 | | Notice of Answer to Interrogatories | Event | |
| | 20 | 09/09/2020 | | Response to Request for Production | Event | |
| | 19 | 09/04/2020 | | Notice of Filing: | Event | **VERIFICATION PAGE TO REPOSNSES TO PLTF'S FIRST SET OF SLIP AND FALL INTERROGATORIES** |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | 18 | 09/03/2020 | | Response to Request for Production | Event | |
| | 17 | 09/03/2020 | | Notice of Answer to Interrogatories | Event | |
| | 16 | 08/31/2020 | | Order Setting Management Conference | Event | **NOVEMBER 6TH, 2020 AT 10:00 AM** |
| | 15 | 08/10/2020 | | Notice of Trial (case at Issue) | Event | |
| | 14 | 07/28/2020 | | Notice of Taking Video Deposition | Event | |
| | 13 | 07/21/2020 | | Request for Production | Event | |
| | 12 | 07/21/2020 | | Notice of Interrogatory | Event | |
| | 11 | 07/21/2020 | | Request for Production | Event | |
| | 10 | 07/21/2020 | | Notice of Interrogatory | Event | |
| | 9 | 07/21/2020 | | Reply to Affirmative Defenses | Event | |
| | 8 | 07/21/2020 | | Answer and Affirmative Defense | Event | Parties: LI Albert; Burger King Corporation |
| | 7 | 07/02/2020 | | Notice of Appearance | Event | Parties: LI Albert; Burger King Corporation |
| | 6 | 06/10/2020 | | Receipt: | Event | RECEIPT#:2640157 AMT PAID:$10.00 NAME:WILLIAM RUGGIERO 200 S ANDREWS AVE # 703 FORT LAUDERDALE FL 33301-1864 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:$10.00 RECEIPT DATE:06/10/2020 REGISTER#:264 CASHIER:EFILINGUSER |
| | 5 | 06/10/2020 | | Receipt: | Event | RECEIPT#:2640139 AMT PAID:$401.00 NAME:WILLIAM RUGGIERO 200 S ANDREWS AVE # 703 FORT LAUDERDALE FL 33301-1864 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 RECEIPT DATE:06/10/2020 REGISTER#:264 CASHIER:EFILINGUSER |
| | | 06/09/2020 | | 20 Day Summons Issued | Service | |
| | 4 | 06/09/2020 | | ESummons 20 Day Issued | Event | Parties: Burger King Corporation |
| | 3 | 06/09/2020 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| | 2 | 06/09/2020 | | Complaint | Event | |
| | 1 | 06/09/2020 | | Civil Cover Sheet - Claim Amount | Event | |

◀◀ BACK

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer

## General

Online Case Home

Civil / Family Courts Information

Login

## Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us



# HARVEY RUVIN

Miami-Dade County
Clerk of the Courts

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2021 Clerk of the Courts. All rights reserved.



 **CT Corporation**

**Service of Process Transmittal**
06/15/2020
CT Log Number 537791581

**TO:**  Sharalea Andrade
BURGER KING CORPORATION
5507 BLUE LAGOON DR
MIAMI, FL 33126-2029

**RE:**  **Process Served in Florida**

**FOR:**  Burger King Corporation  (Domestic State: FL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Pompilio Ramon Angelis, Pltf. vs. Burger King Corporation, Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2020012173CA06 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/15/2020 at 15:24 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/15/2020, Expected Purge Date: 06/20/2020 |
| | Image SOP |
| | Email Notification,  Daryl Culp  DCulp@rbi.com |
| | Email Notification,  Legal COE  LegalCOE.litigation@rbi.com |
| | Email Notification,  Ricardo Kuan  RKuan@rbi.com |
| | Email Notification,  ATTN: Legal  RBIrobot02@rbi.com |
| | Email Notification,  Sharalea Andrade  SAndrade@rbi.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1209 N Orange St<br>Wilmington, DE 19801-1120 |
| **For Questions:** | 866-401-8252<br>EastTeam2@wolterskluwer.com |

Page 1 of  1 / AV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Filing # 108583851 E-Filed 06/09/2020 12:05:34 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2020-012173-CA06

**POMPILIO RAMON ANGELIS,**

      Plaintiff,

vs.

**BURGER KING CORPORATION**

      Defendant.

_____/

| | |
|---|---|
| Date: | 6/15/2020 |
| Time: | 2 3 PM |
| Server: | Cy |
| ID #: | 202 |

*CIVIL ACTION SUMMONS*

**THE STATE OF FLORIDA:**

TO EACH SHERIFF OF THE STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in this lawsuit on Defendant:

**Burger King Corporation**
**By serving registered agent: C T Corporation System**
**1200 S. Pine Island Road**
**Plantation, FL 33324**

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, to wit:

**WILLIAM C. RUGGIERO, ESQUIRE**
**Museum Plaza, Suite 703**
**200 South Andrews Avenue**
**Fort Lauderdale, Florida 33301**
**(954) 462-2300**
**Email: Ruggiero@wcrlaw.com**

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court, Miami-Dade County Courthouse, 73 West Flagler Street, Miami, Florida 33130, either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

                    6/9/2020

**DATED ON** _____, 2020.

                             HARVEY RUVIN
                             as Clerk of said Court

(SEAL)                           BY: _____
                                  Deputy Clerk

WCR:mc
June 9, 2020

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.  2020-012173-CA06

**POMPILIO RAMON ANGELIS,**

              Plaintiff,

vs.

**BURGER KING CORPORATION**

              Defendant.

_____/

## COMPLAINT FOR DAMAGES

              COMES NOW the Plaintiff, POMPILIO RAMON ANGELIS, by and through

undersigned counsel and sues the Defendant, BURGER KING CORPORATION and

alleges as follows:

              1.        That this is an action for damages in excess of Thirty Thousand

($30,000.00) Dollars.

              2.        That the Plaintiff, POMPILIO RAMON ANGELIS, at all times material

and relevant hereto was a resident of Bronx, New York and is sui juris.

              3.        That the Defendant, BURGER KING CORPORATION is and has been

at all times material hereto licensed to do business in the State of Florida.

              4.        That on or about May 8, 2019 the Plaintiff, POMPILIO RAMON

ANGELIS, was lawfully on the premises of the Defendant, BURGER KING

CORPORATION located at 13201 S Dixie Hwy, Miami, FL, 33156 as a business invitee.

              5.        That on or about May 8, 2019 the Defendant, BURGER KING

CORPORATION by and through its agents, employees, and/or servants, had exclusive

dominion, possession and control of the premises.

              6.        That on or about May 8, 2019  the Defendant, BURGER KING

CORPORATION by and through its agents, employees, and/or servants, negligently and carelessly maintained the above mentioned premises, to-wit:   An employee of the Defendant was playing with tray, and dropped one on Plaintiff,  causing the Plaintiff, POMPILIO RAMON ANGELIS, to serious injuries.

7.     That the Defendant, BURGER KING CORPORATION either knew or should have known of the existence of the dangerous condition of the common area and should have taken steps to warn the Plaintiff, POMPILIO RAMON ANGELIS, of the existence of the dangerous condition.

8.     That the Defendant, BURGER KING CORPORATION had a non-delegable duty to maintain the common areas in a reasonably safe and proper condition for the general public.

9.     That the Defendant failed to maintain said common areas in a safe and proper condition.

10.     That the Defendant, BURGER KING CORPORATION was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for the Plaintiff.

11.     That the Defendant, BURGER KING CORPORATION  failed to warn the Plaintiff, POMPILIO RAMON ANGELIS, of the aforementioned condition and the risk involved in as much as the presence of the Plaintiff, POMPILIO RAMON ANGELIS, was known or reasonably foreseeable by the Defendant, BURGER KING CORPORATION and the Plaintiff, POMPILIO RAMON ANGELIS, neither knew nor should have known of said condition and risk by the use of reasonable care.

12.     That as a result of the Defendant's negligence, Plaintiff, POMPILIO RAMON ANGELIS, was severely injured.

13.     That as a direct and proximate result of the negligence of the Defendant, BURGER KING CORPORATION the Plaintiff, POMPILIO RAMON ANGELIS, was injured in and about his body and extremities, suffered pain therefrom, suffered

physical handicap, lost wages, loss of ability to earn money in the past and in the future, aggravation of a previously existing condition and suffered the inability to lead a normal life; all of which are permanent and continuing in nature.

14.   In addition, as a direct and proximate result of the Defendant, BURGER KING CORPORATION the Plaintiff, POMPILIO RAMON ANGELIS, incurred medical expenses in the treatment of injuries and will continue to incur said expenses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, BURGER KING CORPORATION and a trial by jury of all issues triable as a right by a jury.

DATED this 9th day of June, 2020.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone: (954) 462-2300
Email:  Ruggiero@wcrlaw.com

BY:   /s/ William C. Ruggiero
        WILLIAM C. RUGGIERO
        Florida Bar No. 878499

WCR:mc

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

        Plaintiff,

vs.

                                        CASE NO.: 2020-012173-CA-06

BURGER KING CORPORATION, A Florida
Corporation,

        Defendant.

_____/

## DEFENDANT'S, BURGER KING CORPORATION, ANSWER AND AFFIRMATIVE DEFENSES

Defendant, Burger King Corporation, ("Burger King"), by and through their undersigned counsel, and pursuant to the Florida Rules of Civil Procedure, files its Answer and Affirmative Defenses in response to Plaintiff's, Pompilio Ramon Angelis, Complaint, and states:

1. Without knowledge, otherwise denied.

2. Without knowledge, otherwise denied.

3. Admitted for jurisdictional purposes only, otherwise denied.

4. Without knowledge, otherwise denied.

5. Admitted that Burger King was in control of the premises for purpose of operating a restaurant, otherwise denied.

6. Denied.

7. Denied.

8. Burger King admits that it had a duty to it maintain its premises in a reasonably safe condition but denies breaching any such duty.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

## **DEFENDANT'S AFFIRMATIVE DEFENSES**

Burger King, has not yet had an opportunity to complete discovery in this matter, and therefore, relies upon the following defenses and affirmative defenses, which may prove applicable after discovery or at trial, and reserves the right to amend these defenses as discovery continues or the facts warrant:

15. Plaintiff has failed to state a claim upon which relief may be granted.

16. At all times relevant to the incident alleged in Plaintiff's Complaint, Burger King exercised reasonable care in maintaining its premises in a reasonable safe condition.

17. At all times relevant to the incident alleged in Plaintiff's Complaint, Burger King exercised reasonable care in the maintenance, inspection, and repair, (if found applicable) of its premises.

18. The employee referred in the Complaint was acting outside the course and scope of his at the time the alleged incident occurred.

19. At the time and place complained of, Plaintiff, so carelessly and negligently conducted himself so as to proximately cause or contribute to the alleged accident, injuries and damages alleged in Plaintiff's Complaint, thus barring or reducing all claims for damages against Defendant, Burger King.

20. Plaintiff has failed to mitigate his damages, if any.

21.  The injuries and losses complained of by Plaintiff occurred either prior to or subsequent to the incident referred in the Complaint; alternatively, said injuries and losses are in no way related to the incident referred to in the Complaint, thus barring or reducing proportionately all claims for damages against Burger King.

22. Although it denies liability to Plaintiff, any liability found on the part of this Defendant and any damages awarded in favor of Plaintiff are subject to the comparative fault provisions of Section 768.81, Florida Statutes and this Defendant cannot be liable for more than its proportionate share of damages awarded. Further, pursuant to *Fabre v. Marin*, 623 So. 2d 1182 (Fla. 1993), any damages awarded to Plaintiff are subject to apportionment by the jury as the total fault of all participants in the accident, both known and unknown.

23. Burger King is entitled to a setoff of all sums of money received by judgment, settlement or otherwise by Plaintiff, from any party or non-party to this action for the injuries and/or damages allegedly sustained as a result of the incident described in Plaintiff's Complaint.

24. Any recovery by Plaintiff herein should be diminished by the amount of all benefits which Plaintiff has received from collateral sources as defined by section 768.76, Florida Statutes.

25. In the event a jury awards future economic losses to Plaintiff in excess of $250,000.00, Defendant is entitled to use the payment provisions in § 768.78 Fla. Stat.

26.  Burger King reserves the right to raise any additional affirmative defenses that it may determine applicable through the discovery process.

## DEMAND FOR JURY TRIAL

Defendant, Burger King, demands trial by jury as to all issues so triable.

WHEREFORE, Defendant, Burger King Corporation, prays that judgment be entered in its favor and against Plaintiff as to all claims advanced by Plaintiff against them and such other relief as the Court may deem appropriate.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing has been furnished by e-mail on this 21st day of July  2020 to:  Counsel for Plaintiff, William C. Ruggiero, Eq., Law Offices of William C. Ruggiero, 200 S. Andrews Avenue, Suite 703, Ft. Lauderdale, Florida 33301; Ruggiero@wcrlaw.com.

/s/ *Albert Li*

ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
Email: bfitzsimmons@rumberger.com  (primary)
Email: bfitzsimmonssecy@rumberger.com
and docketingmiami@rumberger.com (secondary)
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com (primary)
E-mail:  docketingmiami@rumberger.com and
ssingersecy@rumberger.com (secondary)
ALBERT LI
Florida Bar No. 118778
Email:  ali@rumberger.com (primary)
Email:  alisecy@rumberger.com; and
docketingmiami@rumberger.com  (secondary)
RUMBERGER, KIRK & CALDWELL
Brickell City Tower, Suite 3000
80 S.W. 8th Street (33130-3037)
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580
*Counsel for Burger King Corporation*

13737757.v1

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2020-012173-CA06

**POMPILIO RAMON ANGELIS,**

        Plaintiff,

vs.

**BURGER KING CORPORATION**

        Defendant.

_____/

## COMPLAINT FOR DAMAGES

    COMES NOW the Plaintiff, POMPILIO RAMON ANGELIS, by and through undersigned counsel and sues the Defendant, BURGER KING CORPORATION and alleges as follows:

    1.    That this is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars.

    2.    That the Plaintiff, POMPILIO RAMON ANGELIS, at all times material and relevant hereto was a resident of Bronx, New York and is sui juris.

    3.    That the Defendant, BURGER KING CORPORATION is and has been at all times material hereto licensed to do business in the State of Florida.

    4.    That on or about May 8, 2019 the Plaintiff, POMPILIO RAMON ANGELIS, was lawfully on the premises of the Defendant, BURGER KING CORPORATION located at 13201 S Dixie Hwy, Miami, FL, 33156 as a business invitee.

    5.    That on or about May 8, 2019 the Defendant, BURGER KING CORPORATION by and through its agents, employees, and/or servants, had exclusive dominion, possession and control of the premises.

    6.    That on or about May 8, 2019  the Defendant, BURGER KING

CORPORATION by and through its agents, employees, and/or servants, negligently and carelessly maintained the above mentioned premises, to-wit: An employee of the Defendant was playing with tray, and dropped one on Plaintiff, causing the Plaintiff, POMPILIO RAMON ANGELIS, to serious injuries.

7. That the Defendant, BURGER KING CORPORATION either knew or should have known of the existence of the dangerous condition of the common area and should have taken steps to warn the Plaintiff, POMPILIO RAMON ANGELIS, of the existence of the dangerous condition.

8. That the Defendant, BURGER KING CORPORATION had a non-delegable duty to maintain the common areas in a reasonably safe and proper condition for the general public.

9. That the Defendant failed to maintain said common areas in a safe and proper condition.

10. That the Defendant, BURGER KING CORPORATION was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for the Plaintiff.

11. That the Defendant, BURGER KING CORPORATION failed to warn the Plaintiff, POMPILIO RAMON ANGELIS, of the aforementioned condition and the risk involved in as much as the presence of the Plaintiff, POMPILIO RAMON ANGELIS, was known or reasonably foreseeable by the Defendant, BURGER KING CORPORATION and the Plaintiff, POMPILIO RAMON ANGELIS, neither knew nor should have known of said condition and risk by the use of reasonable care.

12. That as a result of the Defendant's negligence, Plaintiff, POMPILIO RAMON ANGELIS, was severely injured.

13. That as a direct and proximate result of the negligence of the Defendant, BURGER KING CORPORATION the Plaintiff, POMPILIO RAMON ANGELIS, was injured in and about his body and extremities, suffered pain therefrom, suffered

physical handicap, lost wages, loss of ability to earn money in the past and in the future, aggravation of a previously existing condition and suffered the inability to lead a normal life; all of which are permanent and continuing in nature.

14.   In addition, as a direct and proximate result of the Defendant, BURGER KING CORPORATION the Plaintiff, POMPILIO RAMON ANGELIS, incurred medical expenses in the treatment of injuries and will continue to incur said expenses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, BURGER KING CORPORATION and a trial by jury of all issues triable as a right by a jury.

DATED this 9th day of June, 2020.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone:  (954) 462-2300
Email:  Ruggiero@wcrlaw.com

BY:   /s/ William C. Ruggiero
WILLIAM C. RUGGIERO
Florida Bar No. 878499

WCR:mc

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

        Plaintiff,

vs.

CASE NO.: 2020-012173-CA-06

BURGER KING CORPORATION, A Florida
Corporation,

        Defendant.

_____/

## DEFENDANT'S, BURGER KING CORPORATION, NOTICE OF SERVING INTERROGATORIES

Defendant, BURGER KING CORPORATION, by and through undersigned counsel, and

pursuant to Florida Rule of Civil Procedure 1.340, hereby files its Notice of Serving Interrogatories

to Plaintiff, POMPILIO RAMON ANGELIS.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing has been furnished by e-mail on

this 21st day of July 2020 to:  Counsel for Plaintiff, William C. Ruggiero, Esq. Law Offices Of

William C. Ruggiero Attorneys for Plaintiff Museum Plaza, Suite 703 200 South Andrews Avenue

Fort Lauderdale, Florida 33301 Ruggiero@wcrlaw.com.

    .

/s/ *Albert Li*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
Email:  bfitzsimmons@rumberger.com  (primary)
Email: bfitzsimmonssecy@rumberger.com
and docketingmiami@rumberger.com (secondary)
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com (primary)
E-mail:  docketingmiami@rumberger.com and
ssingersecy@rumberger.com (secondary)
ALBERT LI
Florida Bar No. 118778
Email:  ali@rumberger.com (primary)
Email:  alisecy@rumberger.com; and
docketingmiami@rumberger.com  (secondary)
RUMBERGER, KIRK & CALDWELL
Brickell City Tower, Suite 3000
80 S.W. 8th Street (33130-3037)
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580
*Counsel for Burger King Corporation*

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

      Plaintiff,

vs.

                                              CASE NO.: 2020-010708-CA-01

BURGER KING CORPORATION, A Florida
Corporation,

      Defendant.

_____/

### **DEFENDANT'S, BURGER KING CORPORATION, INTERROGATORIES TO PLAINTIFF**

Defendant, BURGER KING CORPORATION, by and through undersigned counsel, and pursuant to Florida Rule of Civil Procedure 1.340, hereby files its Notice of Serving Interrogatories to Plaintiff, POMPILIO RAMON ANGELIS.

### **DEFINITIONS**

As used herein, the terms listed below are defined as follows:

A.      "Person" shall mean any natural person, entity, corporation, partnership, association, joint venture, trust, government unit, agency, branch, or office or any subdivision or department thereof.

B.      "Agent" shall mean any agent, employee, officer, director, attorney, independent contractor or any other person acting at the direction of or on behalf of another.

C.      The word "document" shall include any written or graphic matter or any other means of preserving thought or expression, and all tangible things from which information can be processed or transcribed in your actual or constructive possession, custody, care or control, which pertain directly or indirectly, in whole or in part, either to any of the subjects listed below or to any other matter relevant to the issues in this action, or which are themselves listed below as specific

documents, including, but not limited to: correspondence, memoranda, notes, messages, letters, telegrams, teletype messages, bulletins, diaries, chronological data, minutes, books, reports, charts, ledgers, invoices, worksheets, receipts, computer printouts, computer disks, electronic mail (e-mail), schedules, affidavits, contracts, transcripts, surveys, graphic representation of any kind, photographs, graphs, microfilms, videotapes, tape recordings, electronic word processing and spreadsheet files, motion pictures or other films.  Further, the word "Documents" shall be deemed to include the original and any draft thereof, and any copy of an original or a draft which differs in any respect from such original or draft.

D.      "Identify" means, with respect to any "person," or any reference to the "identity" of any "person," to provide the name, home address, telephone number, business name, business address, business telephone number and a description of each such person's connection with the events in question.

E.      "Identify" means, with respect to any "document," or any reference to stating the "identification" of any "document" provide the title and date of each such document, the name and address of the party or parties responsible for the preparation of each such document, the name and address of the party who requested or required the preparation and on whose behalf it was prepared, the name and address of the recipient or recipients to each such document and the present location of All copies of each such document, and the names and addresses of all persons who have custody or control of each such document or copies thereof.

## <u>INTERROGATORIES</u>

1.  What is the name and home address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

   **ANSWER:**

2.  List the names, business addresses, dates of employment, and rates of pay regarding all employers, and rates of pay regarding all employers, including self-employment, for whom you have worked in the past 10 years.

   **ANSWER:**

3.      List all former names and when you were known by those names.  State all addresses where you have lived for the past 10 years, the dates you lived at each address, your Social Security number, your date of birth, and, if you are or have ever been married, the name of your spouse or spouses.  Include in your answer your primary residence as of the date of responding to these Interrogatories.

   **ANSWER:**

4.      Have you ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of one year, or that involved dishonesty or a false statement regardless of the punishment?  If so, state as to each conviction the specific crime and the date and place of conviction.

   **ANSWER:**

5.      Describe in detail how the incident described in the Complaint happened, including the date and time when the incident occurred, where the incident occurred, what you were doing in the subject Burger King at the time of the incident and all actions taken by you to prevent the incident.

   **ANSWER:**

6.      Did you consume any alcoholic beverages or take any drugs or medications within 24 hours before the time of the incident described in the Complaint?  If so, state the type and amount of alcoholic beverages, drugs, or medications which were consumed, and when you consumed them.

   **ANSWER:**

7.    Describe in detail each act or omission on the part of Burger King that you contend constituted negligence that was a contributing legal cause of the incident in question and identify all persons (by name and address) and all documents which support your contention.

   **ANSWER:**

8.    Describe each injury for which you are claiming damages in this case, specifying the part of your body that was injured, the nature of the injury, and as to any injuries you contend are permanent, the effects on you that you claim are permanent.

   **ANSWER:**

9.      Please set forth in complete detail the nature of any <u>prior</u> or <u>pre-existing</u> injury, illness or disability of <u>Pompilio Ramon Angelis</u>, and specify when and how the prior existing injury, illness or disability came about.

   **ANSWER:**

10.     List each item of expense or damage, other than loss of income or earning capacity, that you claim to have incurred, as a result of the incident described in the complaint, giving for each item the date incurred, the name and business address of the person or entity to whom each was paid or is owed, and the goods or services for which each was incurred.

   **ANSWER:**

11.     Do you contend that you have lost any income, benefits, or earning capacity in the past or future as a result of the incident described in the complaint?  If so, state the nature of the income, benefits, or earning capacity, and the amount and the method that you used in computing the amount.

    **ANSWER:**

12.     Has anything been paid or is anything payable from any third party for the damages listed in your answers to these interrogatories, including but not limited to workers' compensation?  If so, state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of those third parties have or claim a right of subrogation.

    **ANSWER:**

13.     List the names and business addresses of each physician who has treated or examined you, and each medical facility where you have received any treatment or examination for the injuries for which you seek damages in this case; and state as to each the date of treatment or examination and the injury or condition for which you were examined or treated.

        **ANSWER:**

14.     List the names and business addresses of all other physicians, medical facilities, or other health care providers by whom or at which you have been examined or treated in the past 10 years; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

        **ANSWER:**

15.     Please provide the name, current or last known address, of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

   **ANSWER:**

16.     Identify all persons from whom a statement has been taken related to any of the issues in this litigation, and for each, state the name, address and telephone number of the person making the statement; identify the person who took the statement; identify the person's relationship to the party in this lawsuit; describe the general subject matter or issues on which this statement was made.

   **ANSWER:**

17.     Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit?  If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

        **ANSWER:**

18.     State the name and address of every person known to you, your agents, or your attorneys, who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

        **ANSWER:**

19.     Do you intend to call any expert witnesses at the trial of this case?  If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

    **ANSWER:**

20.     Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case?  If so, state the terms of the agreement and the parties to it.

    **ANSWER:**

21.     Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter, and, if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.

     **ANSWER:**

22.     Please provide the name, address, telephone number and group number of any and all medical/health insurance policies which may have been in effect from 2010 through present.  In lieu of answering this question, please attach your health insurance policy or medical insurance card in effect during these relevant time frames.

     **ANSWER:**

23.     Other than the present litigation, if you have ever filed a claim for loss arising out of any injury seeking money damages or some form of compensation; indicate the nature of any such incident; the injuries sustained, the date, place and party against whom the claim was made, the basis of the claim, and its outcome.

    **ANSWER:**

24.     List all travel outside the city of your residence for the last five years.

    **ANSWER:**

_____
**Pompilio Ramon Angelis**

STATE OF FLORIDA            )
                           ) SS:
COUNTY OF _____         )

BEFORE ME, the undersigned authority, personally appeared, Pompilio Ramon Angelis, personally known to me or has produced _____ as identification, and by me first duly sworn, deposes and says that the foregoing <u>Answers to Interrogatories</u> are true and correct.

IN WITNESS WHEREOF I have hereunto set my hand and seal at _____ County, Florida, this _____ day of _____, 2020.

_____
Notary Public

_____
Printed Notary Name

My Commission Expires:

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:  2020-012173 CA 06

**POMPILIO RAMON ANGELIS,**

        Plaintiff,

vs.

**BURGER KING CORPORATION**

        Defendant.

_____/

## SLIP AND FALL INTERROGATORIES
## TO DEFENDANT, BURGER KING CORPORATION

      The Plaintiff, POMPILIO RAMON ANGELIS, by and through his undersigned counsel, propounds the attached Interrogatories to the Defendant, BURGER KING CORPORATION and requests the same be answered separately and fully in writing under oath, within the time and manner prescribed by Florida Rule of Civil Procedure 1.340.

      I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed this 21st Day of July, 2020 to: Rumberger, Kirk & Caldwell, Albert Li, Esq., Brickell City Town, Suite 3000, 80 S.W. 8th Street, Miami, Florida 33101 (305)-358-5577 (Email: ali@rumberger.com; alisecy@rumberger.com; docketingmiami@rumberger.com).

             Respectfully submitted,

             LAW OFFICES OF WILLIAM C. RUGGIERO
             Attorneys for Plaintiff
             Museum Plaza, Suite 703
             200 South Andrews Avenue
             Fort Lauderdale, Florida  33301
             Phone: (954) 462-2300
             Email: Ruggiero@wcrlaw.com

             BY:   _/s/ William C. Ruggiero_
                  WILLIAM C. RUGGIERO

Florida Bar No. 878499

WCR:mc

## SLIP AND FALL INTERROGATORIES TO DEFENDANT

1.   What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2.   Describe in detail how the incident described in the complaint happened, including all actions taken by you or an agent of the Defendant, to prevent the incident.

3.   Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

4.      Was an incident report prepared for this incident?  If so, list the name and address of the person preparing the report.

5.      Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in Plaintiff's complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

6.      State the facts upon which you rely for each affirmative defense in your answer.

7.      Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit?  If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.

8.      List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

9.      List the names and addresses of all witnesses to the subject accident.

10.     List the names and addresses of all employees who investigated this accident and/or assisted the Plaintiff and/or reported to the scene of the subject accident.

11.     Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit?  If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

12.     State the name and address of every person known to you, your agents, or your attorneys who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

13.     Were photographs of the incident and/or Plaintiff taken by you or any Defendant representative?   If so, please state how many and the name and last known address of the person who took the photographs.

14.     Do you intend to call any expert witnesses at the trial of this case?  If so, state as to each such witness the name and business address of the witness , the witness' qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

15.     State for the two (2) years prior to the incident herein sued upon, the names and addresses of any and all persons who have claimed injuries as a result of incidents occurring upon the subject premises, and for each such name also state:

        (a)     The date of each occurrence;

(b)     Nature of injury alleged to have been suffered;

(c)     Whether the claimant contended in any manner that such occurrence was caused in whole or part by a dangerous or defective condition or any negligence of the Defendant on the subject premises;

(d)     The name and address of the claimant's attorney;

(e)     Whether a lawsuit was filed, and if so, the case number and county where filed;

(f)     Whether or not any written reports of the subject accident were prepared, and if so, the name and address of the person preparing same;

(g)     Whether or not <u>any</u> photographs were taken as a result of the incident complained of, and if so

(1)     The name and address of the person taking said photographs;

(2)     The date and time the photographs were taken;

(3)     A description of what said photographs depict;

(4)     The number of photographs;

(5)     Whether said photographs were taken as a result of store policy.

16.   Please state whether, prior to the subject incident, you transmitted any warning, of whatever nature or description, to Plaintiff in regard to Plaintiff's use or occupancy of the subject premises.

17.   Please state whether there existed, prior to the incident which is the subject of the Plaintiff's complaint, any procedure or program for the regular inspection of the subject premises, which such procedure or program was designed to identify and/or discover potential hazards to the users of the premises hereof.

18.   If your answer to the foregoing interrogatory was in the affirmative, please further set forth a general description of each such procedure or program, the regularity with which each such procedure or program was to be implemented or conducted, if applicable, whether such procedure and/or program was reduced to a writing and, if so, please provide the identity of the present custodian of each such writing, accompanied by descriptive nomenclature sufficient to identify each such writing in a motion to produce, the name, business and residence address, and telephone number of the present custodian of any writing identified in your answer to the foregoing subpart to this interrogatory.

19.   Please state the name, business and residence address, and telephone number of the person or entity who was the owner of the subject premises as of the date of the incident which is alleged in Plaintiff's complaint on file herein.

20.   If the owner identified in your answer to the foregoing interrogatory was not also the regular operator or occupant of the premises, please further identify the regular occupant or operator of the premises.

21.   Please identify, by name, business and residence address, and telephone number, each and every person who was responsible for the maintenance and/or repair of the subject premises as of the date of the incident which is alleged in the Plaintiff's complaint.

22.   Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter, and, if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.

23.   Please provide the name(s), address and work schedule of all of your employees or agents whose duty it was/is to conduct the periodic inspection/investigation of the premises on the day of the incident.

_____

Print Name:_____

STATE OF FLORIDA  )

                           )SS

COUNTY OF             )

       On this day personally appeared before me _____,

who after being duly sworn under oath, avers and says that _____ has read the above

and foregoing Answers to Interrogatories and that they are true and correct.

       Sworn to and subscribed before me this _____ day of _____, 2020.

_____

NOTARY PUBLIC
State of Florida at large

My Commission Expires:

_____

Filing # 121012074 E-Filed 02/08/2021 03:47:29 PM

# IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT COURT
## IN AND FOR MIAMI DADE, FLORDIA

POMPILIO ROMAN ANGELIS,
   Plaintiff

                                CASE NO.   2020-012173 CA 01

v.

BURGER KING CORPORATION,
   Defendant
_____/

## AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD

The undersigned counsel, Maria Vargas, Esquire, for the firm of Gallardo Law Office, respectfully moves for an Order allowing to withdraw as counsel for Plaintiff, POMPILIO ROMAN ANGELIS, and in support thereof states as follows:

1.    Undersigned counsel hereby files its Motion to Withdraw due to irreconcilable differences, which have arisen, which make it impossible for the undersigned law firm to continue it representation of the Plaintiff.

2.    All future pleadings for the Plaintiff, POMPOLIO ROMAN ANGELIS, if any, shall be served upon the Plaintiff, POMPILIO ROMAN ANGELIS, at motoangellis@yahoo.com.

3.    Undersigned counsel certifies that this motion is not made for the purpose of undue delay.

4.    Within thirty (30) days of the signing of this Order, the Plaintiff, POMPILIO ROMAN ANGELIS, shall either:

      a.    Retain a new attorney and have the attorney file a written appearance; **OR**
      b.    File a written notification with the Clerk advising the Court that the party wishes to represent himself.

Case No.: 2020-012173 CA 01
Pompilio Roman Angelis vs.
Burger King Corporation

**WHEREFORE**, Counsel for the Plaintiff, Maria Vargas, Esq., for the Firm Gallardo Law Office, P.A., respectfully request granting the foregoing motion and enter an Order allowing the undersigned to withdraw as counsel for the Plaintiff, POMPILIO ROMAN ANGELIS.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed via the Florida E-filing portal on this 8th day of February, 2021, to all parties registered in the e-portal.

Respectfully submitted,

GALLARDO LAW OFFICES, P.A
 Attorneys for Plaintiff
8492 SW 8th Street
Miami, Florida 33144
Telephone (305) 261-7000

By: /s/ Maria Vargas, Esquire
Maria Vargas-Mejia-Ricart, Esq.
Florida Bar No. 1019003
Email: civil@gallardolawyers.com
maria.vargas@gallardolawyers.com

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:  2020-012173 CA 06

**POMPILIO RAMON ANGELIS,**

            Plaintiff,

vs.

**BURGER KING CORPORATION**

            Defendant.
_____/

<u>**AMENDED MOTION TO WITHDRAW**
**AS COUNSEL FOR PLAINTIFF**</u>

            COMES NOW the Law Firm of William C. Ruggiero, and Rubenstein Law and

files this, his Motion to Withdraw as Counsel for Plaintiff and as grounds therefore would

state:

            1.        That irreconcilable differences have arisen between the Plaintiff and

his attorneys.

            2.        That the undersigned attorney does not feel he can properly protect

the interests of the Plaintiff.

            WHEREFORE, the undersigned law firm respectfully requests this Court to

grant the aforementioned Motion to Withdraw.

            I HEREBY CERTIFY that a true and correct copy of the foregoing document

was furnished by email this <u>5th Day of October, 2020</u> to: Rumberger, Kirk & Caldwell,

Albert Li, Esq., Brickell City Town, Suite 3000, 80 S.W. 8th Street, Miami, Florida 33101

(305)-358-5577  (Email:  ali@rumberger.com;  alisecy@rumberger.com;

docketingmiami@rumberger.com) and mailed to POMPILIO RAMON ANGELIS, 3220

Stuben Ave, #3f, Bronx, NY 10467, E-mail:Motoangellis@Yahoo.com.

                              LAW OFFICES OF WILLIAM C. RUGGIERO
                              Attorneys for Plaintiff
                              Museum Plaza, Suite 703
                              200 South Andrews Avenue
                              Fort Lauderdale, Florida  33301
                              Phone:(954) 462-2300
                              Email:  Ruggiero@wcrlaw.com

                              BY:   /s/ William C. Ruggiero
                                    WILLIAM C. RUGGIERO
                                    Florida Bar No. 878499

WCR:mc

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIASL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

        Plaintiff,

vs.                                   CASE NO.: 2020-012173-CA-06

BURGER KING CORPORATION, A Florida
Corporation,

        Defendants.

_____/

## **DEFENDANT'S AMENDED MOTION TO COMPEL DISCOVERY**

Defendant, BURGER KING CORPORATION ("BKC"), by and through undersigned counsel, and pursuant to the Florida Rules of Civil Procedure, hereby files this Amended Motion To Compel Discovery from Plaintiff, POMPILIO RAMON ANGELIS ("Plaintiff"), and moves this Court enter an Order compelling Plaintiff file answers in response to Defendant's Request for Admissions and provide better answers to Interrogatories 8, 9, 13, 14, and 22, and as grounds thereof, states as follows:

1. On November 10, 2020, BKC served its first Request for Admissions upon Plaintiff and no answers have been filed at the time of the filing of this motion. ***See Defendant's Request for Admissions on Plaintiff, Exhibit "A."***

2. On July 21, 2020, BKC filed and served its first set of Interrogatories upon Plaintiff. ***See Defendant's Interrogatories on Plaintiff, Exhibit "B."***

CASE NO.:  2020-012173-CA-06

3.       On September 9, 2020, Plaintiff filed its answer  to BKC's Interrogatories. ***See Plaintiff's Answers to Interrogatories, Exhibit "C."***

4.       Plaintiff's answers to Interrogatories 8, 9, 13, 14, and 22 are deficient and fail to fully respond under the rules.

### Interrogatory 8

5.       <u>Interrogatory #8</u> asks to "Describe each injury for which you are claiming damages in this case, specifying the part of your body that was injured, the **nature of the injury**, and as to any **injuries you contend are permanent**, the **effects on you that you claim are permanent**." *Emphasis added.*

6.       Plaintiff's Answers states "Head."

7.       The answer fails to provide a good faith response to allow BKC to determine the nature and extent of Plaintiff's alleged injuries as requested in the interrogatory. BKC is entitled to an answer which indicates what injuries and effects are being claimed to be permanent.

### Interrogatory 9

8.       <u>Interrogatory #9</u> asks to "Please set forth in complete detail the nature of any <u>prior</u> or <u>pre-existing</u> injury, illness or disability of <u>Pompilio Ramon Angelis</u>, and specify when and how the prior existing injury, illness or disability came about."

9.       Plaintiff's Answers states "No."

CASE NO.:  2020-012173-CA-06

10.     The answer fails to adequately indicate whether Plaintiff has ever had any prior or pre-existing injury, illness or disability, and details on the same or whether the Plaintiff is refusing to answer the same.

**Interrogatory 13**

11.     Interrogatory # 13 asks whether "List the names and business addresses of each physician who has treated or examined you, and each medical facility where you have received any treatment or examination for the injuries for which you seek damages in this case; and state as to each the date of treatment or examination and the injury or condition for which you were examined or treated."

12.      Plaintiff's answer: "See #10."

13.     Plaintiff's Answer to Interrogatory 10 states:

Peter C. Kwan, M.D., P.C.
Balance- $299.26

Northern Medical Care PC
(Dr. Ahmed, Omar)
Balance- $135.00

Physical Med and Rehab of NY PC
(Almentero, M.D.)
Balance- $ 6,690.00

Lenox Hill Radiology & Medical Imaging Associates
(Gregory Lawler)
Balance -$2,404.70

Ceda Orthopedic & Interventional Medicine of FIU/Kendal
(Richard Yoham, DC) Balance-$ 479.00

Ceda Ortho & Int Med of Hialeah
(John P. Ross, DC)

CASE NO.:  2020-012173-CA-06

Balance- $707.00

Ceda Ortho & Int Med of Cutler Bay
(Eric Reese CH)
Balance- $2,933.00

14.     The answer is not fully responsive and does not fully respond to the interrogatory by providing the location, dates, treatment, and conditions treated. Based on other answers, Plaintiff appears to live, have lived, and spent time in Puerto Rico, Florida, and New York, and BKC should not be required to decipher Plaintiff's answer and forced to hunt for potential providers in unknown locations.

## **Interrogatory 14**

15.     Interrogatory # 14 asks whether "List the names and business addresses of all other physicians, medical facilities, or other health care providers by whom or at which you have been examined or treated in the past 10 years; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated."

16.      Plaintiff's answer:

Felix Almentero MD
15 Newark Ave
Belleville, NJ 07109

Dr. S. Inzu MD (Nuerology).

17.     The answer is not fully responsive and does not fully respond to the interrogatory by providing the location, dates, treatment, and conditions treated.

## **Interrogatory 22**

18.     Interrogatory # 22 asks "Please provide the name, address, telephone number and group number of any and all medical/health insurance policies which may have been in effect

CASE NO.:  2020-012173-CA-06

from 2010 through present. In lieu of answering this question, please attached your health insurance policy or medical insurance card in effect during these relevant time frames.

19.      Plaintiff's answer: "No."

20.      The answer fails to respond to the interrogatory. Based on the answer it is unclear if Plaintiff is denying BKC's requested information or whether Plaintiff does not have any of the requested information. BKC is entitled to this information to allow it to locate any and all medical providers to ascertain a complete medical assessment.

WHEREFORE, Defendant, BURGER KING CORPORATION, respectfully moves the Honorable Court to enter an Order compelling Plaintiff respond to Request for Admissions and provide better answers to Interrogatories outlined above,  and award any further relief this Court deems just and proper.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by Facsimile and U.S. Mail to all counsel listed on the attached Service List this 18th day of December,  2020.

Maria Vargas-Mejia-Ricart, Esq.
Gallardo Law Office, P.A.
8492 SW 8th Street
Miami, Florida 33144
Telephone (305) 261-7000
civil@gallardolawyers.com
maria.vargas@gallardolawyers.com
civil@gallardolawyers.com

CASE NO.:  2020-012173-CA-06

*s/ Albert Li*

ROBERT V. FITZSIMMONS
Florida Bar No.:  0355739
E-mail:  rfitzsimmons@rumberger.com
docketingmiami@rumberger.com
rfitzsimmonssecy@rumberger.com
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com
ssingersecy@rumberger.com
docketingmiami@rumberger.com
ALBERT LI
Florida Bar No.:  118778
E-mail:  ali@rumberger.com
docketingmiami@rumberger.com
alisecy@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
Attorneys for Burger King Corporation

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIASL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

           Plaintiff,

vs.

                                            CASE NO.: 2020-012173-CA-06

BURGER KING CORPORATION, A Florida
Corporation,

           Defendants.

_____/

## BURGER KING CORPORATION FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF

Defendant BURGER KING CORPORATION ("Burger King"), by and through

undersigned counsel, and pursuant to Florida Rule of Civil Procedure 1.370, requests that Plaintiff,

POMPILIO RAMON ANGELIS, to admit or deny the following:

1.    Admit that you seek damages in excess of $75,000.00 exclusive of interest and costs.

**RESPONSE:**

2.    Admit that you <u>do not</u> seek damages in excess of $75,000.00 exclusive of interest and costs.

**RESPONSE:**

## SUPPLEMENTAL INTERROGATORY

3.  If any of the above Request for Admissions have been denied, please provide a factual

basis for the denial including witnesses and a list of all documents that support you factual basis.

**RESPONSE:**

1130270



CASE NO.:  2020 CA 001789

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true copy of the foregoing was served by e-Filing with the

Clerk of Court and via Florida e-Filing Portal to the following, this <u>10th</u> day of November, 2020.

Maria Vargas-Mejia-Ricart, Esq.
Gallardo Law Office, P.A.
8492 SW 8th Street
Miami, Florida 33144
Telephone (305) 261-7000
civil@gallardolawyers.com
maria.vargas@gallardolawyers.com
civil@gallardolawyers.com

*s/ Suzanne A. Singer*

ROBERT V. FITZSIMMONS
Florida Bar No.:  0355739
E-mail:  rfitzsimmons@rumberger.com
　　　　docketingmiami@rumberger.com
　　　　rfitzsimmonssecy@rumberger.com
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com
　　　　ssingersecy@rumberger.com
　　　　docketingmiami@rumberger.com
ALBERT LI
Florida Bar No.:  118778
E-mail:  ali@rumberger.com
　　　　docketingmiami@rumberger.com
　　　　alisecy@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
Attorneys for Burger King Corporation

2

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

        Plaintiff,

vs.

                                  CASE NO.: 2020-012173-CA-06

BURGER KING CORPORATION, A Florida
Corporation,

        Defendant.

_____/

## DEFENDANT'S, BURGER KING CORPORATION, NOTICE OF SERVING INTERROGATORIES

Defendant, BURGER KING CORPORATION, by and through undersigned counsel, and

pursuant to Florida Rule of Civil Procedure 1.340, hereby files its Notice of Serving Interrogatories

to Plaintiff, POMPILIO RAMON ANGELIS.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing has been furnished by e-mail on

this 21st day of July 2020 to: Counsel for Plaintiff, William C. Ruggiero, Esq. Law Offices Of

William C. Ruggiero Attorneys for Plaintiff Museum Plaza, Suite 703 200 South Andrews Avenue

Fort Lauderdale, Florida 33301 Ruggiero@wcrlaw.com.

.

EXHIBIT B

/s/ *Albert Li*

ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
Email: bfitzsimmons@rumberger.com (primary)
Email: bfitzsimmonssecy@rumberger.com
and docketingmiami@rumberger.com (secondary)
SUZANNE A. SINGER
Florida Bar No.: 0946222
E-mail: ssinger@rumberger.com (primary)
E-mail: docketingmiami@rumberger.com and
ssingersecy@rumberger.com (secondary)
ALBERT LI
Florida Bar No. 118778
Email: ali@rumberger.com (primary)
Email: alisecy@rumberger.com; and
docketingmiami@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL
Brickell City Tower, Suite 3000
80 S.W. 8th Street (33130-3037)
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580
*Counsel for Burger King Corporation*

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

        Plaintiff,

vs.

                                CASE NO.: 2020-010708-CA-01

BURGER KING CORPORATION, A Florida
Corporation,

        Defendant.

_____/

## DEFENDANT'S, BURGER KING CORPORATION, INTERROGATORIES TO PLAINTIFF

Defendant, BURGER KING CORPORATION, by and through undersigned counsel, and pursuant to Florida Rule of Civil Procedure 1.340, hereby files its Notice of Serving Interrogatories to Plaintiff, POMPILIO RAMON ANGELIS.

## DEFINITIONS

As used herein, the terms listed below are defined as follows:

A.     "Person" shall mean any natural person, entity, corporation, partnership, association, joint venture, trust, government unit, agency, branch, or office or any subdivision or department thereof.

B.     "Agent" shall mean any agent, employee, officer, director, attorney, independent contractor or any other person acting at the direction of or on behalf of another.

C.     The word "document" shall include any written or graphic matter or any other means of preserving thought or expression, and all tangible things from which information can be processed or transcribed in your actual or constructive possession, custody, care or control, which pertain directly or indirectly, in whole or in part, either to any of the subjects listed below or to any other matter relevant to the issues in this action, or which are themselves listed below as specific

documents, including, but not limited to: correspondence, memoranda, notes, messages, letters, telegrams, teletype messages, bulletins, diaries, chronological data, minutes, books, reports, charts, ledgers, invoices, worksheets, receipts, computer printouts, computer disks, electronic mail (e-mail), schedules, affidavits, contracts, transcripts, surveys, graphic representation of any kind, photographs, graphs, microfilms, videotapes, tape recordings, electronic word processing and spreadsheet files, motion pictures or other films.  Further, the word "Documents" shall be deemed to include the original and any draft thereof, and any copy of an original or a draft which differs in any respect from such original or draft.

D.     "Identify" means, with respect to any "person," or any reference to the "identity" of any "person," to provide the name, home address, telephone number, business name, business address, business telephone number and a description of each such person's connection with the events in question.

E.     "Identify" means, with respect to any "document," or any reference to stating the "identification" of any "document" provide the title and date of each such document, the name and address of the party or parties responsible for the preparation of each such document, the name and address of the party who requested or required the preparation and on whose behalf it was prepared, the name and address of the recipient or recipients to each such document and the present location of All copies of each such document, and the names and addresses of all persons who have custody or control of each such document or copies thereof.

## <u>INTERROGATORIES</u>

1.    What is the name and home address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

**ANSWER:**

2.    List the names, business addresses, dates of employment, and rates of pay regarding all employers, and rates of pay regarding all employers, including self-employment, for whom you have worked in the past 10 years.

**ANSWER:**

3.      List all former names and when you were known by those names.  State all addresses where you have lived for the past 10 years, the dates you lived at each address, your Social Security number, your date of birth, and, if you are or have ever been married, the name of your spouse or spouses.  Include in your answer your primary residence as of the date of responding to these Interrogatories.

   **ANSWER:**

4.      Have you ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of one year, or that involved dishonesty or a false statement regardless of the punishment?  If so, state as to each conviction the specific crime and the date and place of conviction.

   **ANSWER:**

5.      Describe in detail how the incident described in the Complaint happened, including the date and time when the incident occurred, where the incident occurred, what you were doing in the subject Burger King at the time of the incident and all actions taken by you to prevent the incident.

   **ANSWER:**

6.      Did you consume any alcoholic beverages or take any drugs or medications within 24 hours before the time of the incident described in the Complaint?  If so, state the type and amount of alcoholic beverages, drugs, or medications which were consumed, and when you consumed them.

   **ANSWER:**

7.    Describe in detail each act or omission on the part of Burger King that you contend constituted negligence that was a contributing legal cause of the incident in question and identify all persons (by name and address) and all documents which support your contention.

     **ANSWER:**

8.    Describe each injury for which you are claiming damages in this case, specifying the part of your body that was injured, the nature of the injury, and as to any injuries you contend are permanent, the effects on you that you claim are permanent.

     **ANSWER:**

9.   Please set forth in complete detail the nature of any <u>prior</u> or <u>pre-existing</u> injury, illness or disability of <u>Pompilio Ramon Angelis</u>, and specify when and how the prior existing injury, illness or disability came about.

**ANSWER:**

10.   List each item of expense or damage, other than loss of income or earning capacity, that you claim to have incurred, as a result of the incident described in the complaint, giving for each item the date incurred, the name and business address of the person or entity to whom each was paid or is owed, and the goods or services for which each was incurred.

**ANSWER:**

11.     Do you contend that you have lost any income, benefits, or earning capacity in the past or future as a result of the incident described in the complaint?  If so, state the nature of the income, benefits, or earning capacity, and the amount and the method that you used in computing the amount.

    **ANSWER:**

12.     Has anything been paid or is anything payable from any third party for the damages listed in your answers to these interrogatories, including but not limited to workers' compensation?  If so, state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of those third parties have or claim a right of subrogation.

    **ANSWER:**

13.     List the names and business addresses of each physician who has treated or examined you, and each medical facility where you have received any treatment or examination for the injuries for which you seek damages in this case; and state as to each the date of treatment or examination and the injury or condition for which you were examined or treated.

        **ANSWER:**

14.     List the names and business addresses of all other physicians, medical facilities, or other health care providers by whom or at which you have been examined or treated <u>in the past 10 years</u>; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

        **ANSWER:**

15.     Please provide the name, current or last known address, of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

   **ANSWER:**

16.     Identify all persons from whom a statement has been taken related to any of the issues in this litigation, and for each, state the name, address and telephone number of the person making the statement; identify the person who took the statement; identify the person's relationship to the party in this lawsuit; describe the general subject matter or issues on which this statement was made.

   **ANSWER:**

17.     Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit?  If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

        **ANSWER:**

18.     State the name and address of every person known to you, your agents, or your attorneys, who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

        **ANSWER:**

19.     Do you intend to call any expert witnesses at the trial of this case?  If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

        **ANSWER:**

20.     Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case?  If so, state the terms of the agreement and the parties to it.

        **ANSWER:**

21.     Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter, and, if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.

    **ANSWER:**

22.     Please provide the name, address, telephone number and group number of any and all medical/health insurance policies which may have been in effect from 2010 through present.  In lieu of answering this question, please attach your health insurance policy or medical insurance card in effect during these relevant time frames.

    **ANSWER:**

23.     Other than the present litigation, if you have ever filed a claim for loss arising out of any injury seeking money damages or some form of compensation; indicate the nature of any such incident; the injuries sustained, the date, place and party against whom the claim was made, the basis of the claim, and its outcome.

        **ANSWER:**

24.     List all travel outside the city of your residence for the last five years.

        **ANSWER:**

**Pompilio Ramon Angelis**

STATE OF FLORIDA          )
                          ) SS:
COUNTY OF _____      )

BEFORE ME, the undersigned authority, personally appeared, Pompilio Ramon Angelis, personally known to me or has produced _____ as identification, and by me first duly sworn, deposes and says that the foregoing <u>Answers to Interrogatories</u> are true and correct.

IN WITNESS WHEREOF I have hereunto set my hand and seal at _____ County, Florida, this _____ day of _____, 2020.

_____
Notary Public

_____
Printed Notary Name

My Commission Expires:

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI DADE COUNTY FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO:  2020-012173 CA 06

**POMPILIO RAMON ANGELIS,**

               Plaintiff,

vs.

**BURGER KING CORPORATION**

               Defendant.

_____/

<u>**NOTICE OF PLAINTIFF'S ANSWERS TO INTERROGATORIES**</u>

The Plaintiff, POMPILIO RAMON ANGELIS, by and through undersigned counsel,

files this, Notice of Serving Answers to Plaintiff's Interrogatories.

I HEREBY CERTIFY that a true and correct copy of the foregoing document was

furnished by email this <u>9th Day of September, 2020</u> to: Rumberger, Kirk & Caldwell, Albert

Li, Esq., Brickell City Town, Suite 3000, 80 S.W. 8th Street, Miami, Florida 33101 (305)-

358-5577 (Email: ali@rumberger.com; alisecy@rumberger.com;

docketingmiami@rumberger.com).

                                   LAW OFFICES OF WILLIAM C. RUGGIERO
                                   Attorney for Plaintiff
                                   Museum Plaza, Suite 703
                                   200 South Andrews Avenue
                                   Fort Lauderdale, Florida  33301
                                   Phone: (954) 462-2300
                                   Email: Ruggiero@wcrlaw.com

                   BY:    _/s/ William C. Ruggiero_____
                                WILLIAM C. RUGGIERO
                                Florida Bar No.  878499

WCR:mc

**EXHIBIT C**

1. 3220 Stuben Ave
#3F
Bronx, NY 10467

2. Self employed (artist, song writer and singer)

3. Pompilio Ramon Angelis

2380 NW 153 St Opa-locka, FL 33054
69 NE 12th Ave, Homestead, FL 33030
3220 Stuben Ave, #3F, Bronx, NY 10467 (Current)

Social Security Number- 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
DOB-06/10/1964

Separated (Sonia Martinez)

4. No.

5. On May 5, 2019 An employee of the Defendant was playing with trays, and dropped one on me, causing me serious injuries. There was nothing I could have done to prevent this accident from happening.

6. No.

7. See #5.

8. Head.

9. No.

10. Peter C. Kwan, M.D., P.C.
Balance- $299.26

Northern Medical Care PC
(Dr. Ahmed, Omar)
Balance- $135.00

Physical Med and Rehab of NY PC
(Almentero, M.D.)
Balance- $ 6,690.00

Lenox Hill Radiology & Medical Imaging Associates
(Gregory Lawler)
Balance -$2,404.70

Ceda Orthopedic & Interventional Medicine of FIU/Kendal
(Richard Yoham, DC)

Balance-$ 479.00

Ceda Ortho & Int Med of Hialeah
(John P. Ross, DC)
Balance- $707.00

Ceda Ortho & Int Med of Cutler Bay
(Eric Reese CH)
Balance- $2,933.00

11. N/A. I am not making a wage loss claim. See #2 for employment.

12. No.

13.See #10.

14.Felix Almentero MD
15 Newark Ave
Belleville, NJ 07109

Dr. S. Inzu MD (Neurology)

15. My doctors have information regarding my injuries.

16. None to my knowledge and recollection at this time.

17. No.

18. None.

19.No experts have been hired. My treating physicians may testify. See #10.

20. No.

21. No.

22. No.

23. No.

24. In the past five years I have traveled back and forth from Miami, Florida to Bronx, New York.

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIASL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

        Plaintiff,

vs.

                                            CASE NO.: 2020-012173-CA-06

BURGER KING CORPORATION, A Florida
Corporation,

        Defendants.

_____/

## **DEFENDANT'S MOTION TO COMPEL DISCOVERY**

Defendant, BURGER KING CORPORATION ("BKC"), by and through undersigned counsel, and pursuant to the Florida Rules of Civil Procedure, hereby files this Motion To Compel Discovery from Plaintiff, POMPILIO RAMON ANGELIS ("Plaintiff"), by filing answers in response to Defendant's Request for Admissions and provide better answers to Interrogatories 8, 9, 13, 14, and 22, and as grounds thereof, states as follows:

*1.*     On November 10, 2020, BKC served its first Request for Admissions upon Plaintiff and no answers have been filed at the time of the filing of this motion. ***See Defendant's Request for Admissions on Plaintiff, Exhibit "A."***

*2.*     On July 21, 2020, BKC filed and served its first set of Interrogatories upon Plaintiff. ***See Defendant's Interrogatories on Plaintiff, Exhibit "B."***

*3.*     On September 9, 2020, Plaintiff filed its answer to BKC's Interrogatories. ***See Plaintiff's Answers to Interrogatories, Exhibit "C."***

CASE NO.:  2020-012173-CA-06

4.      Plaintiff's answers to Interrogatories 8, 9, 13, 14, and 22 are deficient and fail to fully respond under the rules.

### Interrogatory 8

5.      Interrogatory #8 asks to "Describe each injury for which you are claiming damages in this case, specifying the part of your body that was injured, the **nature of the injury**, and as to any **injuries you contend are permanent**, the **effects on you that you claim are permanent**." *Emphasis added.*

6.      Plaintiff's Answers states "Head."

7.      The answer fails to provide a good faith response to allow BKC to determine the nature and extent of Plaintiff's alleged injuries as requested in the interrogatory.

### Interrogatory 9

8.      Interrogatory #9 asks to "Please set forth in complete detail the nature of any prior or pre-existing injury, illness or disability of Pompilio Ramon Angelis, and specify when and how the prior existing injury, illness or disability came about."

9.      Plaintiff's Answers states "No."

10.     The answer fails to adequately indicate whether Plaintiff has ever had any prior or pre-existing injury, illness or disability, and details on the same. If Plaintiff's intent was to indicated in-fact he has never suffered from any ailment, the answers should be drafted in a manner which makes that clear.

CASE NO.:  2020-012173-CA-06

**Interrogatory 13**

11.　　Interrogatory # 13 asks whether "List the names and business addresses of each physician who has treated or examined you,

12.　　and each medical facility where you have received any treatment or examination for the injuries for which you seek damages in this case; and state as to each the date of treatment

13.　　or examination and the injury or condition for which you were examined or treated

14.　　 Plaintiff's answer: "Discovery is ongoing.  After I reported the fall to the manager, she told me that she would look at the tape and laugh at me."

15.　　The answer is not fully responsive and does not name the manager, the time and place of the interaction, and any subsequent conversations about the alleged fall or contents of the video tape.

**Interrogatory 14**

16.　　Interrogatory # 14 asks whether "List the names and business addresses of all other physicians, medical facilities, or other health care providers by whom or at which you have been examined or treated in the past 10 years; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

17.　　 Plaintiff's answer: "Felix Almentero MD 15 Newark Ave Belleville, NJ 07109 Dr. S. Inzu MD (Nuerology)."

CASE NO.:  2020-012173-CA-06

18.     The answer fails to provide the business address, dates of service, and treatment, conditions, or injury examined or treated.

**Interrogatory 22**

19.     Interrogatory # 22 asks "Please provide the name, address, telephone number and group number of any and all medical/health insurance policies which may have been in effect from 2010 through present. In liue of answering this question, please attached your health insurance policy or medical insurance card in effect during these relevant time frames.

20.      Plaintiff's answer: "No."

21.     The answer fails to respond to the interrogatory.


WHEREFORE, Defendant, BURGER KING CORPORATION, respectfully moves the Honorable Court to enter an Order compelling Plaintiff respond to Request for Admissions and provide better answers to Interrogatories outlined above,  and award any further relief this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by Facsimile and U.S. Mail to all counsel listed on the attached Service List this 15th day of December,  2020.

CASE NO.:  2020-012173-CA-06

Maria Vargas-Mejia-Ricart, Esq.
Gallardo Law Office, P.A.
8492 SW 8th Street
Miami, Florida 33144
Telephone (305) 261-7000
civil@gallardolawyers.com
maria.vargas@gallardolawyers.com
civil@gallardolawyers.com

*s/ Albert Li*
ROBERT V. FITZSIMMONS
Florida Bar No.:  0355739
E-mail:  rfitzsimmons@rumberger.com
docketingmiami@rumberger.com
rfitzsimmonssecy@rumberger.com
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com
ssingersecy@rumberger.com
docketingmiami@rumberger.com
ALBERT LI
Florida Bar No.:  118778
E-mail:  ali@rumberger.com
docketingmiami@rumberger.com
alisecy@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
Attorneys for Burger King Corporation

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIASL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

            Plaintiff,

vs.
                                    CASE NO.: 2020-012173-CA-06

BURGER KING CORPORATION, A Florida
Corporation,

            Defendants.
_____/

## BURGER KING CORPORATION FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF

Defendant BURGER KING CORPORATION ("Burger King"), by and through

undersigned counsel, and pursuant to Florida Rule of Civil Procedure 1.370, requests that Plaintiff,

POMPILIO RAMON ANGELIS, to admit or deny the following:

1.    Admit that you seek damages in excess of $75,000.00 exclusive of interest and
costs.

**RESPONSE:**

2.    Admit that you <u>do not</u> seek damages in excess of $75,000.00 exclusive of interest
and costs.

**RESPONSE:**

## SUPPLEMENTAL INTERROGATORY

3.  If any of the above Request for Admissions have been denied, please provide a factual

basis for the denial including witnesses and a list of all documents that support you factual basis.

**RESPONSE:**

1130270



CASE NO.:  2020 CA 001789

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing was served by e-Filing with the

Clerk of Court and via Florida e-Filing Portal to the following, this <u>10th</u> day of November, 2020.

Maria Vargas-Mejia-Ricart, Esq.
Gallardo Law Office, P.A.
8492 SW 8th Street
Miami, Florida 33144
Telephone (305) 261-7000
civil@gallardolawyers.com
maria.vargas@gallardolawyers.com
civil@gallardolawyers.com

*s/ Suzanne A. Singer*
ROBERT V. FITZSIMMONS
Florida Bar No.:  0355739
E-mail:  rfitzsimmons@rumberger.com
       docketingmiami@rumberger.com
       rfitzsimmonssecy@rumberger.com
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com
       ssingersecy@rumberger.com
       docketingmiami@rumberger.com
ALBERT LI
Florida Bar No.:  118778
E-mail:  ali@rumberger.com
       docketingmiami@rumberger.com
       alisecy@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
Attorneys for Burger King Corporation

2

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

        Plaintiff,

vs.

                                     CASE NO.: 2020-012173-CA-06

BURGER KING CORPORATION, A Florida
Corporation,

        Defendant.

_____/

## DEFENDANT'S, BURGER KING CORPORATION,
## NOTICE OF SERVING INTERROGATORIES

        Defendant, BURGER KING CORPORATION, by and through undersigned counsel, and

pursuant to Florida Rule of Civil Procedure 1.340, hereby files its Notice of Serving Interrogatories

to Plaintiff, POMPILIO RAMON ANGELIS.

## CERTIFICATE OF SERVICE

        WE HEREBY CERTIFY that a true copy of the foregoing has been furnished by e-mail on

this 21st day of July 2020 to: Counsel for Plaintiff, William C. Ruggiero, Esq. Law Offices Of

William C. Ruggiero Attorneys for Plaintiff Museum Plaza, Suite 703 200 South Andrews Avenue

Fort Lauderdale, Florida 33301 Ruggiero@wcrlaw.com.

     .

EXHIBIT B

/s/ *Albert Li*

ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
Email:  bfitzsimmons@rumberger.com  (primary)
Email: bfitzsimmonssecy@rumberger.com
and docketingmiami@rumberger.com (secondary)
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com (primary)
E-mail:  docketingmiami@rumberger.com and
ssingersecy@rumberger.com (secondary)
ALBERT LI
Florida Bar No. 118778
Email:  ali@rumberger.com (primary)
Email:  alisecy@rumberger.com; and
docketingmiami@rumberger.com  (secondary)
RUMBERGER, KIRK & CALDWELL
Brickell City Tower, Suite 3000
80 S.W. 8th Street (33130-3037)
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580
*Counsel for Burger King Corporation*

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

        Plaintiff,

vs.

                                      CASE NO.: 2020-010708-CA-01

BURGER KING CORPORATION, A Florida
Corporation,

        Defendant.

_____/

### DEFENDANT'S, BURGER KING CORPORATION, INTERROGATORIES TO PLAINTIFF

Defendant, BURGER KING CORPORATION, by and through undersigned counsel, and pursuant to Florida Rule of Civil Procedure 1.340, hereby files its Notice of Serving Interrogatories to Plaintiff, POMPILIO RAMON ANGELIS.

### DEFINITIONS

As used herein, the terms listed below are defined as follows:

A.     "Person" shall mean any natural person, entity, corporation, partnership, association, joint venture, trust, government unit, agency, branch, or office or any subdivision or department thereof.

B.     "Agent" shall mean any agent, employee, officer, director, attorney, independent contractor or any other person acting at the direction of or on behalf of another.

C.     The word "document" shall include any written or graphic matter or any other means of preserving thought or expression, and all tangible things from which information can be processed or transcribed in your actual or constructive possession, custody, care or control, which pertain directly or indirectly, in whole or in part, either to any of the subjects listed below or to any other matter relevant to the issues in this action, or which are themselves listed below as specific

documents, including, but not limited to: correspondence, memoranda, notes, messages, letters, telegrams, teletype messages, bulletins, diaries, chronological data, minutes, books, reports, charts, ledgers, invoices, worksheets, receipts, computer printouts, computer disks, electronic mail (e-mail), schedules, affidavits, contracts, transcripts, surveys, graphic representation of any kind, photographs, graphs, microfilms, videotapes, tape recordings, electronic word processing and spreadsheet files, motion pictures or other films.  Further, the word "Documents" shall be deemed to include the original and any draft thereof, and any copy of an original or a draft which differs in any respect from such original or draft.

D.      "Identify" means, with respect to any "person," or any reference to the "identity" of any "person," to provide the name, home address, telephone number, business name, business address, business telephone number and a description of each such person's connection with the events in question.

E.      "Identify" means, with respect to any "document," or any reference to stating the "identification" of any "document" provide the title and date of each such document, the name and address of the party or parties responsible for the preparation of each such document, the name and address of the party who requested or required the preparation and on whose behalf it was prepared, the name and address of the recipient or recipients to each such document and the present location of All copies of each such document, and the names and addresses of all persons who have custody or control of each such document or copies thereof.

## **<u>INTERROGATORIES</u>**

1.    What is the name and home address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

     **ANSWER:**

2.    List the names, business addresses, dates of employment, and rates of pay regarding all employers, and rates of pay regarding all employers, including self-employment, for whom you have worked in the past 10 years.

     **ANSWER:**

3.      List all former names and when you were known by those names.  State all addresses where you have lived for the past 10 years, the dates you lived at each address, your Social Security number, your date of birth, and, if you are or have ever been married, the name of your spouse or spouses.  Include in your answer your primary residence as of the date of responding to these Interrogatories.

       **ANSWER:**

4.      Have you ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of one year, or that involved dishonesty or a false statement regardless of the punishment?  If so, state as to each conviction the specific crime and the date and place of conviction.

       **ANSWER:**

5.      Describe in detail how the incident described in the Complaint happened, including the date and time when the incident occurred, where the incident occurred, what you were doing in the subject Burger King at the time of the incident and all actions taken by you to prevent the incident.

   **ANSWER:**

6.      Did you consume any alcoholic beverages or take any drugs or medications within 24 hours before the time of the incident described in the Complaint?  If so, state the type and amount of alcoholic beverages, drugs, or medications which were consumed, and when you consumed them.

   **ANSWER:**

7.     Describe in detail each act or omission on the part of Burger King that you contend constituted negligence that was a contributing legal cause of the incident in question and identify all persons (by name and address) and all documents which support your contention.

   **ANSWER:**

8.     Describe each injury for which you are claiming damages in this case, specifying the part of your body that was injured, the nature of the injury, and as to any injuries you contend are permanent, the effects on you that you claim are permanent.

   **ANSWER:**

9.      Please set forth in complete detail the nature of any <u>prior</u> or <u>pre-existing</u> injury, illness or disability of <u>Pompilio Ramon Angelis</u>, and specify when and how the prior existing injury, illness or disability came about.

   **ANSWER:**

10.     List each item of expense or damage, other than loss of income or earning capacity, that you claim to have incurred, as a result of the incident described in the complaint, giving for each item the date incurred, the name and business address of the person or entity to whom each was paid or is owed, and the goods or services for which each was incurred.

   **ANSWER:**

11.     Do you contend that you have lost any income, benefits, or earning capacity in the past or future as a result of the incident described in the complaint?  If so, state the nature of the income, benefits, or earning capacity, and the amount and the method that you used in computing the amount.

  **ANSWER:**

12.     Has anything been paid or is anything payable from any third party for the damages listed in your answers to these interrogatories, including but not limited to workers' compensation?  If so, state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of those third parties have or claim a right of subrogation.

  **ANSWER:**

13.     List the names and business addresses of each physician who has treated or examined you, and each medical facility where you have received any treatment or examination for the injuries for which you seek damages in this case; and state as to each the date of treatment or examination and the injury or condition for which you were examined or treated.

    **ANSWER:**

14.     List the names and business addresses of all other physicians, medical facilities, or other health care providers by whom or at which you have been examined or treated <u>in the past 10 years</u>; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

    **ANSWER:**

15.     Please provide the name, current or last known address, of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

**ANSWER:**

16.     Identify all persons from whom a statement has been taken related to any of the issues in this litigation, and for each, state the name, address and telephone number of the person making the statement; identify the person who took the statement; identify the person's relationship to the party in this lawsuit; describe the general subject matter or issues on which this statement was made.

**ANSWER:**

17.     Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit?  If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

**ANSWER:**

18.     State the name and address of every person known to you, your agents, or your attorneys, who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

**ANSWER:**

19.     Do you intend to call any expert witnesses at the trial of this case?  If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

        **ANSWER:**

20.     Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case?  If so, state the terms of the agreement and the parties to it.

        **ANSWER:**

21.     Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter, and, if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.

   **ANSWER:**

22.     Please provide the name, address, telephone number and group number of any and all medical/health insurance policies which may have been in effect from 2010 through present.  In lieu of answering this question, please attach your health insurance policy or medical insurance card in effect during these relevant time frames.

   **ANSWER:**

23.     Other than the present litigation, if you have ever filed a claim for loss arising out of any injury seeking money damages or some form of compensation; indicate the nature of any such incident; the injuries sustained, the date, place and party against whom the claim was made, the basis of the claim, and its outcome.

     **ANSWER:**

24.     List all travel outside the city of your residence for the last five years.

     **ANSWER:**

_____

**Pompilio Ramon Angelis**


STATE OF FLORIDA       )
                                   ) SS:
COUNTY OF _____   )


        BEFORE ME, the undersigned authority, personally appeared, Pompilio Ramon Angelis,

personally known to me or has produced _____ as identification, and by me

first duly sworn, deposes and says that the foregoing <u>Answers to Interrogatories</u> are true and correct.

        IN WITNESS WHEREOF I have hereunto set my hand and seal at _____ County,

Florida, this _____ day of _____, 2020.


                                    _____

                                    Notary Public

                                    _____

                                    Printed Notary Name

My Commission Expires:

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI DADE COUNTY FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO:  2020-012173 CA 06

**POMPILIO RAMON ANGELIS,**

              Plaintiff,

vs.

**BURGER KING CORPORATION**

              Defendant.

_____/

### <u>NOTICE OF PLAINTIFF'S ANSWERS TO INTERROGATORIES</u>

      The Plaintiff, POMPILIO RAMON ANGELIS, by and through undersigned counsel, files this, Notice of Serving Answers to Plaintiff's Interrogatories.

      I HEREBY CERTIFY that a true and correct copy of the foregoing document was furnished by email this <u>9th Day of September, 2020</u> to: Rumberger, Kirk & Caldwell, Albert Li, Esq., Brickell City Town, Suite 3000, 80 S.W. 8th Street, Miami, Florida 33101 (305)-358-5577 (Email: ali@rumberger.com; alisecy@rumberger.com; docketingmiami@rumberger.com).

                    LAW OFFICES OF WILLIAM C. RUGGIERO
                    Attorney for Plaintiff
                    Museum Plaza, Suite 703
                    200 South Andrews Avenue
                    Fort Lauderdale, Florida  33301
                    Phone: (954) 462-2300
                    Email: Ruggiero@wcrlaw.com

            BY:   <u>/s/ William C. Ruggiero</u>
                    WILLIAM C. RUGGIERO
                    Florida Bar No.  878499

WCR:mc

EXHIBIT C

1. 3220 Stuben Ave
#3F
Bronx, NY 10467

2. Self employed (artist, song writer and singer)

3. Pompilio Ramon Angelis

2380 NW 153 St Opa-locka, FL 33054
69 NE 12th Ave, Homestead, FL 33030
3220 Stuben Ave, #3F, Bronx, NY 10467 (Current)

Social Security Number- 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
DOB-06/10/1964

Separated (Sonia Martinez)

4. No.

5. On May 5, 2019 An employee of the Defendant was playing with trays, and dropped one on me, causing me serious injuries. There was nothing I could have done to prevent this accident from happening.

6. No.

7. See #5.

8. Head.

9. No.

10. Peter C. Kwan, M.D., P.C.
Balance- $299.26

Northern Medical Care PC
(Dr. Ahmed, Omar)
Balance- $135.00

Physical Med and Rehab of NY PC
(Almentero, M.D.)
Balance- $ 6,690.00

Lenox Hill Radiology & Medical Imaging Associates
(Gregory Lawler)
Balance -$2,404.70

Ceda Orthopedic & Interventional Medicine of FIU/Kendal
(Richard Yoham, DC)

Balance-$ 479.00

Ceda Ortho & Int Med of Hialeah
(John P. Ross, DC)
Balance- $707.00

Ceda Ortho & Int Med of Cutler Bay
(Eric Reese CH)
Balance- $2,933.00

11. N/A. I am not making a wage loss claim. See #2 for employment.

12. No.

13.See #10.

14.Felix Almentero MD
15 Newark Ave
Belleville, NJ 07109

Dr. S. Inzu MD (Neurology)

15. My doctors have information regarding my injuries.

16. None to my knowledge and recollection at this time.

17. No.

18. None.

19.No experts have been hired. My treating physicians may testify. See #10.

20. No.

21. No.

22. No.

23. No.

24. In the past five years I have traveled back and forth from Miami, Florida to Bronx, New York.

Case 1:21-cv-20752-RNS Document 1-2 Entered on FLSD Docket 02/23/2021 Page 105 of 335

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIASL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

        Plaintiff,

vs.

                                   CASE NO.: 2020-012173-CA-06

BURGER KING CORPORATION, A Florida
Corporation,

        Defendants.

_____/

## **DEFENDANT'S MOTION TO COMPEL**
### **(Deposition of Plaintiff)**

Defendant, BURGER KING CORPORATION, by and through the undersigned counsel files the following motion to compel deposition of Plaintiff and responses to discovery and states as follows:

1.    This matter was filed on June 9, 2020, alleging injury at a Burger King Corporation store.

2.    Plaintiff's second counsel coordinated and provided for the deposition which was set for November 3, 2020, and cancelled after counsel filed its motion to withdraw as counsel.

3.    On October 5, 2020, Plaintiff's second counsel moved to withdraw as counsel which was granted on October, 15, 2020.

4.    Plaintiff's current counsel filed its notice of appearance on November 5, 2020.

5.    On November 11, 2020, Defendant requested deposition dates and discussion on discovery issues to be addressed prior to the same. **See Composite Exhibit "A."**

CASE NO.:  2020-012173-CA-06

6.      No response was received to Defendant's November 11, 2020 request for deposition.

7.      On November 13, 2020, Defendant attempted to coordinate additional dates of deposition. **See Composite Exhibit "A."**

8.      No response was received to Defendant's November 13, 2020 request for deposition.

9.      On December 3, 2020, Defendant attempted to coordinate deposition. **See Composite Exhibit "A."**

10.     No response was received to Defendant's December 3, 2020 request for deposition.

11.     On December 7, 2020, Defendant attempted to coordinate deposition. **See Composite Exhibit "A."**

12.     No response was received to Defendant's December 3, 2020 request for deposition, leading to this motion.

**WHEREFORE,** Burger King Corporation, moves this Court for entry of an Order compelling coordination of deposition and any other relief this Court deems just and fair.

CASE NO.:  2020-012173-CA-06

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by Facsimile

and U.S. Mail to all counsel listed on the attached Service List this 14th day of December,  2020.

Maria Vargas-Mejia-Ricart, Esq.
Gallardo Law Office, P.A.
8492 SW 8th Street
Miami, Florida 33144
Telephone (305) 261-7000
civil@gallardolawyers.com
maria.vargas@gallardolawyers.com
civil@gallardolawyers.com

                                        *s/ Albert Li*
                                        ROBERT V. FITZSIMMONS
                                        Florida Bar No.:  0355739
                                        E-mail:  rfitzsimmons@rumberger.com
                                        docketingmiami@rumberger.com
                                        rfitzsimmonssecy@rumberger.com
                                        SUZANNE A. SINGER
                                        Florida Bar No.:  0946222
                                        E-mail:  ssinger@rumberger.com
                                        ssingersecy@rumberger.com
                                        docketingmiami@rumberger.com
                                        ALBERT LI
                                        Florida Bar No.:  118778
                                        E-mail:  ali@rumberger.com
                                        docketingmiami@rumberger.com
                                        alisecy@rumberger.com
                                        RUMBERGER, KIRK, & CALDWELL, P.A.
                                        Brickell City Tower, Suite 3000
                                        80 Southwest 8th Street
                                        Miami, Florida 33130-3037
                                        Tel:  305.358.5577
                                        Fax:  305.371.7580
                                        Attorneys for Burger King Corporation

14418987.v1

**Li, Albert**

| | |
|---|---|
| **From:** | Polo, Liz |
| **Sent:** | Monday, December 7, 2020 10:31 AM |
| **To:** | maria.vargas@gallardolawyers.com |
| **Cc:** | Singer, Suzanne; Arocho, Mayte; Martinez, Gloria; Li, Albert |
| **Subject:** | RE: Pompilio Ramon Angelis v BKC (Plaintiff's Deposition) [RKC-ACTIVE.FID3343739] |

Good morning Ms. Vargas:

I am following up with my email below with regard to scheduling plaintiff's deposition.  We are available January 28th, February 10 or 12, 15 or 19th, 2021.  Please advise which date is most convenient and whether Ms. Angelis needs an interpreter.

Thank you.


**Elizabeth Polo**
Assistant to Suzanne Singer
and Brittney Savino
Miami
305.995.5457
Ext. 5457

---

**From:** Polo, Liz
**Sent:** Thursday, December 3, 2020 2:33 PM
**To:** 'maria.vargas@gallardolawyers.com' <maria.vargas@gallardolawyers.com>
**Cc:** 'Singer, Suzanne' <ssinger@rumberger.com>; 'Arocho, Mayte' <marocho@rumberger.com>; 'Martinez, Gloria' <gmartinez@rumberger.com>; 'Li, Albert' <ali@rumberger.com>
**Subject:** RE: Pompilio Ramon Angelis v BKC (Plaintiff's Deposition) [RKC-ACTIVE.FID3343739]

Good afternoon Ms. Vargas:

I am following up with my email below.  Ms. Singer would like to schedule plaintiff's deposition in the above matter.  We are available January 28th, February 5, 10 or 12, 2021.  Please advise which date is most convenient and whether Ms. Angelis needs an interpreter.

Thank you.

---

**From:** Polo, Liz
**Sent:** Wednesday, November 18, 2020 5:13 PM
**To:** 'maria.vargas@gallardolawyers.com' <maria.vargas@gallardolawyers.com>
**Cc:** 'Singer, Suzanne' <ssinger@rumberger.com>; 'Arocho, Mayte' <marocho@rumberger.com>; 'Martinez, Gloria' <gmartinez@rumberger.com>; 'Li, Albert' <ali@rumberger.com>
**Subject:** RE: Pompilio Ramon Angelis v BKC (Plaintiff's Deposition) [RKC-ACTIVE.FID3343739]

Good afternoon Ms. Vargas:



Ms. Singer would like to schedule plaintiff's deposition in the above matter.  We are available January 21, 27 or 28th, 2021.  Please advise which date is most convenient and whether Ms. Angelis needs an interpreter.

Thank you.

---

**From:** Li, Albert <ali@rumberger.com>
**Sent:** Friday, November 13, 2020 9:31 AM
**To:** maria.vargas@gallardolawyers.com
**Cc:** Singer, Suzanne <ssinger@rumberger.com>; Polo, Liz <lpolo@rumberger.com>; Arocho, Mayte <marocho@rumberger.com>; Martinez, Gloria <gmartinez@rumberger.com>
**Subject:** Pompilio Ramon Angelis v BKC [RKC-ACTIVE.FID3343739]

Good Morning, Maria.

We would like to get this matter moving forward again now that Mr. Angelis is represented. We would like to set his deposition and resolve some discovery issues noted in his prior responses.  If you would, take a look at Mr. Angelis' answers to interrogatory 8, 9, 10, 13, and 14, they are not fully responsive. Answers 8 and 9, are one-word responses which really fall short of what is being requested. Answers 10 and 13 do not contain any dates of service.  Answer 14, also does not have any dates and addresses from Dr. S. Inzu MD.

Give me a call next week if you would like to discuss. In the interim, Ms. Polo will reach out to schedule some dates for deposition in Mid-December.

Best,

**Albert Li**, Attorney at Law
ali@rumberger.com | **View my online bio**

# Rumberger|Kirk

80 Southwest 8th Street MAIN 305.358.5577
Suite 3000
Miami, FL 33130

---

The information in this e-mail message is legally privileged and confidential information. If you have received this e-mail in error, please delete from any device/media where the message is stored.

**For the most recent developments related to the coronavirus please visit:**
RumbergerKirk COVID-19 Task Force Resources

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT COURT
IN AND FOR MIAMI DADE, FLORDIA**

POMPOLIO ROMAN ANGELIS,
  Plaintiff

                                        CASE NO.   2020-012173 CA 01

v.

BURGER KIMG CORPORATION,
  Defendant
_____/

## <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

The undersigned counsel, Maria Vargas, Esquire, for the firm of Gallardo Law Office, respectfully moves for an Order allowing to withdraw as counsel for Plaintiff, POMPOLIO ROMAN ANGELIS, and in support thereof states as follows:

1.     Undersigned counsel hereby files its Motion to Withdraw due to irreconcilable differences, which have arisen, which make it impossible for the undersigned law firm to continue it representation of the Plaintiff.

2.     All future pleadings for the Plaintiff, POMPOLIO ROMAN ANGELIS, if any, shall be served upon the Plaintiff, POMPOLIO ROMAN ANGELIS, at motoangellis@yahoo.com.

3.     Undersigned counsel certifies that this motion is not made for the purpose of undue delay.

4.     Within thirty (30) days of the signing of this Order, the Plaintiff, POMPOLIO ROMAN ANGELIS, shall either:

     a.     Retain a new attorney and have the attorney file a written appearance; **OR**

     b.     File a written notification with the Clerk advising the Court that the party wishes to represent himself.

Case No.: 2020-012173 CA 01
Pompilio Roman Angelis vs.
Burger King Corporation

**WHEREFORE**, Counsel for the Plaintiff, Maria Vargas, Esq., for the Firm Gallardo Law Office, P.A., respectfully request granting the foregoing motion and enter an Order allowing the undersigned to withdraw as counsel for the Plaintiff, POMPOLIO ROMAN ANGELIS.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed via the Florida E-filing portal on this 8th day of February, 2021, to all parties registered in the e-portal.

Respectfully submitted,

GALLARDO LAW OFFICES, P.A
Attorneys for Plaintiff
8492 SW 8th Street
Miami, Florida 33144
Telephone (305) 261-7000

By: /s/ Maria Vargas, Esquire
Maria Vargas-Mejia-Ricart, Esq.
Florida Bar No. 1019003
Email: civil@gallardolawyers.com
maria.vargas@gallardolawyers.com

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

      Plaintiff,

vs.                              CASE NO.:  2020-012173-CA06

BURGER KING CORPORATION,

      Defendant.

_____/

### DEFENDANT'S CERTIFICATE OF NO OBJECTION AND COMPLIANCE WITH FLORIDA RULE OF CIVIL PROCEDURE 1.351

      I HEREBY CERTIFY that Plaintiff waived objection to production under Florida Rule of

Civil Procedure 1.351 pursuant to the undersigned's December 18, 2020 Notice of Production

from Non-Party to serve subpoena upon:

Records Custodian
Miami-Dade Fire Rescue
9300 N. 41st Street
Doral, FL 33178

Records Custodian
Ceda Orthopedics and Interventional Medicine - Cutler Bay
10974 SW 184th Street
Miami, FL 33157

Records Custodian
Ceda Orthopedics and Interventional Medicine - Kendall
11890 SW 8th Street, Suite 400/401
Miami, FL 33184

Records Custodian
Ceda Orthopedics and Interventional Medicine - Hialeah
755 E. 49th Street
Hialeah, FL 33013

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing was served by e-Filing with the

Clerk of Court and via Florida e-Filing Portal to the following, this 4<u>th</u> day of January, 2021.

Maria Vargas-Mejia-Ricart, Esq.
Gallardo Law Office, P.A.
8492 SW 8th Street
Miami, Florida 33144
Telephone (305) 261-7000
civil@gallardolawyers.com
maria.vargas@gallardolawyers.com

<div align="center">

s/ Suzanne A. Singer
_____

</div>

ROBERT V. FITZSIMMONS
Florida Bar No.:  0355739
E-mail:  rfitzsimmons@rumberger.com
   docketingmiami@rumberger.com
   rfitzsimmonssecy@rumberger.com
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com
   ssingersecy@rumberger.com
   docketingmiami@rumberger.com
ALBERT LI
Florida Bar No.:  118778
E-mail:  ali@rumberger.com
   docketingmiami@rumberger.com
   alisecy@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
Attorneys for Burger King Corporation

14495384.v1

Case 1:21-cv-20752-RNS Document 1-2 Entered on FLSD Docket 02/23/2021 Page 114 of 335

**IN THE CIRCUIT COURT OF THE 20th JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORDIA**

Pompilio Roman Angelis
    Plaintiff

                                CASE NO.  2020-012173 CA 01

v.

Burger King Corporation
    Defendnet
_____/

### NOTICE OF APPEARANCE AND
### DESIGNATION OF EMAIL ADDRESS

      **COMES NOW**, MARIA VARGAS, ESQ. OF THE GALLARDO LAW OFFICE, P.A. and files this Notice of Appearance as Counsel for Pomilio Roman Angelis, in the above-styled cause as the attorney of record.

      Furthermore, pursuant to Florida Rule of Judicial Administration 2.516(b)(1), the undersigned law firm hereby designates the following primary email address:

<div align="center">

**civil@gallardolawyers.com**

**maria.vargas@gallardolawyers.com**

</div>

      All pleadings, motions, orders, correspondence, and/or other papers should be served on the undersigned at the email address set forth above.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed via the Florida E-filing portal on this 5th day of November, 2020 to all parties registered in the e-portal. Respectfully submitted,

                                  Respectfully submitted,

                                  By: /s/ Maria Vargas-Mejia-Ricart
                                  Maria Vargas-Mejia-Ricart, Esq.
                                  Florida Bar No. 1019003
                                  **GALLARDO LAW OFFICE, P.A.**
                                  8492 SW 8th Street
                                  Miami, Florida 33144
                                  Telephone (305) 261-7000
                                  Email: civil@gallardolawyers.com and
                                  maria.vargas@gallardolawyers.com

Case 1:21-cv-20752-RNS   Document 1-2   Entered on FLSD Docket 02/23/2021   Page 115 of 335

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

     Plaintiff,

vs.

                            CASE NO.: 2020-012173-CA-06

BURGER KING CORPORATION, A Florida
Corporation,

     Defendant.
_____/

**NOTICE OF APPEARANCE AND NOTICE OF DESIGNATION
OF E-MAIL ADDRESSES FOR SERVICE OF COURT DOCUMENTS
ON BEHALF OF BURGER KING CORPORATION**

     Defendant, BURGER KING CORPORATION, hereby gives notice of the appearance of

the firm of RUMBERGER, KIRK & CALDWELL, A Professional Association, and Robert V.

Fitzsimmons, Albert Li and Suzanne A. Singer as its counsel herein.

     Pursuant to Florida Rule of Judicial Administration 2.516(b)(1)(A), Defendant, BURGER

KING CORPORATION, hereby gives notice of the primary and secondary e-mail addresses of

its counsel as follows:

| | |
|---|---|
| Counsel's name: | Robert V. Fitzsimmons |
| Primary e-mail address: | bfitzsimmons@rumberger.com |
| Secondary e-mail addresses: | docketingmiami@rumberger.com |
| | bfitzsimmonssecy@rumberger.com |
| | |
| Counsel's name: | Albert Li |
| Primary e-mail address: | ali@rumberger.com |
| Secondary e-mail addresses: | alisecy@rumberger.com |
| | docketingmiami@rumberger.com |
| | |
| Counsel's name: | Suzanne A. Singer, Esq. |
| Primary e-mail address: | ssinger@rumberger.com |
| Secondary e-mail addresses: | docketingmiami@rumberger.com |
| | ssingersecy@rumberger.com |

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that a true copy of the foregoing has been furnished by e-mail on this <u>2nd </u>day of July 2020 to:  Counsel for Plaintiff, William C. Ruggiero, Eq., Law Offices of William C. Ruggiero, 200 S. Andrews Avenue, Suite 703, Ft. Lauderdale, Florida 33301; Ruggiero@wcrlaw.com.

/s/ *Albert Li*

ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
Email:  bfitzsimmons@rumberger.com  (primary)
Email:  bfitzsimmonssecy@rumberger.com
and  docketingmiami@rumberger.com (secondary)
ALBERT LI
Florida Bar No. 118778
Email:  ali@rumberger.com (primary)
Email:  alisecy@rumberger.com; and
docketingmiami@rumberger.com  (secondary)
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com (primary)
E-mail:  docketingmiami@rumberger.com and
ssingersecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL
Brickell City Tower, Suite 3000
80 S.W. 8th Street (33130-3037)
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580
*Counsel for Burger King Corporation*

2

13737465.v1

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

        Plaintiff,

vs.                                   CASE NO.:  2020-012173-CA06

BURGER KING CORPORATION,

        Defendant.

_____/

## NOTICE OF CANCELLATION OF VIDEO DEPOSITION

     PLEASE TAKE NOTICE that the deposition of Pompilio Ramon Angelis, scheduled for

Friday, February 12, 2021 at 10:00 a.m., **is hereby cancelled.**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true copy of the foregoing was served by e-Filing with the

Clerk of Court and via Florida e-Filing Portal and by Email on **Pro Se Plaintiff, Pompilio**

**Ramon Angelis, at the email address below,** this <u>10th</u> day of February, 2021.

**Pro Se Plaintiff**
Pompilio Ramon Angelis
**motoangellis@yahoo.com**

CASE NO.:  2020-012173-CA06

*s/ Suzanne A. Singer*

ROBERT V. FITZSIMMONS
Florida Bar No.:  0355739
E-mail:  rfitzsimmons@rumberger.com
       docketingmiami@rumberger.com
       rfitzsimmonssecy@rumberger.com
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com
       ssingersecy@rumberger.com
       docketingmiami@rumberger.com
ALBERT LI
Florida Bar No.:  118778
E-mail:  ali@rumberger.com
       docketingmiami@rumberger.com
       alisecy@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
Attorneys for Burger King Corporation

2

14661744.v1

Case 1:21-cv-20752-RNS   Document 1-2   Entered on FLSD Docket 02/23/2021   Page 119 of 335

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS

        Plaintiff,

vs.                                            CASE NO.:  2020-012173-CA06

BURGER KING CORPORATION

        Defendant.

_____/

## NOTICE OF FILING

     Defendant, Burger King Corporation, by and through its undersigned counsel hereby gives notice of filing its Verification Page to the Responses to Plaintiff's First Set of Slip and Fall Interrogatories served on July 21, 2020.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true copy of the foregoing was served by e-Filing with the Clerk of Court and via Florida e-Filing Portal to the following, this 4th day of September, 2020.

William C. Ruggiero, Esq
Law Offices of William C. Ruggiero
200 S. Andrews Avenue, Suite 703
Ft. Lauderdale, Florida 33301
Ruggiero@wcrlaw.com
**(Counsel for Plaintiff)**

CASE NO.:  2020-012173-CA06

/s/ *Albert Li*

ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
Email:  bfitzsimmons@rumberger.com  (primary)
Email:  bfitzsimmonssecy@rumberger.com
and docketingmiami@rumberger.com (secondary)
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com (primary)
E-mail:  docketingmiami@rumberger.com and
ssingersecy@rumberger.com (secondary)
 ALBERT LI
Florida Bar No. 118778
Email:  ali@rumberger.com (primary)
Email:  alisecy@rumberger.com; and
docketingmiami@rumberger.com  (secondary)
RUMBERGER, KIRK & CALDWELL
Brickell City Tower, Suite 3000
80 S.W. 8th Street (33130-3037)
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580
*Counsel for Burger King Corporation*

2

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:  2020-012173 CA 06


**POMPILIO RAMON ANGELIS,**

        Plaintiff,

vs.

**BURGER KING CORPORATION**

        Defendant.

_____/

<u>AMENDED</u> **NOTICE OF HEARING**
MOTION CALENDAR

      **PLEASE BE ADVISED** that the above-styled cause will come to be heard on

**Motion to Withdraw as Counsel for Plaintiff** before the Honorable **Abby Cynamon**, Judge

of the above styled Court on <u>October 15, 2020</u> at <u>9:am</u> via Zoom.

      I HEREBY CERTIFY that a true and correct copy of the above and foregoing was

emailed this <u>5th Day of October, 2020</u> to: Rumberger, Kirk & Caldwell, Albert Li, Esq., Brickell

City Town, Suite 3000, 80 S.W. 8th Street, Miami, Florida 33101 (305)-358-5577 (Email:

ali@rumberger.com; alisecy@rumberger.com; docketingmiami@rumberger.com) and mailed

to POMPILIO RAMON ANGELIS, 3220 Stuben Ave, #3f, Bronx, NY 10467, E-

mail:Motoangellis@Yahoo.com.
.

      I HEREBY CERTIFY that a good faith effort to resolve these matters has been
made prior to the filing of this Notice of Hearing or will be made prior to the date of the hearing
and that the issues before the Court may be heard and resolved by the Court within five (5)

minutes.

> LAW OFFICE OF WILLIAM C. RUGGIERO
> Attorneys for Plaintiff
> Museum Plaza, Suite 703
> 200 South Andrews Avenue
> Fort Lauderdale, Florida  33301
> Phone:  (954) 462-2300
> Email: Ruggiero@wcrlaw.com
>
> BY:   /s/ *William C. Ruggiero*
>       WILLIAM C. RUGGIERO
>       Florida Bar No. 878499

WCR:mc

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIASL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

      Plaintiff,

vs.                           CASE NO.: 2020-012173-CA-06

BURGER KING CORPORATION, A Florida
Corporation,

      Defendants.

_____/

## NOTICE OF HEARING
### (Motion Calendar)

    **YOU ARE HEREBY NOTIFIED** that the undersigned, as attorneys for Defendant, Burger King Corporation, in the above-styled cause, will call up for hearing before the **Honorable Abby Cynamon, VIA ZOOM** (details to be provided) on **Thursday, January 28, 2021 at 9:00 a.m.**, or as soon thereafter as possible, the following matter:

### DEFENDANTS' MOTION TO COMPEL DISCOVERY

> **If you are a person with a disability who needs any accommodation in order to participate as a juror, you are entitled, at no cost to you, to the provisions of certain assistance. Please contact the Clerk of Courts, ADA Coordinator, Phyllis Clarke, Dade County Courthouse, 73 West Flagler Street, Room 200, Miami, Florida, 33130, Telephone 305-349-7202, email COCJURYADA@MIAMIDADE.GOV at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

    Movant counsel certifies that a bona fide effort to agree or to narrow the issues on the motion noticed has been made, or that because of time considerations, such effort was not made, but will be made prior to the scheduled hearing.

CASE NO.:  2020-012173-CA-06

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by Facsimile

and U.S. Mail to all counsel listed on the attached Service List this 15th day of December,  2020.

Maria Vargas-Mejia-Ricart, Esq.
Gallardo Law Office, P.A.
8492 SW 8th Street
Miami, Florida 33144
Telephone (305) 261-7000
civil@gallardolawyers.com
maria.vargas@gallardolawyers.com
civil@gallardolawyers.com

*s/ Albert Li*
ROBERT V. FITZSIMMONS
Florida Bar No.:  0355739
E-mail:  rfitzsimmons@rumberger.com
docketingmiami@rumberger.com
rfitzsimmonssecy@rumberger.com
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com
ssingersecy@rumberger.com
docketingmiami@rumberger.com
ALBERT LI
Florida Bar No.:  118778
E-mail:  ali@rumberger.com
docketingmiami@rumberger.com
alisecy@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
Attorneys for Burger King Corporation

14434365.v1

Case Schedule Receipt

# 11th Judicial Circuit Court of Florida

**Sequence Number: 6**

**Schedule Date and Time:** 01/28/2021 9:00AM - 10:00AM

**Judge Name:** Abby Cynamon (CA06)

**Case Number:** 2020-012173-CA-01

**Style:** Pompilio Roman Angelis vs Burger King Corporation

**Motion:** Defendant's Motion to Compel Discovery

**Scheduler:** Albert Li

**Phone number:**

**Created Date:** 12/15/2020 12:11PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2020-012173 CA 06


**POMPILIO RAMON ANGELIS,**

        Plaintiff,

vs.

**BURGER KING CORPORATION**

        Defendant.

_____/

<u>**NOTICE OF HEARING**</u>
**MOTION CALENDAR**

      **PLEASE BE ADVISED** that the above-styled cause will come to be heard on

**<u>Defendant's Objections to Plaintiff's Request for Production #10</u>** before the Honorable

Abby Cynamon**.**, Judge of the above styled Court on September 30, 2020 at 9am in chambers

at the Miami-Dade County Courthouse, 73 West Flagler Street, Miami, Florida  33130 or as

soon thereafter as  Counsel can be heard.

      I HEREBY CERTIFY that a true and correct copy of the above and foregoing was

emailed this <u>18th Day of September, 2020</u> to: Rumberger, Kirk & Caldwell, Albert Li, Esq.,

Brickell City Town, Suite 3000, 80 S.W. 8th Street, Miami, Florida 33101 (305)-358-5577

(Email: ali@rumberger.com; alisecy@rumberger.com; docketingmiami@rumberger.com).

      I HEREBY CERTIFY that a good faith effort to resolve these matters has been

made prior to the filing of this Notice of Hearing or will be made prior to the date of the hearing

and that the issues before the Court may be heard and resolved by the Court within five (5) minutes.

LAW OFFICE OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone:  (954) 462-2300
Email: Ruggiero@wcrlaw.com

BY:   /s/ *William C. Ruggiero*
WILLIAM C. RUGGIERO
Florida Bar No. 878499

WCR:mc

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

CASE NO.: 2020-012173 CA 06


**POMPILIO RAMON ANGELIS,**

       Plaintiff,

vs.

**BURGER KING CORPORATION**

       Defendants.

_____/

## <u>RE-NOTICE OF HEARING</u>
### (Motion Calendar – Via Zoom)

     **PLEASE BE ADVISED** that the above-styled cause will come to be heard on

**<u>Defendant's Objections to Plaintiff's Request for Production #10</u>** before the Honorable

Abby Cynamon., Judge of the above styled Court on October 13, 2020 at 9am via Zoom.

     I HEREBY CERTIFY that I have made a good faith effort to resolve this

matter prior to noticing this motion for hearing or prior to the date of hearing and the issues

before the Court may be heard and resolved by the Court within five (5) minutes.

     I HEREBY CERTIFY that a copy of the foregoing has been sent via e-mail

Rumberger, Kirk & Caldwell, Albert Li, Esq., Brickell City Town, Suite 3000, 80 S.W. 8th

Street, Miami, Florida 33101 (305)-358-5577 (Email: ali@rumberger.com;

alisecy@rumberger.com; docketingmiami@rumberger.com). on this 30th day of

September, 2020.

                 Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Suite 703 - Museum Plaza
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone:  (954) 462-2300
E-mail:  Ruggiero@WCRlaw.com


BY:   /s/ *William C. Ruggiero*
       WILLIAM C. RUGGIERO
       Florida Bar No. 878499


WCR: mc

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2020-012173 CA 06

**POMPILIO RAMON ANGELIS,**

        Plaintiff,

vs.

**BURGER KING CORPORATION**

        Defendant.

_____/

## NOTICE FOR JURY TRIAL

      COMES NOW the Plaintiff, POMPILIO RAMON ANGELIS, by and through his undersigned counsel and show unto this Honorable Court that the above styled cause is now at issue and request that it be set for trial by jury for the next ensuing term.

      It is estimated that the trial of this cause will take approximately 3 1/2 days.

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by email this 10th Day of August, 2020 to:  Rumberger, Kirk & Caldwell, Albert Li, Esq., Brickell City Town, Suite 3000, 80 S.W. 8th Street, Miami, Florida 33101 (305)-358-5577 (Email: ali@rumberger.com; alisecy@rumberger.com; docketingmiami@rumberger.com).

                 LAW OFFICES OF WILLIAM C. RUGGIERO
                 Attorneys for Plaintiff
                 Museum Plaza, Suite 703
                 200 South Andrews Avenue
                 Fort Lauderdale, Florida  33301
                 Phone: (954) 462-2300
                 Email: Ruggiero@wcrlaw.com

                 BY:   /s/ *William C. Ruggiero*
                        WILLIAM C. RUGGIERO
                        Florida Bar No. 878499

WCR:mc

Case 1:21-cv-20752-RNS Document 1-2 Entered on FLSD Docket 02/23/2021 Page 131 of 335

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

        Plaintiff,

vs.                                  CASE NO.: 2020-012173-CA06

BURGER KING CORPORATION,

        Defendant.

_____/

## NOTICE OF PRODUCTION FROM NON-PARTIES

      YOU ARE NOTIFIED that after ten (10) days from the date of service of this notice, if

no objection is received from any party, the undersigned will issue or apply to the Clerk of this

Court for issuance of the attached subpoenas directed to:

Records Custodian
Miami-Dade Fire Rescue
9300 N. 41st Street
Doral, FL 33178

Records Custodian
Ceda Orthopedics and Interventional Medicine - Cutler Bay
10974 SW 184th Street
Miami, FL 33157

Records Custodian
Ceda Orthopedics and Interventional Medicine - Kendall
11890 SW 8th Street, Suite 400/401
Miami, FL 33184

Records Custodian
Ceda Orthopedics and Interventional Medicine - Hialeah
755 E. 49th Street
Hialeah, FL 33013

who are not parties, to produce the items listed at the time and place specified in the subpoenas.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by e-Filing with the

Clerk of Court and via Florida e-Filing Portal to the following, this 18th day of December, 2020.

Maria Vargas-Mejia-Ricart, Esq.
Gallardo Law Office, P.A.
8492 SW 8th Street
Miami, Florida 33144
Telephone (305) 261-7000
civil@gallardolawyers.com
maria.vargas@gallardolawyers.com

*s/ Suzanne A. Singer*
ROBERT V. FITZSIMMONS
Florida Bar No.:  0355739
E-mail:  rfitzsimmons@rumberger.com
    docketingmiami@rumberger.com
    rfitzsimmonssecy@rumberger.com
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com
    ssingersecy@rumberger.com
    docketingmiami@rumberger.com
ALBERT LI
Florida Bar No.:  118778
E-mail:  ali@rumberger.com
    docketingmiami@rumberger.com
    alisecy@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
Attorneys for Burger King Corporation

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

       Plaintiff,

vs.                                              CASE NO.:  2020-012173-CA06

BURGER KING CORPORATION,

       Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION
## (OPTION TO FURNISH RECORDS)

THE STATE OF FLORIDA:

TO:   Records Custodian
      Miami-Dade Fire Rescue
      9300 N. 41st Street
      Doral, FL 33178

     YOU ARE COMMANDED to mail, e-mail, fax, or hand deliver to the law offices of

RUMBERGER, KIRK & CALDWELL, P.A., Brickell Bayview Centre, Suite 3000, 80 SW 8th

Street, Miami, Florida 33130-3047, before 5:00 P.M., on or before January 18, 2020 the

following:

## SEE ATTACHED SCHEDULE A

     You may appear or deliver the copies to the attorney whose name appears on this
subpoena together with your bill for same.  You have the right to object to the production
pursuant to this subpoena at any time before production by giving written notice to the attorney
whose name appears on this subpoena.  If you object to this subpoena, your formal deposition
will be taken as a non-expert custodian of the records and items being sought pursuant to Florida
Rule of Civil Procedure 1.351.

     If you fail to:

         (1)    appear as specified; or
         (2)    furnish the records instead of appearing as provided above; or

(3)     object to this subpoena,

you may be in contempt of court.  You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the court, you shall respond to this subpoena as directed.

## HIPAA CERTIFICATION

This Subpoena Duces Tecum is being issued subsequent to compliance with Florida Rule of Civil Procedure 1.351; the Health Insurance Portability and Accountability Act of 1996 ("HIPPA") and C.F.R. 164.512(e)(1).  All parties to this litigation were given adequate written notice and an opportunity to object to the issuance of this Subpoena Duces Tecum and the production of the requested information.  No objection was made.  This Subpoena was issued only after expiration of the requisite time for said objection.  The information sought by this Subpoena is being requested in connection with pending civil litigation.

DATED December 18, 2020.

_s/ Suzanne A. Singer_
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com
           ssingersecy@rumberger.com
           docketingmiami@rumberger.com
RUMBERGER, KIRK, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
Attorneys for Defendant

2

<u>SCHEDULE  A</u>

**ANY AND ALL RECORDS IN YOUR POSSESSION** relating to the following incident:

|  |  |
|---|---|
| **NAME:** | **POMPILIO RAMON ANGELIS** |
| **DOB:** | **X/XX/XXXX** |
| **DOA:** | **05/08/2019** |

including but not limited to dispatch sheets, incident reports, narrative reports, EMS reports, or rescue/casualty reports, medical reports, billing records, or any other documents relating to the above-referenced incident or the medical treatment, care, or transportation of the patient identified above.

If you have any questions please contact Gloria Martinez, Paralegal at 305-995-5471 or gmartinez@rumberger.com.

PROPER WRITTEN NOTICE HAS BEEN GIVEN IN COMPLIANCE WITH HIPAA REGULATIONS (e)(1)(iii)(A).   THE INFORMATION RECEIVED PURSUANT TO THIS SUBPOENA MAY BE USED FOR TRIAL AND FOR OTHER PURPOSES AS ARE PERMITTED UNDER THE APPLICABLE STATUTES AND RULES OF CIVIL PROCEDURE AND IT MAY BE DISCLOSED TO OTHER PERSONS.

9558147.1

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

      Plaintiff,

vs.                               CASE NO.:  2020-012173-CA06

BURGER KING CORPORATION,

      Defendant.

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION
### (OPTION TO FURNISH RECORDS)

THE STATE OF FLORIDA:

TO:    Records Custodian
        Ceda Orthopedics and Interventional Medicine - Cutler Bay
        10974 SW 184th Street
        Miami, FL 33157

      YOU ARE COMMANDED to mail, e-mail, fax, or hand deliver to the law offices of

RUMBERGER, KIRK & CALDWELL, P.A., Brickell Bayview Centre, Suite 3000, 80 SW 8th

Street, Miami, Florida 33130-3047, before 5:00 P.M., on or before January 18, 2020 the

following:

### SEE ATTACHED SCHEDULE A

      You may appear or deliver the copies to the attorney whose name appears on this
subpoena together with your bill for same.  You have the right to object to the production
pursuant to this subpoena at any time before production by giving written notice to the attorney
whose name appears on this subpoena.  If you object to this subpoena, your formal deposition
will be taken as a non-expert custodian of the records and items being sought pursuant to Florida
Rule of Civil Procedure 1.351.

      If you fail to:

      (1)    appear as specified; or
      (2)    furnish the records instead of appearing as provided above; or

(3)     object to this subpoena,

you may be in contempt of court.  You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the court, you shall respond to this subpoena as directed.

## HIPAA CERTIFICATION

This Subpoena Duces Tecum is being issued subsequent to compliance with Florida Rule of Civil Procedure 1.351; the Health Insurance Portability and Accountability Act of 1996 ("HIPPA") and C.F.R. 164.512(e)(1).  All parties to this litigation were given adequate written notice and an opportunity to object to the issuance of this Subpoena Duces Tecum and the production of the requested information.  No objection was made.  This Subpoena was issued only after expiration of the requisite time for said objection.  The information sought by this Subpoena is being requested in connection with pending civil litigation.

DATED December 18, 2020.

*s/ Suzanne A. Singer*
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com
           ssingersecy@rumberger.com
           docketingmiami@rumberger.com
RUMBERGER, KIRK, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
Attorneys for Defendant

## SCHEDULE A

### YOUR ENTIRE MEDICAL, BILLING, AND DIAGNOSTIC FILE CONCERNING:

**NAME:**     **POMPILIO RAMON ANGELIS**

1.       Including all patient information sheets, reports, consultation reports, admission and discharge summaries, x-rays, color surgical photographs, radiology reports, films, diagnostic reports**,** notes, memoranda, charts correspondence, test findings, laboratory reports and results insurance forms, patient history and assessment forms, miscellaneous correspondence to attorneys or miscellaneous correspondence to other physicians, medical bills, insurance forms, patient account print out, documents reflecting payment by patient or insurance company, laboratory reports and results, physical therapy records, progress notes, all patient information sheet, psychiatric or psychological testing, evaluations, or treatment notes, counseling records, session notes.

2.       Any and all billing records, including but not limited to total amount billed, payments made by insurance, payments made by Medicare and/or Medicaid, write-offs and/or adjustments, payments made by patient, and remaining balance; statements of account, itemized statements, bills, lien amounts, if any, and/or other billing records.

3.       Any and all X-rays, MRI, CT and other radiology films. **Please produce same in CD format.**

**PLEASE NOTE:**

The above requested should be inclusive and should in no way be limited to any one act, or event.

If any document, film, or x-ray requested on this schedule is located in a separate department or location, it is your responsibility to forward a copy of this subpoena to the appropriate department or location for processing in order to fully comply with this subpoena.

Please see correspondence attached for date of birth and social security number.

If you have any questions please contact Gloria Martinez, Paralegal at 305-995-5471 or gmartinez@rumberger.com.

PROPER WRITTEN NOTICE HAS BEEN GIVEN IN COMPLIANCE WITH HIPAA REGULATIONS (e)(1)(iii)(A).  THE INFORMATION RECEIVED PURSUANT TO THIS SUBPOENA MAY BE USED FOR TRIAL AND FOR OTHER PURPOSES AS ARE PERMITTED UNDER THE APPLICABLE STATUTES AND RULES OF CIVIL PROCEDURE AND IT MAY BE DISCLOSED TO OTHER PERSONS.

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

       Plaintiff,

vs.                                   CASE NO.:  2020-012173-CA06

BURGER KING CORPORATION,

       Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION
## (OPTION TO FURNISH RECORDS)

THE STATE OF FLORIDA:

TO:   Records Custodian
       Ceda Orthopedics and Interventional Medicine - Kendall
       11890 SW 8th Street, Suite 400/401
       Miami, FL 33184

      YOU ARE COMMANDED to mail, e-mail, fax, or hand deliver to the law offices of

RUMBERGER, KIRK & CALDWELL, P.A., Brickell Bayview Centre, Suite 3000, 80 SW 8th

Street, Miami, Florida 33130-3047, before 5:00 P.M., on or before January 18, 2020 the

following:

## SEE ATTACHED SCHEDULE A

      You may appear or deliver the copies to the attorney whose name appears on this
subpoena together with your bill for same.  You have the right to object to the production
pursuant to this subpoena at any time before production by giving written notice to the attorney
whose name appears on this subpoena.  If you object to this subpoena, your formal deposition
will be taken as a non-expert custodian of the records and items being sought pursuant to Florida
Rule of Civil Procedure 1.351.

      If you fail to:

        (1)    appear as specified; or
        (2)    furnish the records instead of appearing as provided above; or

(3)     object to this subpoena,

you may be in contempt of court.  You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the court, you shall respond to this subpoena as directed.

## HIPAA CERTIFICATION

This Subpoena Duces Tecum is being issued subsequent to compliance with Florida Rule of Civil Procedure 1.351; the Health Insurance Portability and Accountability Act of 1996 ("HIPPA") and C.F.R. 164.512(e)(1).  All parties to this litigation were given adequate written notice and an opportunity to object to the issuance of this Subpoena Duces Tecum and the production of the requested information.  No objection was made.  This Subpoena was issued only after expiration of the requisite time for said objection.  The information sought by this Subpoena is being requested in connection with pending civil litigation.

DATED December 18, 2020.

*s/ Suzanne A. Singer*
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com
        ssingersecy@rumberger.com
        docketingmiami@rumberger.com
RUMBERGER, KIRK, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
Attorneys for Defendant

## SCHEDULE A

**YOUR ENTIRE MEDICAL, BILLING, AND DIAGNOSTIC FILE CONCERNING:**

**NAME:**   **POMPILIO RAMON ANGELIS**

1.        Including all patient information sheets, reports, consultation reports, admission and discharge summaries, x-rays, color surgical photographs, radiology reports, films, diagnostic reports**,** notes, memoranda, charts correspondence, test findings, laboratory reports and results insurance forms, patient history and assessment forms, miscellaneous correspondence to attorneys or miscellaneous correspondence to other physicians, medical bills, insurance forms, patient account print out, documents reflecting payment by patient or insurance company, laboratory reports and results, physical therapy records, progress notes, all patient information sheet, psychiatric or psychological testing, evaluations, or treatment notes, counseling records, session notes.

2.        Any and all billing records, including but not limited to total amount billed, payments made by insurance, payments made by Medicare and/or Medicaid, write-offs and/or adjustments, payments made by patient, and remaining balance; statements of account, itemized statements, bills, lien amounts, if any, and/or other billing records.

3.        Any and all X-rays, MRI, CT and other radiology films. **Please produce same in CD format.**

**PLEASE NOTE:**

        The above requested should be inclusive and should in no way be limited to any one act, or event.

        If any document, film, or x-ray requested on this schedule is located in a separate department or location, it is your responsibility to forward a copy of this subpoena to the appropriate department or location for processing in order to fully comply with this subpoena.

        Please see correspondence attached for date of birth and social security number.

        If you have any questions please contact Gloria Martinez, Paralegal at 305-995-5471 or gmartinez@rumberger.com.

PROPER WRITTEN NOTICE HAS BEEN GIVEN IN COMPLIANCE WITH HIPAA REGULATIONS (e)(1)(iii)(A).  THE INFORMATION RECEIVED PURSUANT TO THIS SUBPOENA MAY BE USED FOR TRIAL AND FOR OTHER PURPOSES AS ARE PERMITTED UNDER THE APPLICABLE STATUTES AND RULES OF CIVIL PROCEDURE AND IT MAY BE DISCLOSED TO OTHER PERSONS.

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

      Plaintiff,

vs.                                 CASE NO.:  2020-012173-CA06

BURGER KING CORPORATION,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION
## (OPTION TO FURNISH RECORDS)

THE STATE OF FLORIDA:

TO:   Records Custodian
      Ceda Orthopedics and Interventional Medicine - Hialeah
      755 E. 49th Street
      Hialeah, FL 33013

     YOU ARE COMMANDED to mail, e-mail, fax, or hand deliver to the law offices of

RUMBERGER, KIRK & CALDWELL, P.A., Brickell Bayview Centre, Suite 3000, 80 SW 8th

Street, Miami, Florida 33130-3047, before 5:00 P.M., on or before January 18, 2020 the

following:

## SEE ATTACHED SCHEDULE A

     You may appear or deliver the copies to the attorney whose name appears on this
subpoena together with your bill for same.  You have the right to object to the production
pursuant to this subpoena at any time before production by giving written notice to the attorney
whose name appears on this subpoena.  If you object to this subpoena, your formal deposition
will be taken as a non-expert custodian of the records and items being sought pursuant to Florida
Rule of Civil Procedure 1.351.

     If you fail to:

     (1)    appear as specified; or
     (2)    furnish the records instead of appearing as provided above; or

(3)     object to this subpoena,

you may be in contempt of court.  You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the court, you shall respond to this subpoena as directed.

## HIPAA CERTIFICATION

This Subpoena Duces Tecum is being issued subsequent to compliance with Florida Rule of Civil Procedure 1.351; the Health Insurance Portability and Accountability Act of 1996 ("HIPPA") and C.F.R. 164.512(e)(1).  All parties to this litigation were given adequate written notice and an opportunity to object to the issuance of this Subpoena Duces Tecum and the production of the requested information.  No objection was made.  This Subpoena was issued only after expiration of the requisite time for said objection.  The information sought by this Subpoena is being requested in connection with pending civil litigation.

DATED December 18, 2020.

*s/ Suzanne A. Singer*
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com
                ssingersecy@rumberger.com
                docketingmiami@rumberger.com
RUMBERGER, KIRK, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
Attorneys for Defendant

## SCHEDULE A

### YOUR ENTIRE MEDICAL, BILLING, AND DIAGNOSTIC FILE CONCERNING:

**NAME:     POMPILIO RAMON ANGELIS**

1.        Including all patient information sheets, reports, consultation reports, admission and discharge summaries, x-rays, color surgical photographs, radiology reports, films, diagnostic reports**,** notes, memoranda, charts correspondence, test findings, laboratory reports and results insurance forms, patient history and assessment forms, miscellaneous correspondence to attorneys or miscellaneous correspondence to other physicians, medical bills, insurance forms, patient account print out, documents reflecting payment by patient or insurance company, laboratory reports and results, physical therapy records, progress notes, all patient information sheet, psychiatric or psychological testing, evaluations, or treatment notes, counseling records, session notes.

2.        Any and all billing records, including but not limited to total amount billed, payments made by insurance, payments made by Medicare and/or Medicaid, write-offs and/or adjustments, payments made by patient, and remaining balance; statements of account, itemized statements, bills, lien amounts, if any, and/or other billing records.

3.        Any and all X-rays, MRI, CT and other radiology films. **Please produce same in CD format.**

**PLEASE NOTE:**

        The above requested should be inclusive and should in no way be limited to any one act, or event.

        If any document, film, or x-ray requested on this schedule is located in a separate department or location, it is your responsibility to forward a copy of this subpoena to the appropriate department or location for processing in order to fully comply with this subpoena.

        Please see correspondence attached for date of birth and social security number.

        If you have any questions please contact Gloria Martinez, Paralegal at 305-995-5471 or gmartinez@rumberger.com.

PROPER WRITTEN NOTICE HAS BEEN GIVEN IN COMPLIANCE WITH HIPAA REGULATIONS (e)(1)(iii)(A).  THE INFORMATION RECEIVED PURSUANT TO THIS SUBPOENA MAY BE USED FOR TRIAL AND FOR OTHER PURPOSES AS ARE PERMITTED UNDER THE APPLICABLE STATUTES AND RULES OF CIVIL PROCEDURE AND IT MAY BE DISCLOSED TO OTHER PERSONS.

Case 1:21-cv-20752-RNS Document 1-2 Entered on FLSD Docket 02/23/2021 Page 145 of 335

IN THE CIRCUIT COURT OF THE NINETH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Pompilio Roman Angelis,
    Plaintiff

                             CASE NO. 2020-012173 CA 01

v.

Burger King Corporation,
    Defendant
_____/

## **PLAINTIFF'S NOTICE OF SERVICE OF AMENDED SUPPLEMENTAL ANSWERS TO DEFENDANT'S INTERROGATORIES**

    Plaintiff, POMPILIO ROMAN AGNELIS, by and through undersigned counsel, files their

Notice of Service of Amended Supplemental Answers to Defendant's Interrogatories, in

accordance with Rule 1.340 of the Florida Rules of Civil Procedure and extension approved by

opposite counsel.

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was emailed via the e-portal

on this 1st day of February, 2021 to all parties registered in the e-portal.

Respectfully submitted,

                          GALLARDO LAW OFFICES, P.A
                          Attorneys for Defendant
                          8492 SW 8th Street
                          Miami, Florida 33144
                          Telephone (305) 261-7000

                          By: /s/ Maria Vargas, Esquire_____
                          Maria Vargas-Mejia-Ricart, Esq.
                          Florida Bar No. 1019003
                          Email: civil@gallardolawyers.com
                          maria.vargas@gallardolawyers.com

Case 1:21-cv-20752-RNS   Document 1-2   Entered on FLSD Docket 02/23/2021   Page 146 of 335

IN THE CIRCUIT COURT OF THE NINETH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Pompilio Roman Angelis,
    Plaintiff

                                CASE NO.  2020-012173 CA 01

v.

Burger King Corporation,
    Defendant
_____/

## PLAINTIFF'S NOTICE OF SERVICE OF SUPPLEMENTAL ANSWERS TO DEFENDANT'S INTERROGATORIES

Plaintiff, POMPILIO ROMAN AGNELIS, by and through undersigned counsel, files their Notice of Service of Supplemental Answers to Defendant's Interrogatories, in accordance with Rule 1.340 of the Florida Rules of Civil Procedure and extension approved by opposite counsel.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was emailed via the e-portal on this 28th day of January, 2021 to all parties registered in the e-portal.

Respectfully submitted,

GALLARDO LAW OFFICES, P.A
Attorneys for Defendant
8492 SW 8th Street
Miami, Florida  33144
Telephone (305) 261-7000

By: /s/ Maria Vargas, Esquire
Maria Vargas-Mejia-Ricart, Esq.
Florida Bar No. 1019003
Email: civil@gallardolawyers.com
maria.vargas@gallardolawyers.com

Case 1:21-cv-20752-RNS Document 1-2 Entered on FLSD Docket 02/23/2021 Page 147 of 335

IN THE CIRCUIT COURT OF THE NINETH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Pompilio Roman Angelis,
    Plaintiff

                              CASE NO.  2020-012173 CA 01

v.

Burger King Corporation,
    Defendant
_____/

## NOTICE OF FILING RESPONSES TO REQUEST FOR ADMISSIONS

    **COMES NOW**, Defendant, Pompilio Roman Angelis, by and through undersigned attorney and hereby files this Notice of Filing Answers to Request for Admissions.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was emailed via the e-portal on this 28th day of January, 2021 to all parties registered in the e-portal.

Respectfully submitted,

                              GALLARDO LAW OFFICES, P.A
                              Attorneys for Defendant
                              8492 SW 8th Street
                              Miami, Florida  33144
                              Telephone (305) 261-7000

                              By: /s/ Maria Vargas, Esquire_____
                              Maria Vargas-Mejia-Ricart, Esq.
                              Florida Bar No. 1019003
                              Email: civil@gallardolawyers.com
                              maria.vargas@gallardolawyers.com

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS

        Plaintiff,

vs.                                           CASE NO.:  2020-012173-CA06

BURGER KING CORPORATION

        Defendant.

_____/

## NOTICE OF TAKING VIDEO DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorneys for Defendant, BURGER KING CORPORATION, will take the video deposition by oral examination before **Esquire Deposition Solutions**, or a notary public or officer authorized by law to take depositions, of the following individual on the date and time set forth below:

| NAME: | **Pompilio Ramon Angelis** |
|---|---|
| DATE: | **Tuesday, November 3, 2020** |
| TIME: | **10:00 a.m.** |
| LOCATION: | **Rumberger, Kirk & Caldwell, P.A.** **Brickell City Tower, Suite 3000** **80 S.W. 8th Street** **Miami, FL 33130** **(305) 358-5577** |

The deposition is being taken for the purpose of discovery, for use as evidence and for such other uses and purposes as are permitted under the Florida Rules of Civil Procedure and other applicable law.  The deposition shall continue from day to day until completed.

CASE NO.:  2020-012173-CA06

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true copy of the foregoing was served by e-Filing with the

Clerk of Court and via Florida e-Filing Portal to the following, this 28th day of July, 2020.

William C. Ruggiero, Esq
Law Offices of William C. Ruggiero
200 S. Andrews Avenue, Suite 703
Ft. Lauderdale, Florida 33301
Ruggiero@wcrlaw.com
**(Counsel for Plaintiff)**

/s/ *Suzanne A. Singer*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
Email:  bfitzsimmons@rumberger.com  (primary)
Email: bfitzsimmonssecy@rumberger.com
and docketingmiami@rumberger.com (secondary)
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com (primary)
E-mail:  docketingmiami@rumberger.com and
ssingersecy@rumberger.com (secondary)
 ALBERT LI
Florida Bar No. 118778
Email:  ali@rumberger.com (primary)
Email:  alisecy@rumberger.com; and
docketingmiami@rumberger.com  (secondary)
RUMBERGER, KIRK & CALDWELL
Brickell City Tower, Suite 3000
80 S.W. 8th Street (33130-3037)
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580
*Counsel for Burger King Corporation*

2

13830199.v1

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

        Plaintiff,

vs.                                CASE NO.:  2020-012173-CA06

BURGER KING CORPORATION,

        Defendant.

_____/

## NOTICE OF TAKING VIDEO DEPOSITION

      PLEASE TAKE NOTICE that the undersigned attorneys for Defendant, BURGER KING

CORPORATION, will take the video deposition by oral examination before **Esquire Deposition**

**Solutions**, or a notary public or officer authorized by law to take depositions, of the following

individual on the date and time set forth below:

| NAME: | **Pompilio Ramon Angelis** |
|---|---|
| DATE: | **Friday, February 12, 2021** |
| TIME: | **10:00 a.m.** |
| LOCATION: | **VIA ZOOM**<br>**(Details to be provided)** |

      The deposition is being taken for the purpose of discovery, for use as evidence and for

such other uses and purposes as are permitted under the Florida Rules of Civil Procedure and

other applicable law.  The deposition shall continue from day to day until completed.

CASE NO.:  2020-012173-CA06

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served by e-Filing with the

Clerk of Court and via Florida e-Filing Portal to the following, this 18th day of December, 2020.

Maria Vargas-Mejia-Ricart, Esq.
Gallardo Law Office, P.A.
8492 SW 8th Street
Miami, Florida 33144
Telephone (305) 261-7000
civil@gallardolawyers.com
maria.vargas@gallardolawyers.com

*s/ Suzanne A. Singer*
ROBERT V. FITZSIMMONS
Florida Bar No.:  0355739
E-mail:  rfitzsimmons@rumberger.com
        docketingmiami@rumberger.com
        rfitzsimmonssecy@rumberger.com
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com
        ssingersecy@rumberger.com
        docketingmiami@rumberger.com
ALBERT LI
Florida Bar No.:  118778
E-mail:  ali@rumberger.com
        docketingmiami@rumberger.com
        alisecy@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
Attorneys for Burger King Corporation

14451635.v1

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2020-012173-CA-01
SECTION: CA06
JUDGE: Abby Cynamon

**Pompilio Roman Angelis**

Plaintiff(s)

vs.

**Burger King Corporation**

Defendant(s)

_____/

## ORDER GRANTING MOTION TO WITHDRAW

    **THIS CAUSE HAVING** come before this Court on the 15th day of October, 2020, on the Law Offices of William C. Ruggiero, and Rubenstein Law's Motion to Withdraw as Counsel for Pompilio Ramon Angelis, and appropriate notice having been given, it is hereby,

    **ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw is **GRANTED**.
2. Movant shall mail a copy of this order to CLIENT forthwith.
3. **Within 30 days** from the date of this order, CLIENT shall either: Retain new counsel and have that counsel file a written appearance with the Clerk of the Court; ORFile a written notice with the Clerk of the Court advising that CLIENT will represent himself/herself. *[Note: If CLIENT is a corporation, trustee or a trust, personal representative of an estate, or otherwise named in a representative capacity, CLIENT must retain counsel.]*
4. Failure to comply with the preceding paragraph will create a presumption that CLIENT no longer wishes to participate in this lawsuit and the Court may *sua sponte* or on motion of opposing party impose sanctions against CLIENT. Sanctions may include the imposition of fees and costs, striking of pleadings, entry of default, and dismissal with prejudice.
5. In the interim, CLIENT is required to comply with orders/notices requiring CLIENT'S appearance in court; any pending order requiring compliance are stayed for thirty (30) days.
6. CLIENT may be served at the following address: 3220 Stuben Ave, #3F, Bronx, New York 10467 and contacted via telephone at the following number(s): 786-475-8821(Email: motoangellis@yahoo.com)
7. CLIENT is responsible for updating the address by filing a notice of new address with the Clerk of the Court and providing a copy to opposing counsel. Failure to update the address shall constitute a waiver of any defenses due to lack of notice.
8. **This order does not change any current trial setting or scheduled hearing in this case.**

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>15th day of October, 2020</u>.

2020-012173-CA-01 10-15-2020 12:53 1

<u>2020-012173-CA-01 10-15-2020 12:53 PM</u>
Hon. Abby Cynamon

**CIRCUIT COURT JUDGE**
Electronically Signed

<div style="border:1px solid red">

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

</div>

**Electronically Served:**
Albert Li, ali@rumberger.com
Albert Li, alisecy@rumberger.com
Albert Li, docketingmiami@rumberger.com
Robert V. Fitzsimmons, rfitzsimmons@rumberger.com
Robert V. Fitzsimmons, rfitzsimmonssecy@rumberger.com
Robert V. Fitzsimmons, docketingmiami@rumberger.com
Suzanne A. Singer, ssinger@rumberger.com
Suzanne A. Singer, docketingmiami@rumberger.com
Suzanne A. Singer, ssingersecy@rumberger.com
Suzanne A. Singer, ssinger@rumberger.com
Suzanne A. Singer, ssingersecy@rumberger.com
Suzanne A. Singer, docketingmiami@rumberger.com
William C. Ruggiero, Ruggiero@WCRlaw.com


**Physically Served:**

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2020-012173-CA-01
SECTION: CA06
JUDGE: Abby Cynamon

**Pompilio Roman Angelis**

Plaintiff(s)

vs.

**Burger King Corporation**

Defendant(s)

_____/

## CASE MANAGEMENT ORDER

    This case is scheduled for a Case Management Conference in accordance with Rule 1.200(a), Florida Rules of Civil Procedure.  The case management hearing is scheduled for November 6th, 2020 at 10:00 AM before the Presiding Judge in Courtroom: 1304 , at the Dade County Courthouse , 73 West Flagler Street, Miami, FL 33130 .

The purpose of this Case Management Conference is to resolve outstanding issues and determine what action is necessary to proceed towards case resolution. This Conference was scheduled due to the length of time that the subject case has been pending.  At the Conference the Court may:

1. Schedule or reschedule the service of motions, pleadings and other papers;
2. Set or reset the time of trials, subject to Rule 1.440(c);
3. Coordinate the progress of action if the complex litigation factors contained in Rule 1.201(a)(2)(A)-(a)(2)(H) are present
4. Limit, schedule, order or expedite discovery;
5. Consider the possibility of obtaining admissions of fact and voluntary exchange of documents and electronically stored information, and stipulations regarding authenticity of documents and electronic stored information;

6. Consider the need for advance rulings from the Court on the admissibility of documents and electronically stored information;

7. Discuss as to electronically stored information, the possibility of agreements from the parties regarding the extent to which such evidence should be preserved, the form in which such evidence should be produced, and whether discovery of such information should be conducted in phases or limited to particular individuals, time periods or sources;

8. Schedule disclosure of expert witnesses and the discovery of facts known and opinions held by such experts;

9. Schedule or hear motions in limine;

10. Pursue the possibilities of settlement;

11. Require finding of preliminary stipulations if issues can be narrowed;

12. Consider referring issues to a magistrate for findings of fact; and

13. Schedule other conferences or determine other matters that may aid in the disposition of the action.

### **Mandatory Case Management Report**

A Case Management Report shall be filed by each party with the Clerk of Court and served on opposing parties, with a courtesy copy delivered to the Court via <u>CourtMAP</u>.  This report shall be filed and delivered no later than ten (10) days prior to the scheduled Case Management Hearing Date.

The Case Management Report must include:

1. A brief summary of facts and theory of liability and/or defenses;
2. Pleading status;
3. Mediation efforts;
4. Status of outstanding discovery, including but not limited to depositions to be taken and hiring of experts;
5. A statement as to trial readiness.

If there has been no record activity in the case for the past 10 months, the parties must state in the Case Management Report as to good cause why the case should remain pending and as to intent and effort to prosecute the case.

**Scheduling of Dates**

Parties must bring their calendars to the Case Management Conference to schedule matters as deemed necessary by the Presiding Judge.

**UPON FAILURE OF COUNSEL TO ATTEND THE CASE MANAGEMENT CONFERENCE, THE COURT MAY DISMISS THE ACTION, STRIKE PLEADINGS, LIMIT PROOF OF WITNESSES OR TAKE ANY OTHER APPROPRIATE ACTION AS PROVIDED IN RULE 1.200(c), Fla. R. Civ. P.**

**THIS CASE MANAGEMENT CONFERENCE MAY NOT BE CANCELLED WITHOUT THE COURT'S WRITTEN PERMISSION.**

**STIPULATIONS TO CONTINUE WILL BE GRANTED ONLY UPON A SHOWING OF GOOD CAUSE.**

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 31st day of August, 2020.

2020-012173-CA-01 08-31-2020 7:56 A

2020-012173-CA-01 08-31-2020 7:56 AM
Hon. Abby Cynamon

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Albert Li, ali@rumberger.com
Albert Li, alisecy@rumberger.com
Albert Li, docketingmiami@rumberger.com
Robert V. Fitzsimmons, rfitzsimmons@rumberger.com
Robert V. Fitzsimmons, rfitzsimmonssecy@rumberger.com
Robert V. Fitzsimmons, docketingmiami@rumberger.com
Suzanne A. Singer, ssinger@rumberger.com

Suzanne A. Singer, docketingmiami@rumberger.com
Suzanne A. Singer, ssingersecy@rumberger.com
Suzanne A. Singer, ssinger@rumberger.com
Suzanne A. Singer, ssingersecy@rumberger.com
Suzanne A. Singer, docketingmiami@rumberger.com
William C. Ruggiero, Ruggiero@WCRlaw.com


**Physically Served:**

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2020-012173-CA-01
SECTION: CA06
JUDGE: Charles Johnson

**Pompilio Roman Angelis**

Plaintiff(s)

vs.

**Burger King Corporation**

Defendant(s)

_____/

<u>**ORDER OF WITHDRAWAL AS ATTORNEY OF RECORD**</u>

    THIS CAUSE having come before the Court upon Gallardo Law Firm, and Maria Vargas, Esq.'s Amended Motion to Withdraw as Counsel for Plaintiff, POMPILIO ROMAN ANGELIS, and appropriate notice having been given, it is hereby:

    **ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw as Counsel of Record is hereby **GRANTED**.
2. Within **<u>THIRTY (30) days,</u>** the Plaintiff, POMPILIO ROMAN ANGELIS shall either: Retain a new attorney and have the attorney file a written appearance; <u>OR</u>File a written notification with the Clerk advising the Court that the party    wishes to represent himself.
3. In the interim, Plaintiff, POMPILIO ROMAN ANGELIS, may be served at motoangellis@yahoo.com.
4. This Order does not change any current trial setting in this case.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 9th day of February, 2021.



2020-012173-CA-01 02-09-2021 11:38 AM

Hon. Charles Johnson

**CIRCUIT COURT JUDGE**

Electronically Signed

---

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

---

**Electronically Served:**

Albert Li, ali@rumberger.com

Albert Li, alisecy@rumberger.com

Albert Li, docketingmiami@rumberger.com

GLORIA E MARTINEZ, gmartinez@rumberger.com

Maria Vargas-Mejia-Ricart, civil@gallardolawyers.com

Maria Vargas-Mejia-Ricart, maria.vargas@gallardolawyers.com

Robert V. Fitzsimmons, rfitzsimmons@rumberger.com

Robert V. Fitzsimmons, rfitzsimmonssecy@rumberger.com

Robert V. Fitzsimmons, docketingmiami@rumberger.com

Suzanne A. Singer, ssinger@rumberger.com

Suzanne A. Singer, docketingmiami@rumberger.com

Suzanne A. Singer, ssingersecy@rumberger.com

Suzanne A. Singer, ssinger@rumberger.com

Suzanne A. Singer, ssingersecy@rumberger.com

Suzanne A. Singer, docketingmiami@rumberger.com

William C. Ruggiero, Ruggiero@WCRlaw.com

**Physically Served:**

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: <u>2020-012173-CA-01</u>
SECTION: <u>CA06</u>
JUDGE: <u>Abby Cynamon</u>

**Pompilio Roman Angelis**

Plaintiff(s)

vs.

**Burger King Corporation**

Defendant(s)

_____/

## <u>CASE MANAGEMENT ORDER</u>

     This case is scheduled for a Case Management Conference in accordance with Rule 1.200(a), Florida Rules of Civil Procedure.  The case management hearing is scheduled for <u>March 26th, 2021</u> at <u>10:00 AM</u> before the Presiding Judge in Courtroom: <u>1304</u> , at the <u>Dade County Courthouse</u> , <u>73 West Flagler Street, Miami, FL 33130</u> .

The purpose of this Case Management Conference is to resolve outstanding issues and determine what action is necessary to proceed towards case resolution. This Conference was scheduled due to the length of time that the subject case has been pending.  At the Conference the Court may:

1. Schedule or reschedule the service of motions, pleadings and other papers;
2. Set or reset the time of trials, subject to Rule 1.440(c);
3. Coordinate the progress of action if the complex litigation factors contained in Rule 1.201(a)(2)(A)-(a)(2)(H) are present
4. Limit, schedule, order or expedite discovery;
5. Consider the possibility of obtaining admissions of fact and voluntary exchange of documents and electronically stored information, and stipulations regarding authenticity of documents and electronic stored information;

6. Consider the need for advance rulings from the Court on the admissibility of documents and electronically stored information;

7. Discuss as to electronically stored information, the possibility of agreements from the parties regarding the extent to which such evidence should be preserved, the form in which such evidence should be produced, and whether discovery of such information should be conducted in phases or limited to particular individuals, time periods or sources;

8. Schedule disclosure of expert witnesses and the discovery of facts known and opinions held by such experts;

9. Schedule or hear motions in limine;

10. Pursue the possibilities of settlement;

11. Require finding of preliminary stipulations if issues can be narrowed;

12. Consider referring issues to a magistrate for findings of fact; and

13. Schedule other conferences or determine other matters that may aid in the disposition of the action.

## **Mandatory Case Management Report**

A Case Management Report shall be filed by each party with the Clerk of Court and served on opposing parties, with a courtesy copy delivered to the Court via <u>CourtMAP</u>.  This report shall be filed and delivered no later than ten (10) days prior to the scheduled Case Management Hearing Date.

The Case Management Report must include:

1. A brief summary of facts and theory of liability and/or defenses;
2. Pleading status;
3. Mediation efforts;
4. Status of outstanding discovery, including but not limited to depositions to be taken and hiring of experts;
5. A statement as to trial readiness.

If there has been no record activity in the case for the past 10 months, the parties must state in the Case Management Report as to good cause why the case should remain pending and as to intent and effort to prosecute the case.

**Scheduling of Dates**

Parties must bring their calendars to the Case Management Conference to schedule matters as deemed necessary by the Presiding Judge.

**UPON FAILURE OF COUNSEL TO ATTEND THE CASE MANAGEMENT CONFERENCE, THE COURT MAY DISMISS THE ACTION, STRIKE PLEADINGS, LIMIT PROOF OF WITNESSES OR TAKE ANY OTHER APPROPRIATE ACTION AS PROVIDED IN RULE 1.200(c), Fla. R. Civ. P.**

**THIS CASE MANAGEMENT CONFERENCE MAY NOT BE CANCELLED WITHOUT THE COURT'S WRITTEN PERMISSION.**

**STIPULATIONS TO CONTINUE WILL BE GRANTED ONLY UPON A SHOWING OF GOOD CAUSE.**

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>9th day of November, 2020</u>.

<u>2020-012173-CA-01 11-09-2020 8:21 AM</u>
Hon. Abby Cynamon

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Albert Li, ali@rumberger.com
Albert Li, alisecy@rumberger.com
Albert Li, docketingmiami@rumberger.com
Maria Vargas-Mejia-Ricart, civil@gallardolawyers.com
Maria Vargas-Mejia-Ricart, maria.vargas@gallardolawyers.com
Robert V. Fitzsimmons, rfitzsimmons@rumberger.com
Robert V. Fitzsimmons, rfitzsimmonssecy@rumberger.com

Robert V. Fitzsimmons, docketingmiami@rumberger.com
Suzanne A. Singer, ssinger@rumberger.com
Suzanne A. Singer, docketingmiami@rumberger.com
Suzanne A. Singer, ssingersecy@rumberger.com
Suzanne A. Singer, ssinger@rumberger.com
Suzanne A. Singer, ssingersecy@rumberger.com
Suzanne A. Singer, docketingmiami@rumberger.com
William C. Ruggiero, Ruggiero@WCRlaw.com


**Physically Served:**

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

CASE NO.:  2020-012173 CA 06

**POMPILIO RAMON ANGELIS,**

        Plaintiff,

vs.

**BURGER KING CORPORATION**

        Defendants.

_____/

<u>**RE-NOTICE OF HEARING**</u>
**(Motion Calendar – Via Zoom)**

      **PLEASE BE ADVISED** that the above-styled cause will come to be heard on

**<u>Defendant's Objections to Plaintiff's Request for Production #10</u>** before the Honorable

Abby Cynamon., Judge of the above styled Court on October 07, 2020 at 9am via Zoom.

      I HEREBY CERTIFY that I have made a good faith effort to resolve this

matter prior to noticing this motion for hearing or prior to the date of hearing and the issues

before the Court may be heard and resolved by the Court within five (5) minutes.

      I HEREBY CERTIFY that a copy of the foregoing has been sent via e-mail

Rumberger, Kirk & Caldwell, Albert Li, Esq., Brickell City Town, Suite 3000, 80 S.W. 8th

Street, Miami, Florida 33101 (305)-358-5577 (Email: ali@rumberger.com;

alisecy@rumberger.com; docketingmiami@rumberger.com). on this 25th day of

September, 2020.

                Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Suite 703 - Museum Plaza
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone:  (954) 462-2300
E-mail:  Ruggiero@WCRlaw.com


BY:     /s/ *William C. Ruggiero*
        WILLIAM C. RUGGIERO
        Florida Bar No. 878499


WCR: mc

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:  2020-012173 CA 06

POMPILIO RAMON ANGELIS,

               Plaintiff,

vs.

BURGER KING CORPORATION,

               Defendants.

_____/

## CASE MANAGEMENT REPORT

The Plaintiff, Pompilio Roman Angelis, by and through undersigned counsel, files this his Case Management Report, and states as follows:

1.      A brief summary of facts and theory of liability and/or defenses:

The Plaintiff contends that on or about May 8, 2019, the Defendant, BURGER KING CORPORATION, by and through its agents, employees, and/or servants, negligently and carelessly maintained the above premises located at 13201 S Dixie Hwy, Miami, Florida , 33156. The Plaintiff claims that at said time, the Defendant, BURGER KING CORPORATION, employee was playing with tray, and dropped one on Plaintiff, causing the Plaintiff, POMPILIO RAMON ANGELIS, serious injuries.

2.      Pleading status:

           No motions pending.

3.      Mediation has not been set.

4.      Status of outstanding discovery:

Plaintiff and Defendant have exchanged written discovery.

5.      Case is at issue. Notice for Trial filed August 10, 2020. Trial has not been

set.

I HEREBY CERTIFY that a true and correct copy of the foregoing document was

furnished by email this 18th day of September, 2020 to: Rumberger, Kirk & Caldwell, Albert

Li, Esq., Brickell City Town, Suite 3000, 80 S.W. 8th Street, Miami, Florida 33101(305)-

358-5577(Email:ali@rumberger.com;alisecy@rumberger.com;

docketingmiami@rumberger.com)

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorney for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone: (954) 462-2300
Email: Ruggiero@wcrlaw.com

BY:    /s/ William C. Ruggiero
WILLIAM C. RUGGIERO
Florida Bar No.  878499

WCR:mc

Case 1:21-cv-20752-RNS   Document 1-2   Entered on FLSD Docket 02/23/2021   Page 168 of 335

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

        Plaintiff,

vs.

                                CASE NO.: 2020-012173-CA-06

BURGER KING CORPORATION, A Florida
Corporation,

        Defendant.

_____/

### DEFENDANT'S, BURGER KING CORPORATION, REQUEST FOR PRODUCTION

Defendant, BURGER KING CORPORATION ("Burger King"), by and through undersigned counsel, and pursuant to Florida Rule of Civil Procedure 1.350, requests that Plaintiff, POMPILIO RAMON ANGELIS, produce copies of documents and things enumerated in the following list, or produce them for inspection and copying at the offices of undersigned attorney in accordance with the provisions of the Florida Rules of Civil Procedure.

### DEFINITIONS

As used herein, the terms listed below are defined as follows:

A.     "Person" shall mean any natural person, entity, corporation, partnership, association, joint venture, trust, government unit, agency, branch, or office or any subdivision or department thereof.

B.     "Agent" shall mean any agent, employee, officer, director, attorney, independent contractor or any other person acting at the direction of or on behalf of another.

C.     The word "document" shall include any written or graphic matter or any other means of preserving thought or expression, and all tangible things from which information can be

processed or transcribed in Plaintiff's actual or constructive possession, custody, care or control, which pertain directly or indirectly, in whole or in part, either to any of the subjects listed below or to any other matter relevant to the issues in this action, or which are themselves listed below as specific documents, including, but not limited to: correspondence, memoranda, notes, messages, letters, telegrams, teletype messages, bulletins, diaries, chronological data, minutes, books, reports, charts, ledgers, invoices, worksheets, receipts, computer printouts, computer disks, electronic mail (e-mail), schedules, affidavits, contracts, transcripts, surveys, graphic representation of any kind, photographs, graphs, microfilms, videotapes, tape recordings, electronically stored material, motion pictures or other films.  Further, the word "Documents" shall be deemed to include the original and any draft thereof, and any copy of an original or a draft which differs in any respect from such original or draft.

D.     "Identify" means, with respect to any "person," or any reference to the "identity" of any "person," to provide the name, home address, telephone number, business name, business address, business telephone number and a description of each such person's connection with the events in question.

E.     "Identify" means, with respect to any "document," or any reference to stating the "identification" of any "document" provide the title and date of each such document, the name and address of the party or parties responsible for the preparation of each such document, the name and address of the party who requested or required the preparation and on whose behalf it was prepared, the name and address of the recipient or recipients to each such document and the present location of any and all copies of each such document, and the names and addresses of any and all persons who have custody or control of each such document or copies thereof.

F.      "Property" or "Subject Property" means the Burger King restaurant which you allege in your Complaint to be the site of where the facts and circumstances at issue in this case took place.

## **INSTRUCTIONS**

1.      To the extent any request is objected to, set forth all reasons for the objection.  If you object, and refuse to answer in part to any request, respond to the balance of the request.

2.      If you object to fully identifying a document or oral communication because of a privilege, you should nevertheless provide the following information pursuant to Florida Rule of Civil Procedure 1.280 (b)(5):

      a.      the nature of the privilege claimed (including work product);

      b.      the state privilege rule being invoked;

      c.      the date of the document or oral communication;

      d.      if a document: its type (correspondence, memorandum, facsimile etc.), custodian, location, and such other information sufficient to identify the document for a subpoena duces tecum or a document request, including where appropriate the author, the addressee, and, if not apparent, the relationship between the author and addressee;

      e.      if an oral communication: the place where it was made, the names of the persons present while it was made, and, if not apparent, the relationship of the persons present to the declarant; and

      f.      the general subject matter of the document or oral communication.

3.      These requests seek information that now is or ever was in your knowledge or that of your present or former employees, representatives, agents, and persons consulted concerning any factual matters or opinions, or is otherwise available to you as either a practical matter or as a matter of law.

4.      For the purposes of reading, interpreting, or construing the scope of these requests, the terms used shall be given their most expansive and inclusive interpretation.  This includes, without limitation, the following:

        Construing the terms "and" and "or" in the disjunctive or conjunctive, as necessary, to make the request more inclusive;

b.      Construing the singular form of any word to include the plural and the plural form to include the singular;

c.      Construing the past tense of the verb to include the present tense and the present tense to include the past tense;

d.      Construing "including" to mean "including without limitation."

e.      Construing the masculine form to include the feminine form.

f.      Construing the term "Date" to mean the exact day, month and year if ascertainable; if not, the closest approximation that can be made by means of relationship to other events, locations, or matters;

g.      Construing negative terms to include the positive and vice versa.  For example, the word "communication" should be construed to mean enforcement or lack of communication;

h.      Construing the terms "relate to" and "regarding" to mean to constitute, discuss, identify, describe, mention, analyze, review, comment upon, admit, deny, support, criticize, refute, reflect, refer to directly or indirectly, or in any way pertain to, in whole or in part;

i.      Construing the terms "all," "each," or "every" as all, each and every; and

j.      Construing "you" and "your" to mean the party to whom these requests are directed and any person associated or affiliated with the above named parties, including, but not limited to, staff, advisors, consultants, internal or external experts, and all others providing research, advice, analysis, or information relating to the actions and transactions of this case and/or the events addressed herein.

## DOCUMENT AND ITEM REQUESTS

1.      Federal and State Income Tax Returns and W-2 Forms of Plaintiff for 2013, 2014, 2015, 2016, 2017, 2018 and 2019 or a written authorization in such form as required by the applicable taxing authority to obtain same.

2.      All records (in whatever form) of salary, wages, earnings, and commissions of Plaintiff from any and all sources for 2013, 2014, 2015, 2016, 2017, 2018 and 2019 or a written authorization to obtain same.

3.      All written communications, memos, including but not limited to emails between Plaintiff and others regarding the incident at the Subject Property, including but not limited to employer and medical providers.

4.      All bills, invoices, and charges in items of damage claimed by Plaintiff to be recoverable in this cause, including those pertaining to:

      A.      hospitals;

      B.      physicians, doctors, or other practitioners of the healing arts;

      C.      psychologists or mental health specialists, registered or practical nurses;

      D.      dentists;

      E.      drugs and medications;

      F.      appliances incident to medical care;

      G.      ambulances and other modes of transportation related to medical services; and

      H.      any other bills, statements or costs alleged to be chargeable as an item of damage in the above captioned case.

5.      A copy of Plaintiff's driver's license (front and back).

6.      A recent photograph of Plaintiff.

7.      Any incident, claims, injury, investigative reports or written complaints regarding the subject incident.

8.      All photographs, videotapes and/or other visual representations taken by the Plaintiff, Plaintiff's attorneys, investigators, witnesses, agents, servants, or employees which depict:

    a.      Any of the injuries allegedly sustained by Plaintiff as a result of this accident; and

    b.      the scene of the incident.

9.      All calendars, notes, diaries and/or anything in writing, reflecting the contents of any conversations with Defendant(s), its employees, agents, servants or representatives, of the incident, made the basis for this lawsuit.

10.     Any and all documents or other records reflecting upon any witnesses that saw or were at the scene of the alleged accident.

11.     Any documents, writings or other records naming or identifying those who rendered assistance to Plaintiff at the alleged accident scene.

12.     Any and all documents pertaining to those persons who would have knowledge of the facts as to how the accident occurred.

13.     All medical liens filed by any health care provider who treated Plaintiff for the injuries allegedly sustained in the incident made the subject of this litigation.

14.     All documents identified in Plaintiff's answers to Defendant's Interrogatories to Plaintiff.

15.     All records of hospitals where Plaintiff was a patient or received treatment from any doctor, physician, or practitioner of the healing arts who has examined Plaintiff's physical or mental condition for the last ten (10) years.

16.     All documents constituting and/or containing any report and/or information concerning any investigation of the incident that is the basis of this lawsuit, made prior to Plaintiff's knowledge that a lawsuit would be filed.

17.     All documents constituting and/or containing any matter relevant to Plaintiff's contention that the accident made the basis of this lawsuit attributable, in whole or in part, to the negligence of the Defendants.

18.     Any and all photographs and/or visual recordings and/or diagrams made by any person or entity regarding the accident herein, and showing the general layout of the scene of Plaintiff's alleged accident.

19.     Any and all charts, plans, photographs, or other documents intended to be introduced into evidence on the issues of liability or damages.

20.     Any documents describing the release of lien, reduction in medical expenses and/or letter of protection issued by Plaintiff, Plaintiff's agents or representatives to any health care provider for services, prescriptions, medical supplied or treatment of the alleged injuries or damages claimed by Plaintiff in the incident described in Plaintiff's Complaint.

21.     All documents which evidence, reflect, refer or relate to anything Plaintiff alleges Defendants could have or should have done to prevent this accident and the alleged injuries and damages resulting therefrom.

22.     All non-medical expert reports or summaries in Plaintiff's possession pertaining to the allegations in the Complaint for individuals who are anticipated to testify at time of trial.

23.     Any item which supports the allegations in the Complaint.

24.     All documents of whatever nature Plaintiff anticipates introducing at trial.

25.     All statements or depositions of any director, employee or agent of Defendant.

26.     A copy of Plaintiff's Facebook, MySpace, Instagram, Twitter, or any other social networking feed since the subject incident to present which relates to, references, mentions, or in any way pertains to the subject lawsuit, any of the allegations and/or issues set forth in Plaintiff's Complaint, Plaintiff's alleged damages, Plaintiff's post-accident condition, Plaintiff's treatment for his alleged injuries as a result of the subject incident, and/or incentives or motivations for the subject lawsuit, including but not limited to:

A.     Any and all "status updates" and "comments" on "status updates."

B.     "Wall" or "Super Wall" posts and comments.

C.     Any and all photographs from albums, profile photographs, photographs of this individual posted by others and comments associated with either album photographs, profile photographs or photographs posted by others.

D.     Any and all videos posted by this individual and comments made on the videos.

27.     All documents filed in any Court relating to any lawsuit, other than this case, in which Plaintiff has been a party, whether Plaintiff or Defendant.

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that a true copy of the foregoing has been furnished by e-mail

on this 21<u>st</u> day of July 2020 to:  Counsel for Plaintiff, William C. Ruggiero, Esq. Law Offices Of

William C. Ruggiero Attorneys for Plaintiff Museum Plaza, Suite 703, 200 South Andrews

Avenue Fort Lauderdale, Florida 33301 Ruggiero@wcrlaw.com.

/s/ *Albert Li*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
Email:  bfitzsimmons@rumberger.com  (primary)
Email: bfitzsimmonssecy@rumberger.com
and docketingmiami@rumberger.com (secondary)
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com (primary)
E-mail:  docketingmiami@rumberger.com and
ssingersecy@rumberger.com (secondary)
ALBERT LI
Florida Bar No. 118778
Email:  ali@rumberger.com (primary)
Email:  alisecy@rumberger.com; and
docketingmiami@rumberger.com  (secondary)
RUMBERGER, KIRK & CALDWELL
Brickell City Tower, Suite 3000
80 S.W. 8th Street (33130-3037)
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580
*Counsel for Burger King Corporation*

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:  2020-012173 CA 06

**POMPILIO RAMON ANGELIS,**

           Plaintiff,

vs.

**BURGER KING CORPORATION**

           Defendant.

_____/

## REQUEST FOR PRODUCTION

      The Plaintiff, POMPILIO RAMON ANGELIS, by and through his undersigned

counsel, and pursuant to the applicable Rules of Civil Procedure, requests the Defendant,

BURGER KING CORPORATION to produce copies of the following within thirty (30) days

from the emailing of this Request at the offices of WILLIAM C. RUGGIERO:

      1.     Any and all statements of the Plaintiff and/or Plaintiff's agents

      2.     All photographs in the possession of the Defendant, its agents, or

attorneys of the accident scene and the persons involved.

      3.     Any and all photographs and/or movies of the Plaintiff resulting from

surveillance and/or investigation of the Plaintiff.

      4.     Copy of the incident or accident report prepared in response to the

within accident.

      5.     Any and all incident/accident reports for accidents during the two years

preceding this accident that have occurred in the same general location and which are of

the same general type of accident as the accident complained of in the within suit.

6.      Any and all maintenance and/or cleaning or inspection records during the one week preceding this accident for the particular area of the store/premises/building involved in the within accident.

7.      Any and all safety manuals, safety brochures, training films or manuals, pamphlets, posters, films or their transcript bearing upon safety, customer safety, cleanliness and maintenance of the area where the accident occurred.

8.      Any and all letters, complaints, telephonic messages etc., concerning the condition of the area where the Plaintiff fell during the one year preceding this accident and the one year subsequent to this accident.

9.      All documents that reflect the periodic inspection process on the day of the incident which is the subject matter of this lawsuit.

10.     Any and all video footage of the premises on the date of accident from one hour prior to the time of this accident to one hour subsequent to the time of this accident.

*NOTE*:  **If an objection to the production of any of the above requests are based on a privilege, please provide a concise privilege log.**

I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed this 21st Day of July, 2020 to: Rumberger, Kirk & Caldwell, Albert Li, Esq., Brickell City Town, Suite 3000, 80 S.W. 8th Street, Miami, Florida 33101 (305)-358-5577 (Email: ali@rumberger.com; alisecy@rumberger.com; docketingmiami@rumberger.com).

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone: (954) 462-2300
Email: Ruggiero@WCRlaw.com

BY:   /s/ *William C. Ruggiero*
       WILLIAM C. RUGGIERO
       Florida Bar No. 878499

WCR:mc

Filing # 110561095 E-Filed 07/21/2020 02:18:23 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:  2020-012173 CA 06

**POMPILIO RAMON ANGELIS,**

      Plaintiff,

vs.

**BURGER KING CORPORATION**

      Defendant.

_____/

## <u>REPLY TO AFFIRMATIVE DEFENSES</u>

COMES NOW the Plaintiff, POMPILIO RAMON ANGELIS, by and through his undersigned counsel and replies to the Defendant, BURGER KING CORPORATION's, Affirmative Defenses as follows:

1.    Each and every allegation contained in the Defendant's Affirmative Defenses is hereby denied.

I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed this <u>21st Day of July, 2020</u> to: Rumberger, Kirk & Caldwell, Albert Li, Esq., Brickell City Town, Suite 3000, 80 S.W. 8th Street, Miami, Florida 33101 (305)-358-5577 (Email: ali@rumberger.com; alisecy@rumberger.com; docketingmiami@rumberger.com).

                        LAW OFFICES OF WILLIAM C. RUGGIERO
                        Attorney for Plaintiff
                        Museum Plaza, Suite 703
                        200 South Andrews Avenue
                        Fort Lauderdale, Florida  33301
                        Phone: (954) 462-2300
                        Email:  Ruggiero@wcrlaw.com

                BY:    <u>/s/ William C. Ruggiero</u>
                        WILLIAM C. RUGGIERO
                        Florida Bar No. 878499

WCR:mc

Case 1:21-cv-20752-RNS   Document 1-2   Entered on FLSD Docket 02/23/2021   Page 181 of 335

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

       Plaintiff,

vs.                                       CASE NO.:  2020-012173-CA06

BURGER KING CORPORATION,

       Defendant.

_____/

## DEFENDANT, BURGER KING CORPORATION'S NOTICE OF SERVICE OF UNVERIFIED RESPONSES TO PLAINTIFF'S SLIP AND FALL INTERROGATORIES

       Defendant, Burger King Corporation ("BK"), by and through undersigned counsel, and

pursuant to Florida Rule of Civil Procedure 1.340, hereby serves its Notice of Serving Unverified

Responses to Plaintiff's Slip and Fall Interrogatories, served on July 21, 2020.

Case No.: 2020-012173-CA06

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served by e-Filing with the

Clerk of Court and via Florida e-Filing Portal to the following, this 3rd day of September, 2020.

*s/ Albert Li*
ROBERT V. FITZSIMMONS
Florida Bar No.: 0355739
E-mail: rfitzsimmons@rumberger.com
docketingmiami@rumberger.com
rfitzsimmonssecy@rumberger.com
ALBERT LI
Florida Bar No.: 118778
E-mail: ali@rumberger.com
docketingmiami@rumberger.com
alisecy@rumberger.com
SUZANNE A. SINGER
Florida Bar No.: 0946222
E-mail: ssinger@rumberger.com (primary)
E-mail: docketingmiami@rumberger.com and
ssingersecy@rumberger.com (secondary)

Rumberger, Kirk, & Caldwell, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel: 305.358.5577
Fax: 305.371.7580
Attorneys for Burger King Corporation

2

Case No.: 2020-012173-CA06

## **SERVICE LIST**

**Counsel for Plaintiff**
William C. Ruggiero, Esq.
Law Offices Of William C. Ruggiero
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
Ruggiero@wcrlaw.com

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI DADE COUNTY FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO:  2020-012173 CA 06

**POMPILIO RAMON ANGELIS,**

       Plaintiff,

vs.

**BURGER KING CORPORATION**

       Defendant.

_____/

<u>**NOTICE OF PLAINTIFF'S ANSWERS TO INTERROGATORIES**</u>

    The Plaintiff, POMPILIO RAMON ANGELIS, by and through undersigned counsel, files this, Notice of Serving Answers to Plaintiff's Interrogatories.

    I HEREBY CERTIFY that a true and correct copy of the foregoing document was furnished by email this <u>9th Day of September, 2020</u> to: Rumberger, Kirk & Caldwell, Albert Li, Esq., Brickell City Town, Suite 3000, 80 S.W. 8th Street, Miami, Florida 33101 (305)-358-5577 (Email: ali@rumberger.com; alisecy@rumberger.com; docketingmiami@rumberger.com).

                    LAW OFFICES OF WILLIAM C. RUGGIERO
                    Attorney for Plaintiff
                    Museum Plaza, Suite 703
                    200 South Andrews Avenue
                    Fort Lauderdale, Florida  33301
                    Phone: (954) 462-2300
                    Email: Ruggiero@wcrlaw.com

          BY:   */s/ William C. Ruggiero*
                    WILLIAM C. RUGGIERO
                    Florida Bar No.  878499

WCR:mc

1. 3220 Stuben Ave
#3F
Bronx, NY 10467

2. Self employed (artist, song writer and singer)

3. Pompilio Ramon Angelis

2380 NW 153 St Opa-locka, FL 33054
69 NE 12th Ave, Homestead, FL 33030
3220 Stuben Ave, #3F, Bronx, NY 10467 (Current)

Social Security Number- 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
DOB-06/10/1964

Separated (Sonia Martinez)

4. No.

5. On May 5, 2019 An employee of the Defendant was playing with trays, and dropped one on me, causing me serious injuries. There was nothing I could have done to prevent this accident from happening.

6. No.

7. See #5.

8. Head.

9. No.

10. Peter C. Kwan, M.D., P.C.
Balance- $299.26

Northern Medical Care PC
(Dr. Ahmed, Omar)
Balance- $135.00

Physical Med and Rehab of NY PC
(Almentero, M.D.)
Balance- $ 6,690.00

Lenox Hill Radiology & Medical Imaging Associates
(Gregory Lawler)
Balance -$2,404.70

Ceda Orthopedic & Interventional Medicine of FIU/Kendal
(Richard Yoham, DC)

Balance-$ 479.00

Ceda Ortho & Int Med of Hialeah
(John P. Ross, DC)
Balance- $707.00

Ceda Ortho & Int Med of Cutler Bay
(Eric Reese CH)
Balance- $2,933.00

11. N/A. I am not making a wage loss claim. See #2 for employment.

12. No.

13.See #10.

14.Felix Almentero MD
15 Newark Ave
Belleville, NJ 07109

Dr. S. Inzu MD (Neurology)

15. My doctors have information regarding my injuries.

16. None to my knowledge and recollection at this time.

17. No.

18. None.

19.No experts have been hired. My treating physicians may testify. See #10.

20. No.

21. No.

22. No.

23. No.

24. In the past five years I have traveled back and forth from Miami, Florida to Bronx, New
York.

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT COURT
IN AND FOR MIAMI DADE, FLORDIA**

Pompilio Roman Angelis,
     Plaintiff

                         CASE NO.  2020-012173 CA 01

v.

Burger King Corporation,
     Defendant
_____/

**PLAINTIFF'S SUPPLEMENTAL ANSWERS TO INTERROGATORIES**

    Comes now, the Plaintiff, Pompilio Roman Angelis, by and through undersigned attorney and hereby files and moves this Honorable Court for entry response to Plaintiff its Interrogatories, and as grounds states as follows:

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was emailed via the e-portal on this 25th day of January, 2021 to all parties registered in the e-portal.

 Respectfully submitted,

                         GALLARDO LAW OFFICES, P.A
                         Attorneys for Defendant
                         8492 SW 8th Street
                         Miami, Florida  33144
                         Telephone (305) 261-7000

                         By: /s/ Maria Vargas, Esquire_____
                         Maria Vargas-Mejia-Ricart, Esq.
                         Florida Bar No. 1019003
                         Email: civil@gallardolawyers.com
                         maria.vargas@gallardolawyers.com

Case No. 2020-012173 CA 06

## ANSWER TO INTERROGATORIES

8.      Describe each injury for which you are claiming damages in this case, specifying the part of your body that was injured, the nature of the injury, and as to any injuries you contend are permanent, the effects on you that you claim are permanent.

**ANSWER:** I received a blow to the head which produced a hematoma with swelling and clotting, which produced constant headaches and memory loss and progressive loss of sense of location.  Since the accident it has been difficult for me to concentrate and I have constant headaches, especially to the front side where I received the blow.  I memory loss and sometimes I don't know where I am and I start to walk in circles.

9.      Please set forth in complete detail the nature of any prior or pre-existing injury, illness or disability of Pompilio Ramon Angelis, and specify when and how the prior existing injury, illness or disability came about.

**ANSWER:** Prior to the incident I did not have a pre-existing disability or condition.

13.     List the names and business addresses of each physician who has treated or examined you, and each medical facility where you have received any treatment or examination for the injuries for which you seek damages in this case; and state as to each the date of treatment or examination and the injury or condition for which you were examined or treated.

**ANSWER:**

1. Ceda Orthopedics & Interventional Medicine,  at several of its locations, the main ones recalled are: 6303 SW 40 Street, Miami, Florida 33155, 6075 Sunset Dr, Miami, FL 33143

2. Dr. Peter C. Kwan 3611 East Tremont Avenue, Bronx, NY 10465

3. Physical Medicine & Rehab of NY, 3815 Putnam Avenue, Bronx, NY 10463

4. Apex Neurology 1150 Webster Avenue, Suite 4, Bronx, NY 10456

5. Lenox Hill Radiology and Medical Imaging Associates, 61 E 77th St, New York, NY 10075

6. Northern Medical Care PC, 1150 Webster Ave. Ste. 4, Bronx, NY, 10456

14.     List the names and business addresses of all other physicians, medical facilities, or other

health care providers by whom or at which you have been examined or treated <u>in the past 10 years</u>; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

**ANSWER:** Besides the one's mentioned in interrogatory #13, I have been treated by Felix Almentero located at 15 Newark Ave., Belleville, NJ 07109. I cannot recall any other physician or medical facility.

22.    Please provide the name, address, telephone number and group number of any and all medical/health insurance policies which may have been in effect from 2010 through present. In lieu of answering this question, please attach your health insurance policy or medical insurance card in effect during these relevant time frames.

**ANSWER:** I have no medical insurance or had coverage at the time of the incident. Object, to providing health insurance information since 2010 as such request is overbroad.

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

     Plaintiff,

vs.                             CASE NO.:  2020-012173-CA06

BURGER KING CORPORATION,

     Defendant.

_____/

### DEFENDANT, BURGER KING CORPORATION'S
### UNVERIFIED RESPONSES TO PLAINTIFF'S SLIP AND FALL INTERROGATORIES

Defendant, Burger King Corporation ("BK"), by and through undersigned counsel, and

pursuant to Florida Rule of Civil Procedure 1.340, responds to Plaintiff's Slip and Fall

Interrogatories, served on July 21, 2020, and states as follows:

### Interrogatory No. 1:

**What is the name and address of the person answering these
interrogatories, and, if applicable, the person's official position
or relationship with the party to whom the interrogatories are
directed?**

**RESPONSE:** With assistance of counsel, Ryan Kesteris, Claims and Insurance

Manager,  c/o Rumberger, Kirk & Caldwell.

### Interrogatory No. 2:

**Describe in detail how the incident described in the complaint
happened, including all actions taken by you or an agent of the
Defendant, to prevent the incident.**

**RESPONSE:** Pursuant to 1.340(c) of the Florida Rules of Civil Procedure,

Defendant refers Plaintiff to the in-store surveillance video from which Plaintiff may

ascertain the answer to this interrogatory which will be provided at the Plaintiff's deposition.

## Interrogatory No. 3:

**Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.**

**RESPONSE:** Undetermined at this time.

## Interrogatory No. 4:

**Was an incident report prepared for this incident? If so, list the name and address of the person preparing the report.**

**RESPONSE:** None.

## Interrogatory No. 5:

**Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in Plaintiff's complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.**

**RESPONSE:** Sompo American Insurance Company; Policy No.: GDL91077XO,

06/01/2018 – 05/31/2019; 2 Million, 1 Million SIR.

## Interrogatory No. 6:

**State the facts upon which you rely for each affirmative defense in your answer.**

**RESPONSE:** BK states this request is premature as discovery is ongoing and

Defendant is in the process of developing responsive information. Defendant's

2

affirmative and other defenses were properly asserted at this early stage in the proceedings to preserve them and avoid later claims of waiver. If any of its defenses appear inapplicable following reasonable discovery, Defendant will withdraw those defenses.   Moreover, each affirmative defense is self-explanatory.

## Interrogatory No. 7:

**Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.**

**RESPONSE:** Undetermined at this time.

## Interrogatory No. 8:

**List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.**

**RESPONSE:** Pinecrest Police Department -  responded to the incident; Miami Dade Fire Rescue; Burger King Employees who were present at the time of the incident: Andrea Garcia, District Manager, c/o Rumberger, Kirk & Caldwell, P.A.; Maria Rodriguez, General Manager, c/o Rumberger, Kirk & Caldwell, P.A.; and Jose Irby, former porter.

## Interrogatory No. 9:

**List the names and addresses of all witnesses to the subject accident.**

3

Case No.: 2020-012173-CA06

**RESPONSE:** Jose Irby, 15101 SW 105th Court, Miami Florida, 33176.

### Interrogatory No. 10:

**List the names and addresses of all employees who investigated this accident and/or assisted the Plaintiff and/or reported to the scene of the subject accident.**

**RESPONSE:** Andrea Garcia and Maria Rodriguez c/o undersigned.

### Interrogatory No. 11:

**Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.**

**RESPONSE:** None.

### Interrogatory No. 12:

**State the name and address of every person known to you, your agents, or your attorneys who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.**

**RESPONSE:** Rumberger, Kirk & Caldwell, P.A. is in possession of in-store surveillance from the purported date and time of the incident.

### Interrogatory No. 13:

**Were photographs of the incident and/or Plaintiff taken by you or any Defendant representative? If so, please state how many**

4

and the name and last known address of the person who took the photographs.

**RESPONSE:** None.

### Interrogatory No. 14:

**Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness' qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.**

**RESPONSE:** At this time, BK has not determined who it will call as expert witnesses at trial.  BK will disclose this information in accordance with this Court's trial deadlines.

### Interrogatory No. 15:

**State for the two (2) years prior to the incident herein sued upon, the names and addresses of any and all persons who have claimed injuries as a result of incidents occurring upon the subject premises, and for each such name also state:**

(a)     **The date of each occurrence;**
(b)     **Nature of injury alleged to have been suffered;**
(c)     **Whether the claimant contended in any manner that such occurrence was caused in whole or part by a dangerous or defective condition or any negligence of the Defendant on the subject premises;**
(d)     **The name and address of the claimant's attorney;**
(e)     **Whether a lawsuit was filed, and if so, the case number and county where filed;**
(f)     **Whether or not any written reports of the subject accident were prepared, and if so, the name and address of the person preparing same;**
(g)     **Whether or not any photographs were taken as a result of the incident complained of, and if so**
        (1)     **The name and address of the person taking said photographs;**

5

(2)    **The date and time the photographs were take;**
(3)    **A description of what said photographs depict;**
(4)    **The number of photographs.**
(5)    **Whether said photographs were taken as a result of store policy.**

**RESPONSE:** BK is a corporation and objects to this interrogatory as overly broad in time and scope insofar as this Interrogatory does not seek substantially similar incidents, harassing, irrelevant, immaterial and not reasonably calculated to lead to the discovery of admissible evidence.

## Interrogatory No. 16:

**Please state whether, prior to the subject incident, you transmitted any warning, of whatever nature or description, to Plaintiff in regard to Plaintiff's use or occupancy of the subject premises.**

**RESPONSE:** No verbal warnings were given.

## Interrogatory No. 17:

**Please state whether there existed, prior to the incident which is the subject of the Plaintiff's complaint, any procedure or program for the regular inspection of the subject premises, which such procedure or program was designed to identify and/or discover potential hazards to the users of the premises hereof.**

**RESPONSE:** BK objects to this interrogatory as overly broad in time and scope, harassing, irrelevant, immaterial and not reasonably calculated to lead to the discovery of admissible evidence insofar as the allegations giving rise to this lawsuit stem from "[a]n employee of the Defendant [] playing with tray, and dropped one on Plaintiff." *See* Complaint at ¶ 6.

**Interrogatory No. 18:**

**If your answer to the foregoing interrogatory was in the affirmative, please further set forth a general description of each such procedure or program, the regularity with which each such procedure or program was to be implemented or conducted, if applicable, whether such procedure and/or program was reduced to a writing and, if so, please provide the identity of the present custodian of each such writing, accompanied by descriptive nomenclature sufficient to identify each such writing in a motion to produce, the name, business and residence address, and telephone number of the present custodian of any writing identified in your answer to the foregoing subpart to this interrogatory.**

**RESPONSE:** See response to Interrogatory number 17, above.

**Interrogatory No. 19:**

**Please state the name, business and residence address, and telephone number of the person or entity who was the owner of the subject premises as of the date of the incident which is alleged in Plaintiff's complaint on file herein.**

**RESPONSE:** BK operates and manages the restaurant at the subject property. Beyond this, BK objects to this interrogatory as  irrelevant, immaterial and not reasonably calculated to lead to the discovery of admissible evidence.

**Interrogatory No. 20:**

**If the owner identified in your answer to the foregoing interrogatory was not also the regular operator or occupant of the premises, please further identify the regular occupant or operator of the premises.**

**RESPONSE:** BK operates and manages the restaurant at the subject property. Beyond this, BK objects to this interrogatory as  irrelevant, immaterial and not reasonably calculated to lead to the discovery of admissible evidence.

Case No.: 2020-012173-CA06

### Interrogatory No. 21:

**Please identify, by name, business and residence address, and telephone number, each and every person who was responsible for the maintenance and/or repair of the subject premises as of the date of the incident which is alleged in the Plaintiff's complaint.**

**RESPONSE:** BK objects to this interrogatory as overly broad in time and scope, harassing, irrelevant, immaterial and not reasonably calculated to lead to the discovery of admissible evidence insofar as the allegations giving rise to this lawsuit stem from "[a]n employee of the Defendant [] playing with tray, and dropped one on Plaintiff." *See* Complaint at ¶ 6.

### Interrogatory No. 22:

**Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter, and, if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.**

**RESPONSE:** BK objects to this interrogatory which is directed to a corporate defendant s  overly broad in time and scope. To the extent this Interrogatory is overly broad, it  is irrelevant, immaterial and not reasonably calculated to lead to the discovery of admissible evidence. Further, this information is accessible to the Plaintiff via  access to public court records.

### Interrogatory No. 23:

**Please provide the name(s), address and work schedule of all of your employees or agents whose duty it was/is to conduct the periodic inspection/investigation of the premises on the day of the incident.**

Case No.: 2020-012173-CA06

**RESPONSE:** BK would refer to its response to Interrogatory number 8, above which provides the names of all individuals with knowledge of the subject accident.  Beyond this, BK objects to this interrogatory as overbroad, irrelevant, immaterial and not reasonably calculated to lead to the discovery of admissible evidence insofar as the allegations giving rise to this lawsuit stem from "[a]n employee of the Defendant [] playing with tray, and dropped one on Plaintiff." *See* Complaint at ¶ 6.

Case No.: 2020-012173-CA06

## <u>**VERIFICATION**</u>

Burger King Corporation

By:_____

Authorized Agent

STATE OF _____

COUNTY OF _____

_____ says that he/she is authorized by **<u>Burger King Corporation</u>** under applicable law and rules to verify and does verify these Responses to Interrogatories on behalf of **<u>Burger King Corporation</u>**.

       SWORN TO AND SUBSCRIBED before me this _____ day of _____, 2020.


_____

Signature of Notary


_____

PRINT, TYPE OR STAMP NAME OF NOTARY

Personally known _____
OR Produced Identification _____
Type of Identification Produced _____
     [   ]  Physical presence     [   ]  Online notarization

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

     Plaintiff,

vs.                               CASE NO.: 2020-012173-CA06

BURGER KING CORPORATION,

     Defendant.

_____/

### DEFENDANT, BURGER KING CORPORATION'S
### RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION

Defendant, Burger King Corporation ("BK"), by and through undersigned counsel and pursuant to Florida Rule of Civil Procedure 1.350, serves its Responses to Plaintiff's Request for Production served on July 21, 2020, and states:

#### Request No. 1

**Any and all statements of the Plaintiff and/or Plaintiff's agents.**

**RESPONSE:** None.

#### Request No. 2

**All photographs in the possession of the Defendant, its agents, or attorneys of the accident scene and the persons involved.**

**RESPONSE:** None.

#### Request No. 3

**Any and all photographs and/or movies of the Plaintiff resulting from surveillance and/or investigation of the Plaintiff.**

**RESPONSE:** None.

CASE NO.   2020-012173-CA06

## Request No. 4

**Copy of the incident or accident report prepared in response to the within accident.**

**RESPONSE:** None.

## Request No. 5

**Any and all incident/accident reports for accidents during the two years preceding this accident that have occurred in the same general location and which are of the same general type of accident as the accident complained of in the within suit.**

**RESPONSE:** None.

## Request No. 6

**Any and all maintenance and/or cleaning or inspection records during the one week preceding this accident for the particular area of the store/premises/building involved in the within accident.**

**RESPONSE:** Defendant objects to this request as overly broad in scope, irrelevant, immaterial, and not reasonably calculated to lead to the discovery of admissible evidence insofar as the allegations giving rise to the lawsuit stem from "[a]n employee of the Defendant [] playing with tray, and dropped one on Plaintiff."  *See* Complaint at ¶ 6.

## Request No.7

**Any and all safety manuals, safety brochures, training films or manuals, pamphlets, posters, films or their transcript bearing upon safety, customer safety, cleanliness and maintenance of the area where the accident occurred.**

**RESPONSE:** Defendant objects to this request as overly broad in scope, irrelevant, immaterial, and not reasonably calculated to lead to the discovery of admissible evidence insofar as the allegations giving rise to the lawsuit stem from "[a]n employee of the Defendant [] playing with tray, and dropped one on Plaintiff."  *See* Complaint at ¶ 6.

## Request No.8

**Any and all letters, complaints, telephonic messages etc., concerning the condition of the area where the Plaintiff fell during the one year preceding this accident and the one year subsequent to this accident.**

**RESPONSE:** Defendant objects to this request as overly broad in scope, irrelevant, immaterial, and not reasonably calculated to lead to the discovery of admissible evidence insofar as the allegations giving rise to the lawsuit stem from "[a]n employee of the Defendant [] playing with tray, and dropped one on Plaintiff."  *See* Complaint at ¶ 6.

3

**Request No. 9**

**All documents that reflect the periodic inspection process on the day of the incident which is the subject matter of this lawsuit.**

**RESPONSE:** Defendant objects to this request as irrelevant, immaterial, and not reasonably calculated to lead to the discovery of admissible evidence insofar as the allegations giving rise to the lawsuit stem from "[a]n employee of the Defendant [] playing with tray, and dropped one on Plaintiff." *See* Complaint at ¶ 6.

**Request No.10**

**Any and all video footage of the premises on the date of accident from one hour prior to the time of this accident to one hour subsequent to the time of this accident.**

**RESPONSE:** Defendant is in possession of in-store surveillance which will be produced following Plaintiff's deposition. See *McClure v. Publix Super Markets, Inc*., 124 So. 3rd 998 (4th DCA 2013).

CASE NO.   2020-012173-CA06

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by e-Filing with the

Clerk of Court and via Florida e-Filing Portal to the following, this 3rd day of September, 2020.

> s/ *Albert Li*
> ROBERT V. FITZSIMMONS
> Florida Bar No.:  0355739
> E-mail:  rfitzsimmons@rumberger.com
> docketingmiami@rumberger.com
> rfitzsimmonssecy@rumberger.com
> ALBERT LI
> Florida Bar No.:  118778
> E-mail:  ali@rumberger.com
> docketingmiami@rumberger.com
> alisecy@rumberger.com
> SUZANNE A. SINGER
> Florida Bar No.:  0946222
> E-mail:  ssinger@rumberger.com (primary)
> E-mail:  docketingmiami@rumberger.com and
> ssingersecy@rumberger.com (secondary)
> Rumberger, Kirk, & Caldwell, P.A.
> Brickell City Tower, Suite 3000
> 80 Southwest 8th Street
> Miami, Florida 33130-3037
> Tel:  305.358.5577
> Fax:  305.371.7580
> Attorneys for Burger King Corporation

5

CASE NO.   2020-012173-CA06

## SERVICE LIST

**Counsel for Plaintiff**
William C. Ruggiero, Esq.
Law Offices Of William C. Ruggiero
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
Ruggiero@wcrlaw.com

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT COURT
IN AND FOR MIAMI DADE, FLORDIA**

Pompilio Roman Angelis,
      Plaintiff

                         CASE NO.  2020-012173 CA 01

v.

Burger King Corporation,
      Defendant
_____/

**PLAINTIFF'S ANSWERS TO REQUEST FOR ADMISSIONS**

Comes now, the Plaintiff, Pompilio Roman Angelis, by and through undersigned attorney and hereby files and moves this Honorable Court for entry response to Plaintiff Request for Admisions, and as grounds states as follows:

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was emailed via the e-portal on this 25th day of January, 2021 to all parties registered in the e-portal.

 Respectfully submitted,

                             GALLARDO LAW OFFICES, P.A
                             Attorneys for Defendant
                             8492 SW 8th Street
                             Miami, Florida  33144
                             Telephone (305) 261-7000

                             By: /s/ Maria Vargas, Esquire_____
                             Maria Vargas-Mejia-Ricart, Esq.
                             Florida Bar No. 1019003
                             Email: civil@gallardolawyers.com
                             maria.vargas@gallardolawyers.com

Case No. 2020-012173 CA 06

## ANSWER TO REQUEST FOR ADMISSIONS

1.      Admit that you seek damages in excess of $75,0000.00 exclusive of interest amd costs.

**ANSWER:** Admits.


2.      Admit that you <u>do not</u> seek damages in excess of $75,0000.00 exclusive of interest amd costs.

**ANSWER:** Denies.


3.      If any of the above Request of Admissions have been denied, please provide a factual basis for the denial including witnesses and a list of all documents that support your factual basis.

**ANSWER:** The Damages caused to Plaintiff's health exceed the amount of $75,000.00 dollars. The documents that support this contention are not limited but include, all medical records. Witnesses and further documents will be provided at a later time since discovery is still ongoing.

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI DADE COUNTY FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO:  2020-012173 CA 06

**POMPILIO RAMON ANGELIS,**

        Plaintiff,

vs.

**BURGER KING CORPORATION**

        Defendant.

_____/

### PLAINTIFF'S RESPONSE TO REQUEST FOR PRODUCTION

      The Plaintiff, POMPILIO RAMON ANGELIS, by and through his undersigned counsel, files this his Response to Request for Production.

      I HEREBY CERTIFY that a true and correct copy of the foregoing document was furnished by email this 9th Day of September, 2020 to: Rumberger, Kirk & Caldwell, Albert Li, Esq., Brickell City Town, Suite 3000, 80 S.W. 8th Street, Miami, Florida 33101 (305)-358-5577 (Email: ali@rumberger.com; alisecy@rumberger.com; docketingmiami@rumberger.com)**.**

                                    LAW OFFICES OF WILLIAM C. RUGGIERO
                                      Attorney for Plaintiff
                                      Museum Plaza, Suite 703
                                      200 South Andrews Avenue
                                      Fort Lauderdale, Florida  33301
                                      Phone: (954) 462-2300
                                      Email: Ruggiero@wcrlaw.com

                      BY:    _/s/ William C. Ruggiero_____
                                      WILLIAM C. RUGGIERO
                                      Florida Bar No.  878499

WCR:mc

1. N/A. no wage loss claim.

2. N/A. no wage loss claim.

3. None in Plaintiff's possession.

4. Attached.

5. Attached.

6. None in Plaintiff's possession.

7. None in Plaintiff's possession.

8. None in Plaintiff's possession.

9. None in Plaintiff's possession.

10. None in Plaintiff's possession.

11. None in Plaintiff's possession.

12. None in Plaintiff's possession.

13. None in Plaintiff's possession.

14. None other than those produced herein in Plaintiff's possession at this time.

15. None in Plaintiff's possession.

16. None in Plaintiff's possession.

17. None in Plaintiff's possession.

18. None.

19. None.

20. None in Plaintiff's possession.

21. None in Plaintiff's possession.

22. No experts have been retained. My treating physicians may testify. See attached medical records.

23. None in Plaintiff's possession.

24. undetermined at this time discovery still ongoing.

25. None in Plaintiff's possession.

26. Objection, harrassive, irrelevant, and invades the privacy of Plaintiff and non-parties.

27. None in Plaintiff's possession.

I. D's

**Florida** *The Sunshine State*

DRIVER LICENSE CLASS E

A524-676-64-210-0

POMPILIO RAMON
ANGELIS
2380 NW 153 ST
OPA LOCKA, FL 33054
DOB 06-10-1964   SEX: M
ISSUED: 12-15-2010   HGT:
EXPIRES: 06-10-2019

REST

ENDORSE:

SAFE DRIVER

Operation of a motor vehicle constitutes consent to any sobriety test required by law.

RESTRICTIONS:

ENDORSEMENTS:

CLASS: E - Any non-commercial vehicle with a GVWR less than 26,001 lbs. or any RV

REPLACEMENT LICENSE REQUIRED WITHIN 10 DAYS OF ADDRESS OR NAME CHANGE.
The State of Florida retains all property rights herein.

Executive Director
Julie Jones
Sandra C. Lambert
Director of Driver Licenses

S061012130213
Rev Date 08-31-09

www.flhsmv.gov



Pompilio Ramon Angelis

STATE OF FLORIDA       )

                          )SS

COUNTY OF BROWARD   )

On this day personally appeared before me, Pompilio Ramon Angelis, who after first being duly sworn, acknowledges that the aforementioned answers are true and correct to the best of her knowledge and belief.

Sworn to and subscribed before me this ___3___ day of ___September___, 20_20_

_____
NOTARY PUBLIC, State of Florida

(X) Personally Known
( ) Produced Identification
     Type of Identification: _____

My Commission Expires:

Notary Public State of Florida
Mishay Naranjo
My Commission GG 316694
Expires 03/27/2023

Peter C.
Kwan
M.D. P.C

## *Statement of Account*

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 05/14/2020 | 299.26 | 17633 |
| | AMOUNT PAID $ | |

**PETER C. KWAN, M.D., P.C.**
**P.O. Box 343**
**South Plainfield, NJ 07080-0343**

ADDRESSEE

PATIENT NAME

Angelis Pompilio

Pompilio Angelis
3220 Steuben Avenue
# 3F
Bronx, NY 10467

DATES OF SERVICE (due from self)
07/31/2019 - 07/31/2019

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAKE CHECKS PAYABLE TO:  **PETER C. KWAN, M.D., P.C.**
REFER INQUIRIES TO:  **Monday - Friday 10:00am - 4:00pm  (908) 222-2894**

| DATE OF SERVICE | DESCRIPTION | BILLED | ADJUSTED | RECEIVED | BALANCE |
|---|---|---|---|---|---|
| 07/31/2019 | 99245 - Initial Office Consultation, Comprehensive | 299.26 | 0.00 | 0.00 | 299.26 |
| | **Total:** | 299.26 | 0.00 | 0.00 | 299.26 |

Patient Name: **Angelis Pompilio**

| Please pay this amount |
|---|
| ☞ 299.26 |

**\* -- Service due from insurance**
*Total due to date is $ 299.26.*

| THE SETTING DAYS | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | | | | 299.26 |

Page 1 of 1

Northern
Medical
Care PC

rubenstein Law
P.O. BOX 1
Brooklyn, NY 11229

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**PICA**

| 1. MEDICARE ☐ MEDICAID ☐ TRICARE ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☒ | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) (ID#) (ID#) | 062029366 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE   SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| ANGELIS, POMPILIO | 06 10 1964  M ☒  F ☐ | SAME |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 3320 STEBEN AVENUE | Self ☒ Spouse ☐ Child ☐ Other ☐ | SAME |
| CITY   Bronx   STATE NY | 8. RESERVED FOR NUCC USE | CITY   STATE |
| ZIP CODE  10467   TELEPHONE (Include Area Code) ( ) | | ZIP CODE   TELEPHONE (Include Area Code) ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous)  YES ☐ NO ☒ | a. INSURED'S DATE OF BIRTH   SEX   06 10 1964  M ☒  F ☐ |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?  YES ☒ NO ☐  PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC)  Y4  062029366 |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT?  YES ☐ NO ☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME  rubenstein Law |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐ NO ☒  If yes, complete items 9, 9a, and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE 01/28/2020

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  5/8/2019  QUAL. 431 | 15. OTHER DATE  QUAL. 439  05 08 2019 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM   TO |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  17a.  17b. NPI | | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM   TO |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB?  YES ☐ NO ☒   $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. | 22. RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|
| A. G44.309  B. R40.4  C. R41.0  D. R41.840 | |
| E.  F.  G.  H. | 23. PRIOR AUTHORIZATION NUMBER |
| I.  J.  K.  L. | |

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 1 | 12 18 2019 | | 12 18 2019 | | | 11 | | 99214 | | ABCD | 135 00 | 1 | | G2 NPI | |
| 2 | | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN  471628001 ☒ | 26. PATIENT'S ACCOUNT NO.  167 718227 | 27. ACCEPT ASSIGNMENT?  YES ☒ NO ☐ | 28. TOTAL CHARGE  $ 135 00 | 29. AMOUNT PAID  $ 0 00 | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  OMAR AHMED, MD  SIGNED   01/28/2020  DATE | 32. SERVICE FACILITY LOCATION INFORMATION  NORTHERN MEDICAL CARE PC N  102-55 63RD RD  FOREST HILLS, NY 11375-1048  a. 1275916652  b. | 33. BILLING PROVIDER INFO & PH #  718-476-0100  NORTHERN MEDICAL CARE PC  205 W 54TH STREET APT 11A  NEW YORK, NY 10019-5535  a. 1831517002  b. |

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

physical
Med and
Rehab

**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
| --- |

Check Card Using For Payment

☐ American Express ☐ Mastercard ☐ Visa

| Card Number | | CVV | Amount |
| --- | --- | --- | --- |
| Signature | | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
| --- | --- | --- |
| 12/18/2019 | $0.00 | 0002000000024313 |

SHOW AMOUNT PAID HERE $

STATEMENT

ADDRESSEE:
Ponpilio Angelis
3220 Stueven Ave.
Bronx, NY 10467

REMIT TO:
Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

☐ Please check box if above address is incorrect or insurance information has changed and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
CALL 516-294-4590 X128 OR 106 TO PAY

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
| --- | --- | --- | --- | --- | --- |
| 07/19/19 | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 07/19/19 | M4T – New patient evaluation | $325.00 | $325.00 | | |
| | ENCOUNTER TOTAL | $325.00 | $325.00 | $0.00 | $325.00 |
| 07/19/19 | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 07/19/19 | MES - Electrical Stimulation | $40.00 | $40.00 | | |
| 07/19/19 | MPK - Hot/Cold Packs | $35.00 | $35.00 | | |
| | ENCOUNTER TOTAL | $75.00 | $75.00 | $0.00 | $75.00 |
| 07/24/19 | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 07/24/19 | MTE - Therapeutic Exercise | $60.00 | $60.00 | | |
| 07/24/19 | MES - Electrical Stimulation | $40.00 | $40.00 | | |
| 07/24/19 | MPK - Hot/Cold Packs | $35.00 | $35.00 | | |
| | ENCOUNTER TOTAL | $135.00 | $135.00 | $0.00 | $135.00 |
| 07/25/19 | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 07/25/19 | MTE - Therapeutic Exercise | $60.00 | $60.00 | | |
| 07/25/19 | MES - Electrical Stimulation | $40.00 | $40.00 | | |
| 07/25/19 | MPK - Hot/Cold Packs | $35.00 | $35.00 | | |
| | ENCOUNTER TOTAL | $135.00 | $135.00 | $0.00 | $135.00 |
| 07/26/19 | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 07/26/19 | MTE - Therapeutic Exercise | $60.00 | $60.00 | | |
| 07/26/19 | MES - Electrical Stimulation | $40.00 | $40.00 | | |
| 07/26/19 | MPK - Hot/Cold Packs | $35.00 | $35.00 | | |
| | ENCOUNTER TOTAL | $135.00 | $135.00 | $0.00 | $135.00 |
| 07/31/19 | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 07/31/19 | MTE - Therapeutic Exercise | $60.00 | $60.00 | | |
| 07/31/19 | MES - Electrical Stimulation | $40.00 | $40.00 | | |
| 07/31/19 | MPK - Hot/Cold Packs | $35.00 | $35.00 | | |
| | ENCOUNTER TOTAL | $135.00 | $135.00 | $0.00 | $135.00 |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 0002000000024313 | $475.00 | $450.00 | $1,635.00 | $2,295.00 | $1,835.00 | $6,690.00 |

MESSAGE:
For questions regarding your statement please contact the business office at 516-294-4590 Ext 128 or 106

>>>> Continued

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

PAGE: 1

**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|
| Check Card Using For Payment | | |
| ☐ American Express  ☐ Mastercard  ☐ Visa | | |
| Card Number | CVV | Amount |
| Signature | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 12/18/2019 | $0.00 | 0002000000024313 |
| SHOW AMOUNT PAID HERE $ | | |

STATEMENT

ADDRESSEE:
Ponpilio Angelis
3220 Stueven Ave.
Bronx, NY 10467

REMIT TO:
Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

☐ Please check box if above address is incorrect or insurance information has changed and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**
**CALL 516-294-4590 X128 OR 106 TO PAY**

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 08/02/19 | ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | |
| 08/02/19 | MTE - Therapeutic Exercise | $60.00 | $60.00 | | |
| 08/02/19 | MES - Electrical Stimulation | $40.00 | $40.00 | | |
| 08/02/19 | MPK - Hot/Cold Packs | $35.00 | $35.00 | | |
| | ENCOUNTER TOTAL | **$135.00** | **$135.00** | **$0.00** | **$135.00** |
| 08/07/19 | ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | |
| 08/07/19 | MTE - Therapeutic Exercise | $60.00 | $60.00 | | |
| 08/07/19 | MES - Electrical Stimulation | $40.00 | $40.00 | | |
| 08/07/19 | MPK - Hot/Cold Packs | $35.00 | $35.00 | | |
| | ENCOUNTER TOTAL | **$135.00** | **$135.00** | **$0.00** | **$135.00** |
| 08/08/19 | ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | |
| 08/08/19 | MTE - Therapeutic Exercise | $60.00 | $60.00 | | |
| 08/08/19 | MES - Electrical Stimulation | $40.00 | $40.00 | | |
| 08/08/19 | MPK - Hot/Cold Packs | $35.00 | $35.00 | | |
| | ENCOUNTER TOTAL | **$135.00** | **$135.00** | **$0.00** | **$135.00** |
| 08/09/19 | ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | |
| 08/09/19 | MTE (QTY 2.00) - Therapeutic Exercise | $120.00 | $120.00 | | |
| 08/09/19 | MMS - MASSAGE THERAPY | $40.00 | $40.00 | | |
| | ENCOUNTER TOTAL | **$160.00** | **$160.00** | **$0.00** | **$160.00** |
| 08/15/19 | ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | |
| 08/15/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 08/15/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | **$165.00** | **$165.00** | **$0.00** | **$165.00** |
| 08/16/19 | ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | |
| 08/16/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 08/16/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | **$165.00** | **$165.00** | **$0.00** | **$165.00** |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000024313 | $475.00 | $450.00 | $1,635.00 | $2,295.00 | $1,835.00 | $6,690.00 |

MESSAGE:
For questions regarding your statement please contact the business office at 516-294-4590 Ext 128 or 106

>>> Continued

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

PAGE: 2

**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| Check Card Using For Payment |
| ☐ American Express   ☐ Mastercard   ☐ Visa |

| Card Number | | CVV | Amount |
|---|---|---|---|
| Signature | | | Exp. Date |

STATEMENT

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 12/18/2019 | $0.00 | 0002000000024313 |
| | SHOW AMOUNT PAID HERE $ | |

ADDRESSEE:

Ponpilio Angelis
3220 Stueven Ave.
Bronx, NY 10467

REMIT TO:

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

☐ Please check box if above address is incorrect or insurance
  information has changed and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**
**CALL 516-294-4590 X128 OR 106 TO PAY**

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 08/21/19 ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | | |
| 08/21/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 08/21/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| 08/22/19 ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | | |
| 08/22/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 08/22/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| 08/23/19 ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | | |
| 08/23/19 | 99213 - Office/outpatient visit est | $150.00 | $150.00 | | |
| | ENCOUNTER TOTAL | $150.00 | $150.00 | $0.00 | $150.00 |
| 08/23/19 ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | | |
| 08/23/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 08/23/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| 08/29/19 ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | | |
| 08/29/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 08/29/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| 08/30/19 ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | | |
| 08/30/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 08/30/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| 09/04/19 ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | | |
| 09/04/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 09/04/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000024313 | $475.00 | $450.00 | $1,635.00 | $2,295.00 | $1,835.00 | $6,690.00 |

MESSAGE:
For questions regarding your statement please contact the business office at 516-294-4590 Ext 128 or 106

>>>> Continued

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

PAGE: 3

**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| Check Card Using For Payment |

☐ American Express    ☐ Mastercard    ☐ Visa

| Card Number | | CVV | Amount |
|---|---|---|---|
| Signature | | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 12/18/2019 | $0.00 | 0002000000024313 |

SHOW AMOUNT PAID HERE $

STATEMENT

ADDRESSEE:
Ponpilio Angelis
3220 Stueven Ave.
Bronx, NY 10467

REMIT TO:
Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

☐ Please check box if above address is incorrect or insurance information has changed and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
CALL 516-294-4590 X128 OR 106 TO PAY

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| | **09/05/19 ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 09/05/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 09/05/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| | **09/06/19 ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 09/06/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 09/06/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| | **09/09/19 ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 09/09/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 09/09/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| | **09/12/19 ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 09/12/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 09/12/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| | **09/13/19 ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 09/13/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 09/13/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| | **09/17/19 ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 09/17/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 09/17/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| | **09/19/19 ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 09/19/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000024313 | $475.00 | $450.00 | $1,635.00 | $2,295.00 | $1,835.00 | $6,690.00 |

MESSAGE:
For questions regarding your statement please contact the business office at 516-294-4590 Ext 128 or 106

>>>> Continued

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

PAGE: 4

**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| Check Card Using For Payment |

☐ American Express   ☐ Mastercard   ☐ Visa

| Card Number | | CVV | Amount |
|---|---|---|---|
| Signature | | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 12/18/2019 | $0.00 | 0002000000024313 |

**SHOW AMOUNT PAID HERE $**

STATEMENT

ADDRESSEE:
|Աբ|||Աբ||Աբ|||Ա|||Ա||Ա|
Ponpilio Angelis
3220 Stueven Ave.
Bronx, NY 10467

REMIT TO:
|Աբ|||Աբ||Աբ|||Ա|||Ա||Ա|
Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

☐ Please check box if above address is incorrect or insurance information has changed and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**
**CALL 516-294-4590 X128 OR 106 TO PAY**

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 09/19/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| **09/20/19** | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 09/20/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 09/20/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| **09/24/19** | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 09/24/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 09/24/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| **09/26/19** | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 09/26/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 09/26/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| **09/27/19** | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 09/27/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 09/27/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| **09/30/19** | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 09/30/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 09/30/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| **10/02/19** | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 10/02/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 10/02/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000024313 | $475.00 | $450.00 | $1,635.00 | $2,295.00 | $1,835.00 | $6,690.00 |

MESSAGE:
For questions regarding your statement please contact the business office 516-294-4590 Ext 128 or 106

>>>> Continued

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT                                                                          PAGE: 5

**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| Check Card Using For Payment |

☐ American Express   ☐ Mastercard   ☐ Visa

| Card Number | | CVV | Amount |
|---|---|---|---|
| Signature | | | Exp. Date |

STATEMENT

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 12/18/2019 | $0.00 | 0002000000024313 |

SHOW AMOUNT PAID HERE $

ADDRESSEE:
Ponpilio Angelis
3220 Stueven Ave.
Bronx, NY 10467

REMIT TO:
Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

☐ Please check box if above address is incorrect or insurance
information has changed and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**
**CALL 516-294-4590 X128 OR 106 TO PAY**

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| **10/04/19** | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 10/04/19 | 99213 - Office/outpatient visit est | $150.00 | $150.00 | | |
| | ENCOUNTER TOTAL | $150.00 | $150.00 | $0.00 | $150.00 |
| **10/04/19** | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 10/04/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 10/04/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| **10/10/19** | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 10/10/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 10/10/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| **10/18/19** | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 10/18/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 10/18/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| **10/25/19** | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 10/25/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 10/25/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |
| **11/01/19** | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 11/01/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| | ENCOUNTER TOTAL | $120.00 | $120.00 | $0.00 | $120.00 |
| **11/08/19** | **ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX** | | | | |
| 11/08/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 11/08/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000024313 | $475.00 | $450.00 | $1,635.00 | $2,295.00 | $1,835.00 | $6,690.00 |

MESSAGE:
For questions regarding your statement please contact the business office at 516-294-4590 Ext 128 or 106

>>>> Continued

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

PAGE: 6

**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|

Check Card Using For Payment

☐ American Express  ☐ Mastercard  ☐ Visa

| Card Number | CVV | Amount |
|---|---|---|
| Signature | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 12/18/2019 | $0.00 | 0002000000024313 |

**SHOW AMOUNT PAID HERE $**

STATEMENT

ADDRESSEE:
|ıl.ılllı.ıl.ı.ılıl.ıl.lı.lı
  Ponpilio  Angelis
  3220 Stueven Ave.
  Bronx, NY 10467

REMIT TO:
|ıl.ıllı.ılıl.lıllıl.ll.ıl.ı.llıl.ı
Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

☐ Please check box if above address is incorrect or insurance
  information has changed and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**
**CALL 516-294-4590 X128 OR 106 TO PAY**

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 11/21/19 | ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | |
| 11/21/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 11/21/19 | 97014 - Electric stimulation therapy (unattended) | $40.00 | $40.00 | | |
| | ENCOUNTER TOTAL | $160.00 | $160.00 | $0.00 | $160.00 |
| | | | | | |
| 11/26/19 | ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | |
| 11/26/19 | 99213 - Office/outpatient visit est | $150.00 | $150.00 | | |
| | ENCOUNTER TOTAL | $150.00 | $150.00 | $0.00 | $150.00 |
| | | | | | |
| 11/26/19 | ENCOUNTER FOR ANGELIS WITH ALMENTERO MD, FELIX | | | | |
| 11/26/19 | 97110 (QTY 2.00) - Therapeutic exercises | $120.00 | $120.00 | | |
| 11/26/19 | 97124 - Massage therapy | $45.00 | $45.00 | | |
| | ENCOUNTER TOTAL | $165.00 | $165.00 | $0.00 | $165.00 |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000024313 | $475.00 | $450.00 | $1,635.00 | $2,295.00 | $1,835.00 | $6,690.00 |

MESSAGE:
For questions regarding your statement please contact the business office at 516-294-4590 Ext 128 or 106

Please Pay This
AMOUNT >>>> $0.00

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

Lenox
Hill

ATTY Lien – for R Team Use Only

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA | | | | | | | PICA

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER [X] (ID#) |

1a INSURED'S I D NUMBER (For Program in Item 1)
lien

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)
ANGELIS, POMPILIO

3 PATIENT'S BIRTH DATE  06 MM 10 DD 64 YY  SEX M [X] F

4 INSURED'S NAME (Last Name, First Name, Middle Initial)
ANGELIS, POMPILIO

5 PATIENT'S ADDRESS (No , Street)
3220 STEUBEN AVE APT 3F

6 PATIENT RELATIONSHIP TO INSURED
Self  Spouse  Child  Other

7 INSURED'S ADDRESS (No , Street)
3220 STEUBEN AVE APT 3F

CITY  Bronx  STATE NY

8 RESERVED FOR NUCC USE

CITY  Bronx  STATE NY

ZIP CODE  10467  TELEPHONE (Include Area Code) ( 917 ) 543 0905

ZIP CODE  10467  TELEPHONE (Include Area Code) ( 917 ) 543 0905

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10 IS PATIENT'S CONDITION RELATED TO

11 INSURED'S POLICY GROUP OR FECA NUMBER
9130SDadelandBlv

a OTHER INSURED'S POLICY OR GROUP NUMBER

a EMPLOYMENT? (Current or Previous)  YES [X] NO

a INSURED'S DATE OF BIRTH  06 MM 10 DD 64 YY  SEX M [X] F

b RESERVED FOR NUCC USE

b AUTO ACCIDENT?  YES [X] NO  PLACE (State)

b OTHER CLAIM ID (Designated by NUCC)

c RESERVED FOR NUCC USE

c OTHER ACCIDENT?  YES [X] NO

c INSURANCE PLAN NAME OR PROGRAM NAME
ATTY Lien - for RO Team Use Only

d INSURANCE PLAN NAME OR PROGRAM NAME

10d CLAIM CODES (Designated by NUCC)

d IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES [X] NO  If yes, complete items 9, 9a and 9d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim  I also request payment of government benefits either to myself or to the party who accepts assignment below

SIGNED SIGNATURE ON FILE  DATE 09/07/2019

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below
SIGNED SIGNATURE ON FILE

14 DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  06 MM 01 DD 19 YY  QUAL 431

15 OTHER DATE  MM DD YY  QUAL

16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY  TO  MM DD YY

17 NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN  PETER C KWAN
17b NPI 1093991697

18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY  TO  MM DD YY

19 ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20 OUTSIDE LAB?  YES [X] NO  $ CHARGES

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind 0
A R51  B R42  C  D
E  F  G R41 3  H
I  J  K  L

22 RESUBMISSION CODE  ORIGINAL REF NO

23 PRIOR AUTHORIZATION NUMBER

| 24 A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B PLACE OF SERVICE | C EMG | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS POINTER | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I ID QUAL | J RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 14 19 | 08 14 19 | 11 | 70551 | | ABC | 2404 70 | 1 | | NPI | 1326033820 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25 FEDERAL TAX I D NUMBER  SSN EIN [X]
13-3425028

26 PATIENT'S ACCOUNT NO
NYDB11482929

27 ACCEPT ASSIGNMENT?  YES [X] NO

28 TOTAL CHARGE $ 2404 70

29 AMOUNT PAID $ 0 00

30 Rsvd for NUCC Use

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof )
SIGNED GREGORY LAWLER  DATE 09/07/19

32 SERVICE FACILITY LOCATION INFORMATION
Lenox Hill At 410 East 189th Street
410 East 189th Street
BRONX, NY 10458-5507
1821036807

33 BILLING PROVIDER INFO & PH # ( 844 ) 833 8652
Lenox Hill Radiology & Medical Imaging Associates
PO Box 781853
DETROIT, MI 48278-1853
1821036807

NUCC Instruction Manual available at  www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)

ceda
(Kendall)

# CEDA Ortho & Int Med of FIU/Kendall

**11890 SW 8th St, Ste 400**
**Miami, FL 33184**
**Phone: 305-685-9771   Fax: 305-685-9776**

# Account Ledger

**Angelis, Pompilio**
**2380 Nw 153 Street**
**Opa Locka, FL 33054**

|  | : |
|  | : |

Account: 123835-SELF PAY

Account Balance: $479.00

| Date | Type | Code | Mod | Description | Units | Debit | Credit | Adjust | Tax | Balance |
|------|------|------|-----|-------------|-------|-------|--------|--------|-----|---------|
| 05/16/2019 | CSV | 97150 | 59 | Group Theurapeutic Exercise | 1 | $55.00 | | | | $55.00 |
| 05/16/2019 | CSV | 97112 | 59 | Neuromuscular Re-Ed, Vibration Plate | 1 | $105.00 | | | | $160.00 |
| 05/16/2019 | CSV | 97012 | | Intersegmental Traction (IST) | 1 | $51.00 | | | | $211.00 |
| 05/16/2019 | CSV | 97010 | | Hot/cold | 1 | $25.00 | | | | $236.00 |
| 05/16/2019 | CSV | 97014 | | EMS | 1 | $40.00 | | | | $276.00 |
| 05/16/2019 | CSV | 97035 | | Ultrasound | 1 | $40.00 | | | | $316.00 |
| 05/16/2019 | CSV | 97124 | 59 | Massage | 1 | $83.00 | | | | $399.00 |
| 05/16/2019 | CSV | 98940 | | Manipulation 1-2 Regions | 1 | $80.00 | | | | $479.00 |

Total: $479.00

Balance: $479.00

ceda
(Htialeah)

**CEDA Ortho & Int Med of Hialeah**
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432  Fax: 305-824-9946

# Account Ledger

Angelis, Pompilo
2380 Nw 153 St
Opa Locka, FL 33054

:

:

Account:     135383-SELF PAY

Account Balance:     $707.00

| Date | Type | Code | Mod | Description | Units | Debit | Credit | Adjust | Tax | Balance |
|------|------|------|-----|-------------|-------|-------|--------|--------|-----|---------|
| 05/10/2019 | CSV | 72040 | | X-Ray Cervical 2 or 3 views | 1 | $122.00 | | | | $122.00 |
| 05/10/2019 | CSV | 97010 | | Hot/cold | 1 | $25.00 | | | | $147.00 |
| 05/10/2019 | CSV | 97014 | | EMS | 1 | $37.00 | | | | $184.00 |
| 05/10/2019 | CSV | 97035 | | Ultrasound | 1 | $40.00 | | | | $224.00 |
| 05/10/2019 | CSV | 97140 | 59 | Manual Therapies (TrP Tx, Myofascial Release) | 1 | $94.00 | | | | $318.00 |
| 05/10/2019 | CSV | 99203 | 25 | NP III | 1 | $359.00 | | | | $677.00 |
| 05/10/2019 | CSV | A9273 | | Ice Pack | 1 | $30.00 | | | | $707.00 |
| | | | | **Total:** | | $707.00 | | | | |
| | | | | | | | | **Balance:** | | $707.00 |

ceda
(Cutler bay)

## CEDA Ortho & Int Medicine of Cutler bay

**10974 SW 184th Street,Cutler bay, FL 33157**

Phone: (305) 363-1366   Fax:

# Account Ledger

Angelis, Pompilio
2380 Nw 153 St
Opa Locka, FL 33054

: 
: 

Account: 1888-SELF PAY
Account Balance: $2,933.00

| Date | Type | Code | Mod | Description | Units | Debit | Credit | Adjust | Tax | Balance |
|------|------|------|-----|-------------|-------|-------|--------|--------|-----|---------|
| 05/15/2019 | CSV | 97150 | 59 | Group Therapeutic Exercise | 1 | $55.00 | | | | $55.00 |
| 05/15/2019 | CSV | 97112 | 59 | Neuromuscular Re-Ed | 1 | $105.00 | | | | $160.00 |
| 05/15/2019 | CSV | 97012 | | Intersegmental Traction (IST) | 1 | $51.00 | | | | $211.00 |
| 05/15/2019 | CSV | 97010 | | Hot/cold | 1 | $25.00 | | | | $236.00 |
| 05/15/2019 | CSV | 97014 | | EMS | 1 | $40.00 | | | | $276.00 |
| 05/15/2019 | CSV | 97035 | | Ultrasound | 1 | $40.00 | | | | $316.00 |
| 05/15/2019 | CSV | 98940 | | Manipulation 1-2 Regions | 1 | $80.00 | | | | $396.00 |
| 05/15/2019 | CSV | 97124 | 59 | Massage | 1 | $83.00 | | | | $479.00 |
| 05/17/2019 | CSV | 97150 | 59 | Group Therapeutic Exercise | 1 | $55.00 | | | | $534.00 |
| 05/17/2019 | CSV | 97012 | | Intersegmental Traction (IST) | 1 | $51.00 | | | | $585.00 |
| 05/17/2019 | CSV | 97112 | 59 | Neuromuscular Re-Ed | 1 | $105.00 | | | | $690.00 |
| 05/17/2019 | CSV | 97010 | | Hot/cold | 1 | $25.00 | | | | $715.00 |
| 05/17/2019 | CSV | 97014 | | EMS | 1 | $40.00 | | | | $755.00 |
| 05/17/2019 | CSV | 97035 | | Ultrasound | 1 | $40.00 | | | | $795.00 |
| 05/17/2019 | CSV | 98940 | | Manipulation 1-2 Regions | 1 | $80.00 | | | | $875.00 |
| 05/17/2019 | CSV | 97124 | 59 | Massage | 1 | $83.00 | | | | $958.00 |
| 05/20/2019 | CSV | 97150 | 59 | Group Therapeutic Exercise | 1 | $55.00 | | | | $1,013.00 |
| 05/20/2019 | CSV | 97112 | 59 | Neuromuscular Re-Ed | 1 | $105.00 | | | | $1,118.00 |
| 05/20/2019 | CSV | 97012 | | Intersegmental Traction (IST) | 1 | $51.00 | | | | $1,169.00 |
| 05/20/2019 | CSV | 97010 | | Hot/cold | 1 | $25.00 | | | | $1,194.00 |
| 05/20/2019 | CSV | 97014 | | EMS | 1 | $40.00 | | | | $1,234.00 |
| 05/20/2019 | CSV | 97035 | | Ultrasound | 1 | $40.00 | | | | $1,274.00 |
| 05/20/2019 | CSV | 97124 | 59 | Massage | 1 | $83.00 | | | | $1,357.00 |
| 05/20/2019 | CSV | 98940 | | Manipulation 1-2 Regions | 1 | $80.00 | | | | $1,437.00 |
| 05/21/2019 | CSV | 97150 | 59 | Group Therapeutic Exercise | 1 | $55.00 | | | | $1,492.00 |
| 05/21/2019 | CSV | 97012 | | Intersegmental Traction (IST) | 1 | $51.00 | | | | $1,543.00 |
| 05/21/2019 | CSV | 97112 | 59 | Neuromuscular Re-Ed | 1 | $105.00 | | | | $1,648.00 |
| 05/21/2019 | CSV | 97124 | 59 | Massage | 1 | $83.00 | | | | $1,731.00 |

**CEDA Ortho & Int Medicine of Cutler bay**

10974 SW 184th Street,Cutler bay, FL 33157

Phone: (305) 363-1366   Fax:

# Account Ledger

Angelis, Pompilio
2380 Nw 153 St
Opa Locka, FL 33054

:

:

Account:   1888-SELF PAY
Account Balance:      $2,933.00

| Date | Type | Code | Mod | Description | Units | Debit | Credit | Adjust | Tax | Balance |
|------|------|------|-----|-------------|-------|-------|--------|--------|-----|---------|
| 05/21/2019 | CSV | 98940 | | Manipulation 1-2 Regions | 1 | $80.00 | | | | $1,811.00 |
| 05/22/2019 | CSV | 97150 | 59 | Group Therapeutic Exercise | 1 | $55.00 | | | | $1,866.00 |
| 05/22/2019 | CSV | 97112 | 59 | Neuromuscular Re-Ed | 1 | $105.00 | | | | $1,971.00 |
| 05/22/2019 | CSV | 97012 | | Intersegmental Traction (IST) | 1 | $51.00 | | | | $2,022.00 |
| 05/22/2019 | CSV | 97124 | 59 | Massage | 1 | $83.00 | | | | $2,105.00 |
| 05/22/2019 | CSV | 98940 | | Manipulation 1-2 Regions | 1 | $80.00 | | | | $2,185.00 |
| 05/23/2019 | CSV | 97150 | 59 | Group Therapeutic Exercise | 1 | $55.00 | | | | $2,240.00 |
| 05/23/2019 | CSV | 97012 | | Intersegmental Traction (IST) | 1 | $51.00 | | | | $2,291.00 |
| 05/23/2019 | CSV | 97112 | 59 | Neuromuscular Re-Ed | 1 | $105.00 | | | | $2,396.00 |
| 05/23/2019 | CSV | 97124 | 59 | Massage | 1 | $83.00 | | | | $2,479.00 |
| 05/23/2019 | CSV | 98940 | | Manipulation 1-2 Regions | 1 | $80.00 | | | | $2,559.00 |
| 05/24/2019 | CSV | 97150 | 59 | Group Therapeutic Exercise | 1 | $55.00 | | | | $2,614.00 |
| 05/24/2019 | CSV | 97112 | 59 | Neuromuscular Re-Ed | 1 | $105.00 | | | | $2,719.00 |
| 05/24/2019 | CSV | 97012 | | Intersegmental Traction (IST) | 1 | $51.00 | | | | $2,770.00 |
| 05/24/2019 | CSV | 97124 | 59 | Massage | 1 | $83.00 | | | | $2,853.00 |
| 05/24/2019 | CSV | 98940 | | Manipulation 1-2 Regions | 1 | $80.00 | | | | $2,933.00 |

Total: $2,933.00

Balance:      $2,933.00

Northern
Medical
PC

| Patient Name: | ANGELIS, POMPILIO | Date of Service: | 09/18/2019 03:09 PM |
|---|---|---|---|
| MRN: | | Referring Facility: | WEBSTER AVE |
| Date of Birth: | 06/10/1964 (age: 55) | Referring Physician: | |
| Gender: | Male | Technologist: | |
| Accession No: | 90632 / annmc.emsow.com | Reading Group: | Northern Medical Care PC |

**PROCEDURE: TRANSCRANIAL DOPPLER - TWO PROBE**      **CPT Code: 93892, 93890, 93886**

STUDY QUALITY:  Good

TECHNIQUE: After informed consent, a real-time transcranial doppler ultrasound with image documentation was performed.

REASON FOR EXAM: HEADACHES

### RIGHT
#### Temporal

| Elevated velocity | Depth (mm) | Mean flow vel. (cm/s) | PI | Vessel | Flow Direction |
|---|---|---|---|---|---|
| No | n/a | n/a | n/a | Terminal ICA | Toward |
| No | n/a | n/a | n/a | MCA Proximal | Toward |
| No | n/a | n/a | n/a | MCA Mid | Toward |
| No | n/a | n/a | n/a | MCA Distal | Toward |
| No | n/a | n/a | n/a | ACA | Away |
| No | n/a | n/a | n/a | PCA 1 | Toward |
| No | n/a | n/a | n/a | PCA 2 | Away |

#### Orbital

| Elevated velocity | Depth (mm) | Mean flow vel. (cm/s) | PI | Vessel | Flow Direction |
|---|---|---|---|---|---|
| No | n/a | n/a | n/a | Ophthalmic | Toward |
| No | n/a | n/a | n/a | Carotid Siphon | Toward |

#### Foraminal

| Elevated velocity | Depth (mm) | Mean flow vel. (cm/s) | PI | Vessel | Flow Direction |
|---|---|---|---|---|---|
| No | n/a | n/a | n/a | Vertebral | Away |
| No | n/a | n/a | n/a | Basilar Proximal | Away |
| No | n/a | n/a | n/a | Basilar Mid | Away |
| No | n/a | n/a | n/a | Basilar Distal | Away |

#### Submandibular

| Elevated velocity | Depth (mm) | Mean flow vel. (cm/s) | PI | Vessel | Flow Direction |
|---|---|---|---|---|---|
| No | n/a | n/a | n/a | Carotid Siphon | Away |

| Patient Name: | ANGELIS, POMPILIO | Date of Service: | 09/18/2019 03:09 PM |
|---|---|---|---|
| MRN: | | Referring Facility: | WEBSTER AVE |
| Date of Birth: | 06/10/1964 (age: 55) | Referring Physician: | |
| Gender: | Male | Technologist: | |
| Accession No: | 90632 / annmc.emsow.com | Reading Group: | Northern Medical Care PC |

## LEFT

### Temporal

| Elevated velocity | Depth (mm) | Mean flow vel. (cm/s) | PI | Vessel | Flow Direction |
|---|---|---|---|---|---|
| No | n/a | n/a | n/a | Terminal ICA | Toward |
| No | n/a | n/a | n/a | MCA Proximal | Toward |
| No | n/a | n/a | n/a | MCA Mid | Toward |
| No | n/a | n/a | n/a | MCA Distal | Toward |
| No | n/a | n/a | n/a | ACA | Away |
| No | n/a | n/a | n/a | PCA 1 | Toward |
| No | n/a | n/a | n/a | PCA 2 | Away |

### Orbital

| Elevated velocity | Depth (mm) | Mean flow vel. (cm/s) | PI | Vessel | Flow Direction |
|---|---|---|---|---|---|
| No | n/a | n/a | n/a | Ophthalmic | Toward |
| No | n/a | n/a | n/a | Carotid Siphon | Toward |

### Foraminal

| Elevated velocity | Depth (mm) | Mean flow vel. (cm/s) | PI | Vessel | Flow Direction |
|---|---|---|---|---|---|
| No | n/a | n/a | n/a | Vertebral | Away |
| No | n/a | n/a | n/a | Basilar Proximal | Away |
| No | n/a | n/a | n/a | Basilar Mid | Away |
| No | n/a | n/a | n/a | Basilar Distal | Away |

### Submandibular

| Elevated velocity | Depth (mm) | Mean flow vel. (cm/s) | PI | Vessel | Flow Direction |
|---|---|---|---|---|---|
| No | n/a | n/a | n/a | Carotid Siphon | Away |

| | Visualized | Length |
|---|---|---|
| Anterior Communicant Artery | No | n/a mm |
| Posterior Communicant Artery | No | n/a mm |

**FINDINGS:**
Flow direction in the intracranial circulation appears normal. The pulsatility index in the right vertebral is increased. This may represent increased cerebrovascular resistance.

| | | | |
|---|---|---|---|
| Patient Name: | ANGELIS, POMPILIO | Date of Service: | 09/18/2019 03:09 PM |
| MRN: | | Referring Facility: | WEBSTER AVE |
| Date of Birth: | 06/10/1964 (age: 55) | Referring Physician: | |
| Gender: | Male | Technologist: | |
| Accession No: | 90632 / annmc.emsow.com | Reading Group: | Northern Medical Care PC |

**CONCLUSION:**
Flow direction in the anterior and posterior circulation appears normal. The pulsatility index in the right vertebral is increased. This may represent increased cerebrovascular resistance.

Thank you for your kind referral of this patient.

Electronically signed by:       Dr. Ahmed, Omar
Date Signed:                    09/20/2019 06:55:01 PM

Please contact our office if there are any questions.

| Patient Name: | ANGELIS, POMPILIO | Date of Service: | 09/18/2019 03:00 PM |
|---|---|---|---|
| MRN: | | Referring Facility: | WEBSTER AVE |
| Date of Birth: | 06/10/1964 (age: 55) | Referring Physician: | |
| Gender: | Male | Technologist: | |
| Accession No: | 90793 / annmc.emsow.com | Reading Group: | Northern Medical Care PC |

**PROCEDURE: CAROTID DUPLEX ULTRASOUND**                                    CPT Code: 93880

STUDY QUALITY: Good

TECHNIQUE: After informed consent, a real-time carotid ultrasound with image documentation was performed.
REASON FOR EXAM: Dizziness

**Right**                                                                    **Left**

| Plaque Morphology | Stenosis | EDV (cm/s) | PSV (cm/s) | | PSV (cm/s) | EDV (cm/s) | Stenosis | Plaque Morphology |
|---|---|---|---|---|---|---|---|---|
| | | 24.9 | 107.3 | CCA prox | 97.7 | 25.9 | | |
| | | 31.6 | 97.7 | CCA dis | 95.8 | 34.5 | | |
| | | 29.3 | 80.5 | ICA prox | 76.6 | 29.7 | | |
| | | 26.8 | 83 | ICA mid | 78.5 | 32.6 | | |
| | | 33.5 | 76.3 | ICA dis | 88.1 | 30.7 | | |
| | | 38.3 | 140.8 | ECA | 115.9 | 23.9 | | |

| 46.1 | Vertebral PSV (cm/s) | 46.9 |
|---|---|---|

**FINDINGS (RIGHT SIDE):**
No significant plaque formations are visualized bilaterally.

**FINDINGS (LEFT SIDE):**
Normal Doppler velocities are noted in the bulb, internal and external carotid arteries. Minimal plaque formation is noted in the left bulb with normal velocities.

**CONCLUSION:**
No evidence of hemodynamically significant stenosis in the bilateral carotid bifurcation vessels.  The carotid duplex study is normal bilaterally.

Thank you for your kind referral of this patient.

| Signed by: | Dr. Ahmed, Omar |
|---|---|
| Signed at: | 09/20/2019 06:55:38 PM |

## Electroencephalogram Report

| | | | |
|---|---|---|---|
| Patient Name: | ANGELIS, POMPILIO | Date of Service: | 09/11/2019 |
| Date of Birth: | 06/10/1964 (age: 55) (gender: Male) | Referring Doctor: | Ahmed, Omar |
| Accession No: | 87744 / annmc.emsow.com | Technologist: | Iskhakov, Joseph |

History:headaches, hits his head, disorientation
Recorded time:41.8 min.

**GENERAL DESCRIPTION**

This was a 19-channel awake EEG recording with International 10/20 electrode placements. The background activity consisted of symmetrical, amplitude 9-12 Hz Alpha. These activities were symmetrical. Digital analysis was used for spike detection. Continuous monitoring with EEG was performed using spike and seizure detection algorithms were used for digital EEG analysis throughout the monitoring period, to screen the EEG in real-time and mark the data file with pointers to electrographic seizures and interictal discharges. No significant slow wave activity was noted. An abundant amount of fast activity was noted. Medication effect may be considered.

**ACTIVATION & SLEEP**

Symmetrical attenuation of the background activity with eye closed was noted. Hyperventilation produced no significant changes to the background activity. Photic stimulation produced no significant changes to the background activity. No Drowsiness or sleep was noted.

**OTHER DATA**

**CLINICAL IMPRESSION**

Normal EEG. No focal slowing no seizure like activity was observed.

Signed by:     Dr. Ahmed, Omar
Signed at:     09/13/2019 06:07:30 AM

From Northern Medical PC 1.888.370.596635n Jan 5 12:01:5  )20 EST Page 5 of 14

1/5/2020

POMPILIO ANGELIS, DOB: 6/10/1964, Date: 9/11/2019, Phys: OMAR AHMED  Generated by Medgen EHR

**Northern Medical Care PC Bronx**
**1150 Webster Avenue**
**BRONX NY 10456**
**(347) 808 - 0346 (888) 370 - 5960**

Encounter Physician: Omar Ahmed, MD
Date: 09/11/2019

**Mr. Pompilio Angelis**
Pompilio Angelis
3220 STEBEN AVENUE 3F
BRONX, NY 10467

DOB: 6/10/1964 Age: 55 Year(s) Sex: Male
Primary Insurance: PATIENT (SELF PAY)

**Referring Provider:**

**Chief Complaint:** Consult
headache

**History of Present Illness**
- **Headache:** Hit at the top of the head with an object June 2019. Hematoma but skin was intact. No ED visit; patient refused. No LOC. Now HA 3 times per week; developing severe HA lasting 1-2 hours. Went to Urgent Care recently and MRI Brain scan was done. MRI unremarkable. Pt experiencing some fogginess and sluggishness during the events. admits difficulties with concentrations, poor focus and spacing out events; admits inability to function adequately, poor focus, drowsiness and AMS; reports intermittent confusions and disorientation spell; reports memory problems, memory lapses and spacing outepisodes during Headaches. No vision disturbances. No nausea no vomiting. No aura. No photophobia.

**Past Medical History:** none
**Past Surgical History:** none
**Social History:** - No Alcohol
- No smoking
- No use of illicit drugs.
**Family Medical History:** unknown

**Allergies**

**Current Medications**

**Review of Systems**

**ROS:** attention and concentration deficit
disorientation and confusion
headaches
transient loss awareness

**Vital Signs:**

**Physical Exam**
**GENERAL APPEARANCE:** On examination, the patient was in no acute distress. This is a well developed, well nourished

about:blank

1/3

individual.

**NECK:** No abnormalities on examination.

**SKIN:** No abnormalities on examination.

**CHEST:** No abnormalities on examination.

**LUNGS:** No abnormalities on examination.

**GASTROINTESTINAL:** No abnormalities on examination.

**GENITOURINARY:** No abnormalities on examination.

**LYMPH NODES:** No abnormalities on examination.

**CARDIOVASCULAR:** Heart auscultation shows normal S1S2, RRR. Carotid exam revealed no bruits.

**PERIPHERAL PULSES:** Femoral, popliteal, dorsalis pedis, posterior tibial were symmetric at 2+.

**MENTAL STATUS:** The patient was alert and oriented, understood commands well. Recent and remote memory was normal. Attention span and concentration were normal. Speech was fluent with normal naming and repetition. Fund of knowledge and speed of mentation were normal. There was no evidence of depression or anxiety during the interview.

**CRANIAL NERVES:** Pupils were circular, reactive to light and accommodation. Ophthalmoscopic examination of optic discs were WNL and posterior segment reviles no vessel changes, exudates or hemorrhage. There was normal visual acuity in both eyes. Sensation on the face was normal. Corneal reflexes were brisk and symmetric. Face was symmetric. Extraocular movements were full and conjugate in all directions. Visual fields were normal. Hearing was normal to whispering. There was no weakness of sternocleidomastoid muscle or upper trapezius. There was no hoarseness of the voice. Tongue was protruded with no deviation.

**NEUROLOGICAL EXAM:** Deep tendon reflexes were 2+ bilaterally in B/L upper and lower extremities. Plantar responses were flexor. Muscle tone was normal in B/L upper and lower extremities Muscle power was full in all muscle groups in B/L upper and lower extremities. I did not detect any atrophies or fasciculations. There was no tremor or any other involuntary movements.

**SENSORY EXAM:** Sensation to pain, temperature and light touch was normal. Position and vibration sensation were normal.

**GAIT & STATION:** Patient demonstrate normal limb coordination. Truncal balance and gait were both normal. Rapid successive alternating movements were normal. Romberg sign was -ve. Toe walking, heel walking and tandem walking were normal. Neither leg were favored. Amplitude of step and accessory arm movements were normal.

**MUSCULOSKELETAL:** Musculoskeletal exam revealed normal ROM in the L-Spine and C-Spine with no evidence of muscular spasms.

**Current Diagnosis**

G44.309........POST-TRAUMATIC HEADACHE, UNSPECIFIED, NOT INTRACTABLE

R41.0..........DISORIENTATION, UNSPECIFIED

R40.4..........TRANSIENT ALTERATION OF AWARENESS

R41.840........ATTENTION AND CONCENTRATION DEFICIT

**Assessment / Plan**

- **Post-traumatic Headache, Unspecified, Not Intractable:** MRI brain r/o vascular accidents, structural lesion.
- **Disorientation, Unspecified:** CD/TCD r/o vascular pathology/stenosis, TIA, CVA.
- **Transient Alteration Of Awareness:** EEG awake and drowsy to r/o CPS, abnormal brain discharges or background slowing.

EEG awake and drowsy to r/o CPS, abnormal brain discharges or background slowing. Pt was educated about migraine toolbox, common trigger and preventive supplements/ vitamins. Drug induce HA: Hs of migraineurs headaches who develops a generalized pervasive daily HA with superimposed paroxysms of the original HA. His / her chronic daily HA suggestive of medication overuse HA. f/u MRI of brain r/o underlying structural abnormalities. Start pamelor 10 mg qhs, and sumatriptan prn for abortive measures. Mag, riboflavin oral supplementation, IV infusions with solumedrol, mag, vitamins x1 and then iv infusions with mag and vitamins x 7

**Prescribed Medications**

IMITREX 50 MG.................Sig: 1 tablet as directed for 12 Days Qty: 12, Maximum dose 3 tabs per day

PAMELOR 10 MG.................Sig: for 30 Days Qty: 60, one cap qhs for 7 days, followed by two caps po qhs thereafter

**Procedures**

99205..........NEW PATIENT LEVEL 5 (60 MIN)

Case 1:21-cv-20752-RNS   Document 1-2   Entered on FLSD Docket 02/23/2021   Page 244 of
From Northern Medi╌ ╌ PC 1.888.370.596╌3╌un Jan  5 12:01:5    )20 EST Page 7 of 14
1/5/2020

POMPILIO ANGELIS, DOB: 6/10/1964, Date: 9/11/2019, Phys: OMAR AHMED   Generated by Medgen EHR

95813..........ELECTROENCEPHALOGRAM EXTND MNTR > 1 HR

**Injections/Office Procedure(s)**

**Test Result**
**Results:** Outside Center MRI Brain unremarakble.

Follow up in 1 week(s)

Follow up for: test

Electronically signed by Omar Ahmed, MD on 10/16/2019

Omar Ahmed, MD

From Northern Medical PC 1.888.370.5960 Sun Jan 5 12:01:51 2020 EST Page 8 of 14

1/5/2020    POMPILIO ANGELIS, DOB: 6/10/1964, Date: 10/16/2019, Phys: OMAR AHMED   Generated by Medgen EHR



**Northern Medical Care PC Bronx**
**1150 Webster Avenue**
**BRONX NY 10456**
**(347) 808 – 0346 (888) 370 – 5960**

Encounter Physician: Omar Ahmed, MD
Date: 10/16/2019

**Mr. Pompilio Angelis**
Pompilio Angelis
3220 STEBEN AVENUE 3F
BRONX, NY 10467

DOB: 6/10/1964 Age: 55 Year(s) Sex: Male
Primary Insurance: PATIENT (SELF PAY)

**Chief Complaint:** Consult
headache

**History of Present Illness**
• **Headache:** Patient reports that his headaches are resolving. He takes Pamelor. Uses Imitrex for an occasional severe headache. He continues to have bouts of poor concentration and transient loss of awareness. EEG is normal routine EEG. TCD and CD were unremarkable.

**Past Medical History:** none
**Past Surgical History:** none
**Social History:** - No Alcohol
- No smoking
- No use of illicit drugs.
**Family Medical History:** unknown

**Current Medications**
IMITREX 50 MG...............Sig: 1 tablet as directed for 12 Days Qty: 12, Maximum dose 3 tabs per day
PAMELOR 10 MG...............Sig: for 30 Days Qty: 60, one cap qhs for 7 days, followed by two caps po qhs thereafter

**Review of Systems**

**ROS:** attention and concentration deficit
disorientation and confusion
headaches resolving
transient loss of awareness

**Vital Signs:**    BP: 125/87; Pulse: 80 /min; Resp: 12 bpm;

**Physical Exam**
**GENERAL APPEARANCE:** On examination, the patient was in no acute distress. This is a well developed, well nourished individual.
**NECK:** No abnormalities on examination.
**SKIN:** No abnormalities on examination.
**CHEST:** No abnormalities on examination.
**LUNGS:** No abnormalities on examination.
**GASTROINTESTINAL:** No abnormalities on examination.
**GENITOURINARY:** No abnormalities on examination.

1/5/2020         POMPILIO ANGELIS, DOB: 6/10/1964, Date: 10/16/2019, Phys: OMAR AHMED   Generated by Medgen EHR

**LYMPH NODES:** No abnormalities on examination.

**CARDIOVASCULAR:** Heart auscultation shows normal S1S2, RRR, no murmurs noted.

**PERIPHERAL PULSES:** Femoral, popliteal, dorsalis pedis, posterior tibial were symmetric at 2+.

**MENTAL STATUS:** The patient was alert and oriented, understood commands well. Recent and remote memory was normal. Attention span and concentration were normal. Speech was fluent with normal naming and repetition. Fund of knowledge and speed of mentation were normal. There was no evidence of depression or anxiety during the interview.

**NEUROLOGICAL EXAM:** Muscle power was full in all muscle groups.

**SENSORY EXAM:** Sensation to pain, temperature and light touch was normal. Position and vibration sensation were normal.

**GAIT & STATION:** Patient demonstrate normal limb coordination. Truncal balance and gait were both normal. Rapid successive alternating movements were normal. Romberg sign was -ve. Toe walking, heel walking and tandem walking were normal. Neither leg were favored. Amplitude of step and accessory arm movements were normal.

**MUSCULOSKELETAL:** Musculoskeletal exam revealed normal ROM in the L-Spine and C-Spine with no evidence of muscular spasms.

### Current Diagnosis

R41.840........ATTENTION AND CONCENTRATION DEFICIT
G44.309.......POST-TRAUMATIC HEADACHE, UNSPECIFIED, NOT INTRACTABLE
R41.0..........DISORIENTATION, UNSPECIFIED

### Assessment / Plan

- **Attention And Concentration Deficit:** CD No evidence of hemodynamically significant stenosis in the bilateral carotid bifurcation vessels. The carotid duplex study is normal bilaterally.

TCD Flow direction in the intracranial circulation appears normal. The pulsatility index in the right vertebral is increased. This may represent increased cerebrovascular resistance.

- **Post-traumatic Headache, Unspecified, Not Intractable:** MRI brain r/o vascular accidents, structural lesion.
- **Disorientation, Unspecified:** EEG Normal EEG. No focal slowing no seizure like activity was observed

### Prescribed Medications

PAMELOR 25 MG.................Sig: 1 capsule qhs for 30 Days Qty: 30
IMITREX 50 MG.................Sig: 1 tablet as directed for 12 Days Qty: 12, Maximum dose 3 tabs per day

### Procedures

99212..........EST PATIENT LEVEL 2 (10 MIN)

### Injections/Office Procedure(s)

### Test Result

**Results:** Outside Center MRI Brain unremarakble.
CD No evidence of hemodynamically significant stenosis in the bilateral carotid bifurcation vessels. The carotid duplex study is normal bilaterally.

TCD Flow direction in the intracranial circulation appears normal. The pulsatility index in the right vertebral is increased. This may represent increased cerebrovascular resistance.

EEG Normal EEG. No focal slowing no seizure like activity was observed

Follow up in 1 month(s) for: F/U Medication Management

Omar Ahmed, MD

From Northern Medic. PC 1.888.370.5960 Sun Jan 5 12:01:51 '20 EST Page 10 of 14

1/5/2020                    POMPILIO ANGELIS, DOB: 6/10/1964, Date: 12/18/2019, Phys: OMAR AHMED   Generated by Medgen EHR



**Northern Medical Care PC Bronx**
**1150 Webster Avenue**
**BRONX NY 10456**
**(347) 808 - 0346 (888) 370 - 5960**

Encounter Physician: Omar Ahmed, MD
Date: 12/18/2019

**Mr. Pompilio Angelis**
Pompilio Angelis
3220 STEBEN AVENUE 3F
BRONX, NY 10467

DOB: 6/10/1964 Age: 55 Year(s) Sex: Male
Primary Insurance: PATIENT (SELF PAY)

**Referring Provider:**

**Chief Complaint:** follow up
headache

**History of Present Illness**
• **Headache:** Patient continues to have successful HA relief with Pamelor. Infrequent need for Imitrex. Resolving poor concentration and now focusing better. Denies any further episodes of transient loss of awareness.

**Past Medical History:** none
**Past Surgical History:** none
**Social History:** - No Alcohol
- No smoking
- No use of illicit drugs.
**Family Medical History:** unknown

**Allergies**

**Current Medications**
PAMELOR 25 MG.................Sig: 1 capsule qhs for 30 Days Qty: 30
IMITREX 50 MG.................Sig: 1 tablet as directed for 12 Days Qty: 12, Maximum dose 3 tabs per day
PAMELOR 10 MG.................Sig: for 30 Days Qty: 60, one cap qhs for 7 days, followed by two caps po qhs thereafter

**Review of Systems**

**ROS:** attention and concentration deficit resolving
disorientation and confusion resolving
headaches occasional
transient loss awareness resolving

**Vital Signs:** BP: 125/68; Pulse: 80 /min; Resp: 11 bpm;

**Physical Exam**
**GENERAL APPEARANCE:** On examination, the patient was in no acute distress. This is a well developed, well nourished individual.
**LUNGS:** No abnormalities on examination.

about:blank                                                                                                    1/2

From Northern Medic.. PC 1.888.370.596(336)n Jan  5 12:01:5!   20 EST Page 11 of 14

1/5/2020                    POMPILIO ANGELIS, DOB: 6/10/1984, Date: 12/18/2019, Phys: OMAR AHMED   Generated by Medgen EHR

**GASTROINTESTINAL:** No abnormalities on examination.

**CARDIOVASCULAR:** Heart auscultation shows normal S1S2, RRR. Carotid exam revealed no bruits.

**PERIPHERAL PULSES:** Femoral, popliteal, dorsalis pedis, posterior tibial were symmetric at 2+.

**MENTAL STATUS:** The patient was alert and oriented, understood commands well. Recent and remote memory was normal. Attention span and concentration were normal. Speech was fluent with normal naming and repetition. Fund of knowledge and speed of mentation were normal. There was no evidence of depression or anxiety during the interview.

**CRANIAL NERVES:** .

**SENSORY EXAM:** Sensation to pain, temperature and light touch was normal. Position and vibration sensation were normal.

**GAIT & STATION:** Patient demonstrate normal limb coordination. Truncal balance and gait were both normal. Rapid successive alternating movements were normal. Romberg sign was -ve. Toe walking, heel walking and tandem walking were normal. Neither leg were favored. Amplitu

**MUSCULOSKELETAL:** Musculoskeletal exam revealed normal ROM in the L-Spine and C-Spine with no evidence of muscular spasms.

### Current Diagnosis

G44.309........POST-TRAUMATIC HEADACHE, UNSPECIFIED, NOT INTRACTABLE
R41.0..........DISORIENTATION, UNSPECIFIED
R40.4..........TRANSIENT ALTERATION OF AWARENESS
R41.840........ATTENTION AND CONCENTRATION DEFICIT

### Assessment / Plan

- **Post-traumatic Headache, Unspecified, Not Intractable:** Continue Imitrex as needed and daily Pamelor for HA prevention.
- **Disorientation, Unspecified:** resolving.
- **Transient Alteration Of Awareness:** resolving.
- **Attention And Concentration Deficit:** Patient has markedly improved attention and concentration.

Start pamelor 10 mg qhs, and sumatriptan prn for abortive measures. Mag, riboflavin oral supplementation, IV infusions with solumedrol, mag, vitamins x1 and then iv infusions with mag and vitamins x 7

### Prescribed Medications

IMITREX 50 MG.................Sig: 1 tablet as directed for 12 Days Qty: 12, Maximum dose 3 tabs per day
PAMELOR 25 MG.................Sig: 1 capsule qhs for 30 Days Qty: 30

### Procedures

99214..........EST PATIENT LEVEL 4

### Injections/Office Procedure(s)

### Test Result

Follow up in 1 month(s) for: F/U Medication Management

Electronically signed by Omar Ahmed, MD on 12/24/2019

Omar Ahmed, MD

about:blank

2/2

Peter C.
Kwan, M.D.

# PETER C. KWAN, M.D.

### NEUROLOGY / NEURODIAGNOSIS
**3611A East Tremont Avenue, Bronx, New York 10465**
**(718) 208-8411 / (908) 222-2894**

Patient: Pompilio Ramon Angelis
Date of Accident: 5/8/19
Date of Service: 7/31/19

Referral Physician:
Dr. Gautam Khakhar, M.D.
Medical Director
Physical Medicine & Rehabilitation of
New York, P.C.
3815 Putnam Avenue
Bronx, New York 10463

Pompilio Ramon Angelis was seen in this office for a comprehensive neurologic examination and evaluation for signs and symptoms associated with injuries incurred in an accident.

The patient was referred for new onset of headache since the accident.

Chief complaints are the following:  1) headache- there is daily head pain involving the right temple region associates with ringing of the right ear and blurring of vision since the accident.

### Extended History of the Present Illness:
The patient is a 55 year old right-handed male who was injured when he was hit on his head by a brown tray at a Burger King fast food restaurant. He stated that he has a bump to the right temple and was dazed. The police arrived and he was treated by the emergency medical service. Since then he has been getting physical therapy at the Physical Medicine & Rehabilitation of New York, P.C. at Putnam Avenue. He is a self-employed music producer.

### Extended Review of Systems:

**Wt: 200lbs   Ht: 6'0"**

**Constitutional Symptoms:** No fever and no weight loss.
a. Eyes               None
b. ENT                None
c. Cardiovascular     None
d. Respiratory        None
e. Gastrointestinal   None
f. Genitourinary      None

Privileged and confidential information

page two                                          Pompilio Ramon Angelis

g. Musculoskeletal                     None
h. Integumentary                       None
i. Neurological                        None
j. Psychiatric                         None
k. Endocrine                           None
l. Hematologic / Lymphatic             None
m. Allergic / Immunology               None

**Pertinent past, family and / or social history**
-Any previous accidents:               None
-Prior major illnesses and injuries:   None
-Prior operations:                     None

**Family History**
-Father died of stomach problems. Mother died of Parkinson's and dementia.

**Social History**
-Marital Status:  Separated with no children.
-Born:  Venezuela
-Living Arrangement:  Apartment

-Occupational History: Music producer

How did you come to the office today?  Taxi

Education level:  College degree from Venezuela

Sexual History:    N/A

**Medications**
**Drug Allergies:              NKDA
** Current Pain Medications: Oral analgesics as needed.

**Anticoagulant:              None

Cigarettes: None      Alcohol: None

**Clinical Examination Findings**

The general physical examination revealed lung fields were clear to auscultation and there were no rales, rhonchi or wheezes.  Heart rate was regular without murmurs or clicks. The radial, brachial, femoral, popliteal, dorsalis pedis and posterior tibial pulses were present bilaterally and symmetrically.

Psychiatric: Orientation, Recent and remote memory, Mood and affect
The mental status examination revealed the patient to be alert, awake and oriented to

Privileged and confidential Information

page three                                    Pompilio Ramon Angelis

person, place and time. Spontaneous speech, which includes fluency, comprehension, repetition and naming was intact. **The patient recalled three out of three objects immediately but only two out of three objects in one and three minutes despite cueing. The Face-Hand Test was 2+ positive with eyes closed.**

**Neurologic:**

**Examination of the head and face** revealed no lacerations or swellings. There were no carotid bruits, and carotid pulses were present bilaterally and symmetrically.

The cranial nerve examination revealed intact extraocular movements without nystagmus. Pupils to be 4.0 mm bilaterally, reactive to light and accommodation. Funduscopic examination revealed both optic discs to be sharp without hemorrhage or papilledema. There was no gross visual field deficit to confrontation. Corneal reflexes were present bilaterally and symmetrically. The jaw jerk was present and normal. There was no facial asymmetry and facial sensation was intact to pinprick, light touch and temperature bilaterally. Examination of the auditory acuity revealed no abnormalities. The gag reflex was present bilaterally and symmetrically without deviation of the uvula. The tongue was midline and symmetrical without evidence of atrophy or fasciculations. The Romberg sign was negative. There was no evidence of a pronator drift.

Coordination: there was no dysmetria to finger-to-nose and heel-to-shin examination and no evidence of dysdiadochokinesis.

Based on the history and neurologic examination, the diagnoses of this patient are the following: **cerebral concussion, post-concussion syndrome, post-traumatic cephalgia, traumatic tinnitus, rule out traumatic brain injury, rule out cerebral contusion.**

In order to better assess the nature and extent of the injuries to the patient, I recommend the following diagnostic test: **MRI examination of the brain without contrast to rule out cerebral contusion and DTI scan of the brain to rule out traumatic brain injury.**

In order to help determine the severity of the patient's symptoms, it is essential to perform the above-described diagnostic procedures.

In reviewing the history and examination, it is felt that the patient has a **total** disability at this time.

Based upon the history given by the patient and the above objective findings, it can be stated with a reasonable degree of medical certainty, that the above-mentioned accident was the competent producing cause of the above noted injuries.

Privileged and confidential information

page four                                      Pompilio Ramon Angelis

**Treatment Plan:**

1) The patient was advised to continue his oral analgesics as needed. The risks and benefits were explained.

2) The patient was advised to continue his physical therapy at the Physical Medicine & Rehabilitation of New York, P.C. at Putnam Avenue.

3) The patient was advised to call me if there is any acute deterioration of his current neurological status.

A follow-up neurologic evaluation is recommended.

Peter C. Kwan, M.D.

Neurologist
Fellowship trained in EMG / Neurophysiology

Fellowship trained in traumatic brain injury / Neurobehavioral Neurology

PK:dm

CC: Physical Medicine & Rehabilitation of New York, P.C.
      3815 Putnam Avenue
      Bronx, New York 10463

Privileged and confidential information

Physical
Medicine
and Rehab

**Physical Medicine and Rehabilitation of New York**
3815 Putnam Avenue
Bronx, New York 10463
Tel: 718-549-7260
Fax: 718-549-7177

---

### Follow Up Physiatric Evaluation

---

**Re:** Ponpilio Angelis
**Date of Accident:** May 8, 2019
**Visit Date:** October 4, 2019

**CHIEF COMPLAINTS:**
Neck pain with associated headaches.

**HISTORY OF PRESENT ILLNESS**
The patient is a 55-year-old, right-handed gentleman who reports that on May 8, 2019, while he was living in Miami, Florida, he was sitting at an establishment when he felt a hard impact on his right side forehead which made him pass out for a second. Although, the patient reports he did not fall to the ground. Apparently, an individual hit him with a tray on the forehead. A police report was made but the patient did not seek immediate medical care. Because of increasing pains with associated headaches, the patient was treated with physical therapy. The patient reports he had an x-ray done and no fractures were noted. The patient had developed abrasions and hematomas on the forehead which have healed. He currently is reporting subtle memory problems with associated headaches that comes and goes and pain that radiates from the head down to the neck. He denies numbness or tingling. He denies weakness and bowels or bladder disturbance. The patient comes today for evaluation and treatment of the above mentioned symptoms.

The patient was initially seen on August 23, 2019 with recommendation to continue physical therapy. The patient reports that physical therapy is helping significantly and is currently having a pain level as a 2/10. Headaches have improved. He has changed neurologist and is currently being followed by Apex Neurology office for headaches. The patient is able to lift more than 10 pounds and denies numbness or tingling. The pain does not radiate to the extremities.

**ALLERGIES**
No known drug allergies.

October 4, 2019

Ponpilio Angelis

**PAST MEDICAL HISTORY**
None.

**PAST SURGICAL HISTORY**
Plastic surgery on the nose, cyst removed from the skin on the back.

**PRIOR INJURIES**
Denies.

**MEDICATIONS**
None.

**FAMILY HISTORY**
Parkinson's and dementia on his mother's side.

**WORK HISTORY**
He is currently unemployed. He works as a music producer and artist.

**SOCIAL HISTORY**
He denies smoking, alcohol, or drug abuse history. He reports he does drink alcohol occasionally.

**REVIEW OF SYSTEMS**
The patient denies fevers, nausea, vomiting, abdominal pain, or chest pain. He denies blood in urine or painful urination.

**PHYSICAL EXAMINATION**
**General:** Awake, alert, oriented x3.

**HEENT:** Pupils equal, reactive to light. Normal horizontal and vertical gaze. Symmetrical smile. Tongue protruding midline. No gross dysmetria.

**Head:** There is no abrasion or lacerations noted. There is no hematoma noted.

**Cervical spine:** Mild tenderness on the paracervical muscles. He can bend his neck forward 50 degrees (normal 50 degrees), extend it 50 degrees (normal 60 degrees), rotate it 75 degrees to the right and to the left (normal 80 degrees). Negative Lhermite sign. Negative Spurling sign.

Today's range of motion testing was obtained via an objective hand-held goniometer.

**REFLEXES**
1+ for biceps, triceps, pectoralis, 2+ for knees and ankles bilaterally.

**MOTOR SYSTEM**
5/5 for both upper and lower extremities.

Ponpilio Angelis

October 4, 2019

**SENSORY SYSTEM**
Present to light touch in both upper and lower extremities.

**IMPRESSION**
The patient is a 55-year-old, right-handed gentleman status post head concussion with associated chronic headaches and neck pain that occurred on May 8, 2019.

**PLAN**
1. We will continue physical therapy 1-2 times a week for the next 4 to 6 weeks with intention to transition to home exercise program.
2. The patient will follow up with a neurologist from Apex Neurology.
3. We will have him come back in 4 weeks for reevaluation.

**CAUSALITY**
There is a direct causal relationship between the above-stated accident and today's pathological findings.

This document serves as a letter of medical necessity for the diagnostic testing and/or treatments as requested above.

I, Felix Almentero, M.D., being a physiatrist duly licensed to practice in the State of New York, under the penalties of perjury, pursuant to CPLR 2106, do hereby affirm the contents of the foregoing.

Felix Almentero, M.D.
Physical Medicine and Rehabilitation of New York, PC
cf

Ponpilio Angelis                                                    **August 23, 2019**

**PAST MEDICAL HISTORY**
None.

**PAST SURGICAL HISTORY**
Plastic surgery on the nose, cyst removed from the skin on the back.

**PRIOR INJURIES**
Denies.

**MEDICATIONS**
None.

**FAMILY HISTORY**
Parkinson's and dementia on his mother's side.

**WORK HISTORY**
He is currently unemployed. He works as a music producer and artist.

**SOCIAL HISTORY**
He denies smoking, alcohol, or drug abuse history. He reports he does drink alcohol occasionally.

**REVIEW OF SYSTEMS**
The patient denies fevers, nausea, vomiting, abdominal pain, or chest pain. He denies blood in urine or painful urination.

**PHYSICAL EXAMINATION**
**General:** Awake, alert, oriented x3.

**HEENT:** Pupils equal, reactive to light. Normal horizontal and vertical gaze. Symmetrical smile. Tongue protruding midline. No gross dysmetria.

**Head:** There is no abrasion or lacerations noted. There is no hematoma noted.

**Cervical spine:** Mild tenderness on the paracervical muscles. He can bend his neck forward 50 degrees (normal 50 degrees), extend it 40 degrees (normal 60 degrees), rotate it 70 degrees to the right and to the left (normal 80 degrees). Negative Lhermite sign. Negative Spurling sign.

Today's range of motion testing was obtained via an objective hand-held goniometer.

**REFLEXES**
1+ for biceps, triceps, pectoralis, 2+ for knees and ankles bilaterally.

**MOTOR SYSTEM**
5/5 for both upper and lower extremities.

**Ponpilio Angelis**                                        **August 23, 2019**

**SENSORY SYSTEM**
Present to light touch in both upper and lower extremities.

**IMPRESSION**
The patient is a 55-year-old, right-handed gentleman status post head concussion with associated chronic headaches and neck pain that occurred on May 8, 2019.

**PLAN**
1. We will continue physical therapy 3 times a week for the next 4 to 6 weeks.
2. The patient will follow up with a neurologist due to continuing headaches and post-concussion syndrome.
3. We will request all records from the prior office.
4. We will have him come back in 4 weeks for reevaluation.

**CAUSALITY**
There is a direct causal relationship between the above-stated accident and today's pathological findings.

This document serves as a letter of medical necessity for the diagnostic testing and/or treatments as requested above.

I, Felix Almentero, M.D., being a physiatrist duly licensed to practice in the State of New York, under the penalties of perjury, pursuant to CPLR 2106, do hereby affirm the contents of the foregoing.

Felix Almentero, M.D.
Physical Medicine and Rehabilitation of New York, PC
ca

**Physical Medicine and Rehabilitation of New York**
3815 Putnam Avenue
Bronx, New York 10463
Tel: 718-549-7260
Fax: 718-549-7177

---

### Initial Physiatric Evaluation

---

|  |  |
|---|---|
| **Re:** | **Ponpilio Angelis** |
| **Date of Accident:** | **May 8, 2019** |
| **Visit Date:** | **July 19, 2019** |

**CHIEF COMPLAINTS:**
Neck pain with associated headaches.

**HISTORY OF PRESENT ILLNESS**
The patient is a 55-year-old, right-handed gentleman who reports that on May 8, 2019, while he was living in Miami, Florida, he was sitting at an establishment when he felt a hard impact on his right side forehead which made him pass out for a second. Although, the patient reports he did not fall to the ground. Apparently, an individual hit him with a tray on the forehead. A police report was made but the patient did not seek immediate medical care. Because of increasing pains with associated headaches, the patient was treated with physical therapy. The patient reports he had an x-ray done and no fractures were noted. The patient had developed abrasions and hematomas on the forehead which have healed. He currently is reporting subtle memory problems with associated headaches that comes and goes and pain that radiates from the head down to the neck. He denies numbness or tingling. He denies weakness and bowels or bladder disturbance. The patient comes today for evaluation and treatment of the above mentioned symptoms.

**ALLERGIES**
No known drug allergies.

**PAST MEDICAL HISTORY**
None.

**PAST SURGICAL HISTORY**
Plastic surgery on the nose, cyst removed from the skin on the back.

**PRIOR INJURIES**
Denies.

**Ponpilio Angelis**                                                   **July 19, 2019**

**MEDICATIONS**
None.

**FAMILY HISTORY**
Parkinson's and dementia on his mother's side.

**WORK HISTORY**
He is currently unemployed. He works as a music producer and artist.

**SOCIAL HISTORY**
He denies smoking, alcohol, or drug abuse history. He reports he does drink alcohol occasionally.

**REVIEW OF SYSTEMS**
The patient denies fevers, nausea, vomiting, abdominal pain, or chest pain. He denies blood in urine or painful urination.

**PHYSICAL EXAMINATION**
**General:** Awake, alert, oriented x3.

**HEENT:** Pupils equal, reactive to light. Normal horizontal and vertical gaze. Symmetrical smile. Tongue protruding midline. No gross dysmetria.

**Head:** There is no abrasion or lacerations noted. There is no hematoma noted.

**Cervical spine:** Mild tenderness on the paracervical muscles. He can bend his neck forward 50 degrees (normal 50 degrees), extend it 40 degrees (normal 60 degrees), rotate it 70 degrees to the right and to the left (normal 80 degrees). Negative Lhermite sign. Negative Spurling sign.

Today's range of motion testing was obtained via an objective hand-held goniometer.

**REFLEXES**
1+ for biceps, triceps, pectoralis, 2+ for knees and ankles bilaterally.

**MOTOR SYSTEM**
5/5 for both upper and lower extremities.

**SENSORY SYSTEM**
Present to light touch in both upper and lower extremities.

**IMPRESSION**
The patient is a 55-year-old, right-handed gentleman status post head concussion with associated chronic headaches and neck pain that occurred on May 8, 2019.

**Ponpilio Angelis**                                                    **July 19, 2019**

**PLAN**
1. We will start him on physical therapy 3 times a week for the next 4 to 6 weeks.
2. We will refer him for an evaluation by a neurologist due to continuing headaches and post-concussion.
3. We will request all records from the prior office.
4. We will have him come back in 4 weeks for reevaluation.

**CAUSALITY**
There is a direct causal relationship between the above-stated accident and today's pathological findings.

This document serves as a letter of medical necessity for the diagnostic testing and/or treatments as requested above.

I, Felix Almentero, M.D., being a physiatrist duly licensed to practice in the State of New York, under the penalties of perjury, pursuant to CPLR 2106, do hereby affirm the contents of the foregoing.

Felix Almentero, M.D.
Physical Medicine and Rehabilitation of New York, PC
ca

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date: 11/26/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644

Insurance: LIEN - PMR


NGAEN : 1299479

SUBJECTIVE: _Pt. c/o pain & stiffness in Neck region._

OBJECTIVE: _(+) Tenderness on C/S paraspinal mm_

ASSESSMENT: _Pt. tolerated tx well_

PLAN: [✓] Continue the POC    [ ] Modify the POC    Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[✓] Massage Therapy x _8_ mins on: _C/S_

[ ] Paraffin Wax Bath:   Left  /  Right   hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[✓] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30'_ mins     TOTAL TREATMENT TIME: _____ mins

PT Signature: _GEMUEL L. GAYAS, PT_
                     _LIC. # 020961_

PTA Signature: _____     Patient Signature _____

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Insurance:  LIEN - PMR

Date:  11/21/19
MRN:  25084
Onset Date:  05/08/19
Case #:  219644

N G A E N : 1296420

SUBJECTIVE: _S/P/CR-bo pairon CVS_

OBJECTIVE: _OLA Jenlewiccoc 9S_

ASSESSMENT: _Art-4pcllot_

PLAN:    [ ✓ ] Continue the POC    [ ] Modify the POC    Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ ] Massage Therapy x _X_ mins on: _OVS_

[ ] Paraffin Wax Bath:  Left  /  Right  hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[ ] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins    TOTAL TREATMENT TIME: _____ mins

PT Signature: _____

SALVADOR D. DEOCAMPO, JR. PT
LIC. # D29243
PTA Signature: _____

Patient Signature: _____

D T 2 D 7 F 8 E 8 7 - 4 0 D 7 - 4 2 D A - A B 0 6 - 0 2 3 4 8 2 6 0 B D F 8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Insurance:  LIEN - PMR

Date:  11/08/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644



N G A E N : 1 2 8 8 1 2 5

SUBJECTIVE: _____

OBJECTIVE: _____

ASSESSMENT: _____

PLAN:  [ ] Continue the POC   [ ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ ] Massage Therapy x _____ mins on: _____

[ ] Paraffin Wax Bath:   Left  /  Right  hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[ ] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: 30' mins       TOTAL TREATMENT TIME: _____ mins

PT Signature: GEMUEL L. SAYAS, PT
                      LIC. # 020961

PTA Signature: _____

Patient Signature: _____



D T 2 D 7 F 8 E 8 7 - 4 0 D 7 - 4 2 D A - A B 0 6 - 0 2 3 4 8 2 6 0 B D F 8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date:  11/01/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644

Insurance:  LIEN - PMR



N G A E N : 1 2 8 3 3 3 6

SUBJECTIVE: _PX C/O PAIN on CS._

OBJECTIVE: _(+) TENDERNESS on CS PARASPINAL M.S._

ASSESSMENT: _PX TOLERATED TX WELL_

PLAN:    [ ] Continue the POC    [ ] Modify the POC    Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ ] Massage Therapy x _8_ mins on: _CS_____

[ ] Paraffin Wax Bath:   Left  /  Right   hand x _____ mins

[ ] Mech. Traction ( Intermittent  /  Static  ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[ ] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins      TOTAL TREATMENT TIME: _____ mins

PT Signature: Orestes L. Germones, PT
             Lic. # 027942 NY

PTA Signature: Jonathan N Garcia, PTA
              NY Lic # 006300

Patient Signature: _____

D T 2 D 7 F 8 E 8 7 - 4 0 D 7 - 4 2 D A - A B 0 6 - 0 2 3 4 8 2 6 0 B D F 8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date: 10/25/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644

Insurance: LIEN - PMR

NGAEN : 1278774

SUBJECTIVE: PX C/O PAIN ON CS.

OBJECTIVE: (+) TENDERNESS ON CS PARASPINAL MS.

ASSESSMENT: PX TOLERATED EX WELL.

PLAN: [✓] Continue the POC   [ ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[✓] Massage Therapy x _Q_ mins on: _CS_

[ ] Paraffin Wax Bath:   Left   /   Right   hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[✓] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins       TOTAL TREATMENT TIME: _____ mins

PT Signature:   GEMUEL L. GAYAS, PT
LIC. #020961

PTA Signature:
Jonathan M. Garcia, PTA
NY Lic # 006300

Patient Signature

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date:  10/18/19
MRN:  25084
Onset Date:  05/08/19
Case #:  219644

Insurance:  LIEN - PMR

NGAEN : 1274129

SUBJECTIVE: _____ R. C/o pain + stiffness on neck region.

OBJECTIVE: _____ (+) Tenderness on C/S paraspinum mm

ASSESSMENT: _____ R. tolerated to W&U.

PLAN:   [✓] Continue the POC   [ ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[✓] Massage Therapy x 8 mins on: C/S

[ ] Paraffin Wax Bath:   Left  /  Right   hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy:  MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[✓] Therapeutic Exercises: ROM / (Flexibility) / (Strength) / (Endurance) / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: 30" mins     TOTAL TREATMENT TIME: _____ mins

PT Signature: GEMUEL A. GAYAS, PT
                        LIC. #020961

PTA Signature: _____

Patient Signature: _____

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date:  10/10/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644

Insurance:  LIEN - PMR

N G A E N : 1268836

SUBJECTIVE: _____

OBJECTIVE: _____

ASSESSMENT: _____

PLAN:     [ ✓ ] Continue the POC     [ ] Modify the POC     Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP  x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ ] Massage Therapy x _8_ mins on: _C/S_____

[ ] Paraffin Wax Bath:   Left  /  Right   hand x _____ mins

[ ] Mech. Traction ( Intermittent  /  Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[ ] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins     TOTAL TREATMENT TIME: _____ mins

PT Signature: SALVADOR, DEOCAMPO,JR, PT
LIC # 029243

PTA Signature:

Patient Signature: _____

D T 2 D 7 F 8 E 8 7 - 4 0 D 7 - 4 2 D A - A B 0 6 - 0 2 3 4 8 2 6 0 B D F 8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date: 10/04/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644

Insurance: LIEN - PMR



N G A E N : 1 2 6 4 9 6 3

SUBJECTIVE: _____

OBJECTIVE: _____

ASSESSMENT: _____

PLAN:  [ ✓ ] Continue the POC   [  ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[  ] HMP/CP  x _____ mins on: _____

[  ] EMS: cont / modulated / pulsed x _____ mins on: _____

[  ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ ✓ ] Massage Therapy x __8__ mins on: C8 _____

[  ] Paraffin Wax Bath:   Left  /  Right   hand x _____ mins

[  ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[  ] Manual Therapy:  MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[  ] Therapeutic Exercises:  ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[  ] Therapeutic Activity: _____ x _____ mins

[  ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[  ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: __30'__ mins     TOTAL TREATMENT TIME: _____ mins

PT Signature: GEMUEL L. GAYAS, PT
LIC # 020961

PTA Signature: _____     Patient Signature: _____

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Insurance:  LIEN - PMR

Date:  10/02/19
MRN:  25084
Onset Date: 05/08/19
Case #:  219644



N G A E N : 1 2 6 3 4 1 8

SUBJECTIVE: *Pt. c/o pain on c/s today.*

OBJECTIVE: *(+) tenderness on c/s paraspinals*

ASSESSMENT: *Pt - tol - Tx well*

PLAN:    [ / ] Continue the POC    [  ] Modify the POC    Recommendations: _____

INTERVENTIONS GIVEN:

[  ] HMP/CP  x _____ mins on: _____

[  ] EMS: cont / modulated / pulsed x _____ mins on: _____

[  ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ / ] Massage Therapy x  8  mins on:  c/s

[  ] Paraffin Wax Bath:   Left   /   Right   hand x _____ mins

[  ] Mech. Traction (  Intermittent  /  Static  ) Cervical / Lumbar Spine x _____ hold x _____ mins

[  ] Manual Therapy:  MFR  /  Joint Mobs  /  Soft-Tissue Mobs _____ x _____ mins

[ / ] Therapeutic Exercises: ( ROM / Flexibility / Strength ) / Endurance / Postural / Kinesthetic

[  ] Therapeutic Activity: _____ x _____ mins

[  ] Neuromuscular Re-Education (  balance  /  proprioceptive  ) _____ x _____ mins

[  ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES:  30  mins       TOTAL TREATMENT TIME: _____ mins

PT Signature: _____
SALVADOR D. DEOCAMPO, JR. PT
LIC. # 029243

PTA Signature: _____
Mariche L. Lucero, PTA
NY Lic.# 007470

Patient Signature: _____

D T 2 D 7 F 8 E 8 7 - 4 0 D 7 - 4 2 D A - A B 0 6 - 0 2 3 4 8 2 6 0 B D F 8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Insurance:  LIEN - PMR

Date:  09/30/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644



N G A E N : 1261629

SUBJECTIVE: _A, cb pain on c/s today_

OBJECTIVE: +) _tenderness on c/s paraspinals_

ASSESSMENT: _P - 18 - Tx well_

PLAN:      [✓] Continue the POC     [ ] Modify the POC     Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[✓] Massage Therapy x _8_ mins on: _c/s_

[ ] Paraffin Wax Bath:   Left  /  Right   hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[✓] Therapeutic Exercises: (ROM) / Flexibility / (Strength) / Endurance / Postural / Kinesthetic
x _____ mins

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins     TOTAL TREATMENT TIME _____ mins

PT Signature: Orestes L. Germones, PT
              Lic. # 027942 NY

PTA Signature: Marielle L. Lucero, PTA
               NY Lic.# 007470

Patient Signature: _____

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date:  09/27/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644

Insurance:  LIEN - PMR

NGAEN : 1260633

SUBJECTIVE: _Pt C/o pain on neck region._

OBJECTIVE: _(+) tenderness on cs paraspinds._

ASSESSMENT: _Pt. tolerated to well._

PLAN:   [√] Continue the POC   [ ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[√] Massage Therapy x _0_ mins on: _cs_

[ ] Paraffin Wax Bath:   Left  /   Right   hand x _____ mins

[ ] Mech. Traction (  Intermittent  /  Static  ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[√] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins      TOTAL TREATMENT TIME: _30_ mins

PT Signature: Orestes L. Germones, PT _____ —PT
                         Llc. # 027942 NY

PTA Signature:                                    Patient Signature

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Insurance:  LIEN - PMR

Date:  09/26/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644

N G A E N : 1259860

SUBJECTIVE: _____ *s/l/4/ob pain a/l* _____

_____

OBJECTIVE: _____ *o/l/s strength a/l* _____

_____

ASSESSMENT: _____ *Acute cmu* _____

_____

PLAN:     [ ✓ ] Continue the POC    [ ] Modify the POC    Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ ] Massage Therapy x  *8*  mins on: _____

[ ] Paraffin Wax Bath:  Left  /  Right  hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[ ] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic x _____ mins

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _____ *20* mins       TOTAL TREATMENT TIME: _____ mins

PT Signature:
SALVADOR D. DROCAMPO JR. PT
LIC. # 029243
PTA Signature:

Patient Signature: 

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date:  09/24/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644

Insurance:  LIEN - PMR



N G A E N : 1257932

SUBJECTIVE: _Pt. c/o pain on neck_

OBJECTIVE: _(+) tenderness on CS paraspinate_

ASSESSMENT: _Pt. tolerated tx. well._

PLAN:  [✓] Continue the POC   [ ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[✓] Massage Therapy x _8_ mins on: _CS_

[ ] Paraffin Wax Bath:   Left  /   Right   hand x _____ mins

[ ] Mech. Traction (  Intermittent  /  Static  ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[✓] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins     TOTAL TREATMENT TIME: _____ mins

PT Signature:
        Hazel Topic Moreno, PT
        Lic. #: 030495
PTA Signature:

Patient Signature:

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Insurance:  LIEN - PMR

Date:  09/20/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644



N G A E N : 1256036

SUBJECTIVE:  _PX Clo pain on CS._

OBJECTIVE:  _(+) TENDERNESS ON CS PARASPINAL MS._

ASSESSMENT:  _PX TOLERATED TX WELL_

PLAN:  [ ] Continue the POC   [ ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[X] Massage Therapy x _9_ mins on: _CS_

[ ] Paraffin Wax Bath:   Left   /   Right   hand x _____ mins

[ ] Mech. Traction (  Intermittent  /  Static  ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[ ] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic
_____ x _____ mins

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins     TOTAL TREATMENT TIME: _____ mins

PT Signature: SALVADOR D. OCCAMPO,JR, PT
LIC.# 029243

PTA Signature:
Jonathan M. Garcia, PTA
NY Lic # 006300

Patient Signature: _____

D T 2 D 7 F 8 E 8 7 - 4 0 D 7 - 4 2 D A - A B 0 6 - 0 2 3 4 8 2 6 0 B D F 8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date:  09/19/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644

Insurance:  LIEN - PMR

N G A E N : 1 2 5 5 2 3 3

SUBJECTIVE: _____

OBJECTIVE: _____

ASSESSMENT: _____

PLAN:  [ ✓ ] Continue the POC   [  ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[  ] HMP/CP  x _____ mins on: _____

[  ] EMS: cont / modulated / pulsed  x _____ mins on: _____

[  ] US: _____ Mhz  x _____ w/cm2  x _____ mins on: _____

[ ✓ ] Massage Therapy  x _8_ mins on: _____

[  ] Paraffin Wax Bath:   Left  /  Right   hand  x _____ mins

[  ] Mech. Traction (  Intermittent  /  Static  ) Cervical / Lumbar Spine  x _____ hold  x _____ mins

[  ] Manual Therapy:  MFR / Joint Mobs / Soft-Tissue Mobs _____  x _____ mins

[ ✓ ] Therapeutic Exercises:  ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[  ] Therapeutic Activity: _____  x _____ mins

[  ] Neuromuscular Re-Education (  balance  /  proprioceptive  ) _____  x _____ mins

[  ] Gait Training: _____  x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins      TOTAL TREATMENT TIME: _____ mins

PT Signature: _____
SALVADOR R. DEOCAMPO JR. PT
LIC. # 029243
PTA Signature: _____

Patient Signature: _____

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Insurance: LIEN - PMR

Date: 09/17/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644



NGAEN : 1253378

SUBJECTIVE: PX C/o PAIN on C5.

OBJECTIVE: (+) TENDERNESS on C5 PARASPINAL MS.

ASSESSMENT: PX TOLERATED TX WELL.

PLAN:  [ ] Continue the POC  [ ] Modify the POC  Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ ] Massage Therapy x 8 mins on: C5

[ ] Paraffin Wax Bath:  Left  /  Right  hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[ ] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: 30 mins    TOTAL TREATMENT TIME: _____ mins

PT Signature: Orestes L. Germones, PT
                    Lic. # 027942 NY

PTA Signature: _____          Patient Signature: _____
     Jonathan N. Garcia, PTA
     NY Lic.# 006300

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Insurance: LIEN - PMR

Date: 09/13/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644

NGAEN : 1251456

SUBJECTIVE: _Sllight to pain on OS_

OBJECTIVE: _O for extension all_

ASSESSMENT: _Arolto they_

PLAN:  [ ] Continue the POC  [ ] Modify the POC  Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[X] Massage Therapy x _8_ mins on: _OS_

[ ] Paraffin Wax Bath:  Left  /  Right  hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[X] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _36_ mins     TOTAL TREATMENT TIME: _____ mins

PT Signature: 

SALVADOR D. DEOCAMPO, JR. PT
PTA Signature: Lic. #.029243

Patient Signature: 

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Insurance: LIEN - PMR

Date: 09/12/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644



N G A E N : 1 2 5 0 6 1 6

SUBJECTIVE: PX c/o PAIN on C5.

OBJECTIVE: (+) TENDERNESS on C5 PARASPINAL M.S.

ASSESSMENT: PX TOLERATED TX well

PLAN:   [ ] Continue the POC   [ ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[√] Massage Therapy x 8 mins on: C S

[ ] Paraffin Wax Bath:   Left  /  Right   hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[√] Therapeutic Exercises: (ROM / Flexibility / Strength) Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: 3 C mins   TOTAL TREATMENT TIME: _____ mins

PT Signature: Orestes L. Germenes, PT
                    Lic. # 027942 NY

PTA Signature: Jonathan N. Garcia, PTA
                    NY Lic. # 006300

Patient Signature:

D T 2 D 7 F 8 E 8 7 - 4 0 D 7 - 4 2 D A - A B 0 6 - 0 2 3 4 8 2 6 0 B D F 8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Insurance: LIEN - PMR

Date: 09/09/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644



N G A E N : 1 2 4 7 9 5 6

SUBJECTIVE: *A- c6 pain on c/s*

OBJECTIVE: (+) *tenderness on c/s paraspinals*

ASSESSMENT: *A- tolerated tx well* —

PLAN: [ / ] Continue the POC   [ ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ ] Massage Therapy x _8_ mins on: c/s

[ ] Paraffin Wax Bath:   Left   /   Right   hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy:  MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[ ] Therapeutic Exercises( ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: 30 mins        TOTAL TREATMENT TIME: _____ mins

PT Signature: GEMUEL B. GAYAS, PT
LIC.# 020961

PTA Signature:
Mariche L. Luceto, PTA
NY Lic.# 007130

Patient Signature:

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date:  09/06/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644

Insurance:  LIEN - PMR



N G A E N : 1 2 4 6 8 2 8

SUBJECTIVE: _PX c/o PAIN on CS._

OBJECTIVE: _(+) TENDERNESS on CS._

ASSESSMENT: _PX TOLERATED TX WELL_

PLAN:  [✓] Continue the POC   [ ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x ____ mins on: _____

[ ] EMS: cont / modulated / pulsed x ____ mins on: _____

[ ] US: ____ Mhz x ____ w/cm2 x ____ mins on: _____

[✓] Massage Therapy x _8_ mins on: _____CS____

[ ] Paraffin Wax Bath:   Left   /   Right   hand x ____ mins

[ ] Mech. Traction  ( Intermittent  /  Static  ) Cervical / Lumbar Spine x ____ hold x ____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x ____ mins

[ ] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic _____ x ____ mins

[ ] Therapeutic Activity: _____ x ____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x ____ mins

[ ] Gait Training: _____ x ____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins     TOTAL TREATMENT TIME: ____ mins

PT Signature: _SEMUEL L. GAYAS, PT_
                          LIC # 020961

PTA Signature: _Jonathan N. Garcia, PTA_
                          NY LIC.# 006300

Patient Signature: _____

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date: 09/05/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644

Insurance: LIEN - PMR



N G A E N : 1 2 4 5 9 2 1

SUBJECTIVE: _Shoulder pain as_

OBJECTIVE: _0 (R) tenderness as_

ASSESSMENT: _Tolerate well_

PLAN:    [ X ] Continue the POC    [ ] Modify the POC    Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ X ] Massage Therapy x _8_ mins on: _as_

[ ] Paraffin Wax Bath:   Left  /  Right  hand x _____ mins

[ ] Mech. Traction (  Intermittent  /  Static  ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[ ] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _20_ mins    TOTAL TREATMENT TIME: _____ mins

PT Signature:
SALVADOR D. DEOCAMPO JR. PT
LIC. # 029243
PTA Signature:

Patient Signature:

D T 2 D 7 F 8 E 8 7 - 4 0 D 7 - 4 2 D A - A B 0 6 - 0 2 3 4 8 2 6 0 B D F 8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Insurance: LIEN - PMR

Date: 09/04/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644

N G A E N : 1 2 4 5 0 3 3

SUBJECTIVE: _Suggests to pairen 9s_

OBJECTIVE: _6 (P) Lea lumsson 9s_

ASSESSMENT: _ArothpMu_

PLAN: [✓] Continue the POC   [ ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ ] Massage Therapy x _8_ mins on: _C/S_

[ ] Paraffin Wax Bath:   Left  /  Right   hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[ ] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins   TOTAL TREATMENT TIME: _____ mins

PT Signature:
SALVADOR D. DEOCAMPO, JR. PT
LIC. # 029243
PTA Signature:

Patient Signature: _____

D T 2 D 7 F 8 E 8 7 - 4 0 D 7 - 4 2 D A - A B 0 6 - 0 2 3 4 8 2 6 0 B D F 8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date:  08/30/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644

Insurance:  LIEN - PMR



N G A E N : 1 2 4 3 0 5 6

SUBJECTIVE: _Px C/o pain on cs._

OBJECTIVE: _(+) Tenderness on cs paraspinal ms_

ASSESSMENT: _Px tolerated Px well_

PLAN:  [✓] Continue the POC    [ ] Modify the POC    Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[✓] Massage Therapy x _8_ mins on: _CS_

[ ] Paraffin Wax Bath:   Left   /   Right   hand x _____ mins

[ ] Mech. Traction (  Intermittent  /  Static  ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[✓] Therapeutic Exercises ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins     TOTAL TREATMENT TIME: _____ mins

PT Signature: _Samuel L. Gayas, PT_
                      LIC. # 020061

PTA Signature: _____
                       Jonathan N. Garcia, PTA
                       NY Lic.# 006300

Patient Signature: _____

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date:  08/29/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644

Insurance:  LIEN - PMR

N G A E N : 1 2 4 2 3 2 4

SUBJECTIVE: _Pt. c/o pain on neck today._

OBJECTIVE: _(+) tenderness on CS paraspinate_

ASSESSMENT: _Pt. tolerated tx well._

PLAN:    [ X ] Continue the POC    [ ] Modify the POC    Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ X ] Massage Therapy x _8_ mins on: _____ cs

[ ] Paraffin Wax Bath:   Left  /  Right   hand x _____ mins

[ ] Mech. Traction (  Intermittent  /  Static  ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[ X ] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education (  balance  /  proprioceptive  ) _____ x _____ mins

[ ] Gait Training: _____ _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins    TOTAL TREATMENT TIME: _38_ mins

PT Signature: Orestes L. Germones, PT
Lic. # 027942 NY

PTA Signature:

Patient Signature:

D T 2 D 7 F 8 E 8 7 - 4 0 D 7 - 4 2 D A - A B 0 6 - 0 2 3 4 8 2 6 0 B D F 8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date:  08/23/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644

Insurance:  LIEN - PMR



NGAEN : 1238608

SUBJECTIVE: _PX CLO TAIN on CS._

OBJECTIVE: (+) TENDERNESS on CS PARASPINAL MS.

ASSESSMENT: PX TOLERATED PL cell

PLAN:  [✓] Continue the POC   [ ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[✓] Massage Therapy x _8_ mins on: _CS_____

[ ] Paraffin Wax Bath:  Left  /  Right   hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[✓] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins     TOTAL TREATMENT TIME: _____ mins

PT Signature: Orestes L. Germones, PT
              Lic. # 027942 NY

PTA Signature: Jonathan R. Garcia, PTA
               NY Lic # 006300

Patient Signature: _____

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date: 08/22/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644

Insurance:  LIEN - PMR


NGAEN : 1238004

SUBJECTIVE: _Shoulder pain Cls_

OBJECTIVE: _b/l tenderness Cls_

ASSESSMENT: _Improve MM_

PLAN:  [✓] Continue the POC   [ ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[✓] Massage Therapy x _8_ mins on: _Cls_

[ ] Paraffin Wax Bath:   Left   /   Right   hand x _____ mins

[ ] Mech. Traction (  Intermittent  /  Static  ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[✓] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins   TOTAL TREATMENT TIME: _____ mins

PT Signature:
SALVADOR D. DEOCAMPO, JR. PT
LIC. # 029243

PTA Signature:

Patient Signature: _____

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date:  08/21/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644

Insurance:  LIEN - PMR



NGAEN : 1237228

SUBJECTIVE: Pt c/o pain & stiffness on c/s

OBJECTIVE: (+) tenderness on c/s paraspinals

ASSESSMENT: Pt tolerated Tx well

PLAN:     [✓] Continue the POC     [ ] Modify the POC     Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[✓] Massage Therapy x 8 mins on: c/s

[ ] Paraffin Wax Bath:   Left  /  Right   hand x _____ mins

[ ] Mech. Traction (  Intermittent  /  Static  ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy:  MFR  /  Joint Mobs  /  Soft-Tissue Mobs _____ x _____ mins

[✓] Therapeutic Exercises: (ROM) / Flexibility / (Strength) / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: 30 mins          TOTAL TREATMENT TIME: _____ mins

PTA Name: SALVADOR QUEBOCAMPO JR. PT
LIC. # 029243

PTA Signature: _____          Patient Signature: _____

Mariche L. Lucero, PTA
NY Lic.# 007470

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Insurance: LIEN - PMR

Date: 08/16/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644

N G A E N : 1 2 3 4 5 2 6

SUBJECTIVE: _PX C̄b PAIN on CS._

OBJECTIVE: _(+) TENDERNESS on CS PARASPINAL MS._

ASSESSMENT: _PX TOLERATED TX WELL_

PLAN: [ ✓ ] Continue the POC    [ ] Modify the POC    Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x _____ mins on: _____

[ ] EMS: cont / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ ✓ ] Massage Therapy x _8_ mins on: _CS_

[ ] Paraffin Wax Bath:   Left  /  Right   hand x _____ mins

[ ] Mech. Traction (  Intermittent  /  Static  ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy:  MFR  /  Joint Mobs  /  Soft-Tissue Mobs _____ x _____ mins

[ ✓ ] Therapeutic Exercises: (ROM) / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education (  balance  /  proprioceptive  ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _30_ mins    TOTAL TREATMENT TIME: _____ mins

PT Signature: _____
SALVADOR D. DEOCAMPO, JR. PT
LIC. # 029243

PTA Signature: _____
Jonathan N. Garcia, PTA
NY LIC.# 006300

Patient Signature: _____

D T 2 D 7 F 8 E 8 7 - 4 0 D 7 - 4 2 D A - A B 0 6 - 0 2 3 4 8 2 6 0 B D F 8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date:  08/15/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644

Insurance:  LIEN - PMR

NGAEN : 1233730

SUBJECTIVE:  _sll%cpmup poison Cls_

OBJECTIVE:  _6(A) Calmkva o/s_

ASSESSMENT:  _At +altp alls_

PLAN:   [ X ] Continue the POC     [  ] Modify the POC    Recommendations: _____

INTERVENTIONS GIVEN:

[  ] HMP/CP x _____ mins on: _____

[  ] EMS: cont / modulated / pulsed x _____ mins on: _____

[  ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ / ] Massage Therapy x _ 8 _ mins on: _____ O/C _____

[  ] Paraffin Wax Bath:   Left   /   Right   hand x _____ mins

[  ] Mech. Traction (  Intermittent  /  Static  ) Cervical / Lumbar Spine x _____ hold x _____ mins

[  ] Manual Therapy:  MFR  /  Joint Mobs  /  Soft-Tissue Mobs _____ x _____ mins

[ / ] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[  ] Therapeutic Activity: _____ x _____ mins

[  ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[  ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _ 30 _ mins      TOTAL TREATMENT TIME: _____ mins

PT Signature:

SALVADOR D. DEOCAMPO JR. PT
PTA LIC # 029243
PTA Signature:

Patient Signature: _____

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date: 08/09/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644

Insurance: LIEN - PMR

NGAEN : 1229903

SUBJECTIVE: _____

OBJECTIVE: _____

ASSESSMENT: _____

PLAN: [ ✓ ] Continue the POC  [ ] Modify the POC  Recommendations: _____

INTERVENTIONS GIVEN:

[ ] HMP/CP x ___ mins on: _____

[ ] EMS: ___ / modulated / pulsed x _____ mins on: _____

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ ✓ ] Massage Therapy x _____ mins on: _____

[ ] Paraffin Wax Bath: Left / Right hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[ ✓ ] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _____ mins    TOTAL TREATMENT TIME: _____ mins

PT Signature
Salvador Deocampo, PT
License # 029243
PTA Signature:

Patient Signature:

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date:  08/08/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644

Insurance:  LIEN - PMR

N G A E N : 1229050

SUBJECTIVE: _____

OBJECTIVE: _____

ASSESSMENT: _____

PLAN:     [ ✓ ] Continue the POC     [  ] Modify the POC     Recommendations: _____

INTERVENTIONS GIVEN:

[ ✓ ] HMP/CP  x ____ mins on: _____

[ ✓ ] EMS:  cont / modulated / pulsed  x ____ mins on: _____

[  ] US: _____ Mhz  x _____ w/cm2  x _____ mins on: _____

[  ] Massage Therapy  x _____ mins on: _____

[  ] Paraffin Wax Bath:    Left  /   Right   hand  x _____ mins

[  ] Mech. Traction (  Intermittent  /  Static  ) Cervical / Lumbar Spine  x _____ hold  x _____ mins

[  ] Manual Therapy:  MFR  /  Joint Mobs  /  Soft-Tissue Mobs _____ x _____ mins

[ ✓ ] Therapeutic Exercises:  ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[  ] Therapeutic Activity: _____ x _____ mins

[  ] Neuromuscular Re-Education (  balance  /  proprioceptive  ) _____ x _____ mins

[  ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: ____ mins     TOTAL TREATMENT TIME: _____ mins

Salvador Ocampo, PT
License #: 029243
PTA Signature:

Patient Signature:

D T 2 D 7 F 8 E 8 7 - 4 0 D 7 - 4 2 D A - A B 0 6 - 0 2 3 4 8 2 6 0 B D F 8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date:  08/07/19
MRN:  25084
Onset Date: 05/08/19
Case #:  219644

Insurance:  LIEN - PMR

NGAEN : 1228302

SUBJECTIVE:  Pt - c/o pain on neck today.

OBJECTIVE: (+) tenderen on cs paraspinals.

ASSESSMENT: Pt. tolerated to well.

PLAN:   [✓] Continue the POC   [ ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[✓] HMP/CP x _15_ mins on: _____ CS

[✓] EMS: cont / modulated / pulsed x _14_ mins on: _CS_

[ ] US: ____ Mhz x _____ w/cm2 x _____ mins on: _____

[ ] Massage Therapy x _____ mins on: _____

[ ] Paraffin Wax Bath:   Left  /  Right   hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[✓] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _15_ mins          TOTAL TREATMENT TIME: _____ mins

PT Signature Orestes Germones, PT _M_

Lic. # 027942 NY

PTA Signature:

Patient Signature:

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date: 08/02/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644

Insurance: LIEN - PMR

N G A E N : 1 2 2 5 2 6 6

SUBJECTIVE: _Slyuallo poina OS_____

OBJECTIVE: _b(+) tenleuson O)_____

ASSESSMENT: _Aro-lly Mr_____

PLAN: [ / ] Continue the POC   [ ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[ / ] HMP/CP x __5__ mins on: _____ OS

[ / ] EMS: cont / modulated / pulsed x __10__ mins on: _____

[ / ] US: ____ Mhz x ____ w/cm2 x ____ mins on: _____

[ ] Massage Therapy x ____ mins on: _____

[ ] Paraffin Wax Bath:   Left  /  Right   hand x ____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x ____ hold x ____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x ____ mins

[ / ] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x ____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x ____ mins

[ ] Gait Training: _____ ____ mins

TOTAL TIME SPENT FOR EXERCISES: __5__ mins   TOTAL TREATMENT TIME: ____ mins

PT Signature:
Salvador Descamsan PT
License # _____
PTA Signature:

Patient Signature: _____

D T 2 D 7 F 8 E 8 7 - 4 0 D 7 - 4 2 D A - A B 0 6 - 0 2 3 4 8 2 6 0 B D F 8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date: 07/31/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644

Insurance: LIEN - PMR

NGAEN : 1224003

SUBJECTIVE: _Pt - c/o pain on neck today._

OBJECTIVE: _(+) tenderness on cs paraspinals._

ASSESSMENT: _Pt. tolerated tx well._

PLAN:   [✓] Continue the POC    [ ] Modify the POC    Recommendations: _____

INTERVENTIONS GIVEN:

[✓] HMP/CP  x _15_ mins on: _cs_

[✓] EMS: cont / modulated / pulsed x _15_ mins on: _cs_

[ ] US: _____ Mhz  x _____ w/cm2  x _____ mins on: _____

[ ] Massage Therapy x _____ mins on: _____

[ ] Paraffin Wax Bath:   Left  /  Right   hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[✓] Therapeutic Exercises: (ROM) / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _15_ mins        TOTAL TREATMENT TIME: _____ mins

PT Signature: Orestes Germones, PT
            Lic. # 027942 NY                Patient Signature:

PTA Signature:

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date: 07/26/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644

Insurance: LIEN - PMR

NGAEN : 1221055

SUBJECTIVE: _____

_____

OBJECTIVE: _____

ASSESSMENT: _____

PLAN: [ / ] Continue the POC   [ ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[ / ] HMP/CP x _15_ mins on: _c/s_

[ / ] EMS: cont / modulated / pulsed x _15_ mins on: _c/s_

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ ] Massage Therapy x _____ mins on: _____

[ ] Paraffin Wax Bath:   Left  /  Right   hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[ ] Therapeutic Exercises: ( ROM ) Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _15_ mins      TOTAL TREATMENT TIME: _____ mins

PT Signature: _____

Salvador Deocampo, PT
License # 029243

PTA Signature: _____

MARICHEL LUCERO, PTA
LIC. # 007470

Patient Signature: _____

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date: 07/25/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644

Insurance: LIEN - PMR



NGAEN : 1220242

SUBJECTIVE: _____

OBJECTIVE: _____

ASSESSMENT: _____

PLAN: [✓] Continue the POC  [ ] Modify the POC  Recommendations: _____

INTERVENTIONS GIVEN:

[✓] HMP/CP x ___ mins on: _____ CS

[✓] EMS; cont / modulated / pulsed x ___ mins on: _____

[ ] US: ___ Mhz x ___ w/cm2 x ___ mins on: _____

[ ] Massage Therapy x ___ mins on: _____

[ ] Paraffin Wax Bath:  Left  /  Right  hand x ___ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x ___ hold x ___ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x ___ mins

[✓] Therapeutic Exercises: ROM / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x ___ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x ___ mins

[ ] Gait Training: _____ x ___ mins

TOTAL TIME SPENT FOR EXERCISES: ___ mins    TOTAL TREATMENT TIME: ___ mins

PT Signature: Gemuel L. Gayas, PT

PTA Signature: ___ Lic # 020961 NY    Patient Signature: _____

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date: 07/24/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644

Insurance: LIEN - PMR

NGAEN : 1219331

SUBJECTIVE: _Pt - % pain on neck region._

OBJECTIVE: _(+) tenderness on cs paraspinals._

ASSESSMENT: _Pt oriented & well_

PLAN: [✓] Continue the POC  [ ] Modify the POC  Recommendations: _____

INTERVENTIONS GIVEN:

[✓] HMP/CP x _15_ mins on: _____ cs

[✓] EMS: cont / modulated / pulsed x _15_ mins on: _cs_

[ ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[ ] Massage Therapy x _____ mins on: _____

[ ] Paraffin Wax Bath: Left / Right hand x _____ mins

[ ] Mech. Traction ( Intermittent / Static ) Cervical / Lumbar Spine x _____ hold x _____ mins

[ ] Manual Therapy: MFR / Joint Mobs / Soft-Tissue Mobs _____ x _____ mins

[✓] Therapeutic Exercises: (ROM) / Flexibility / Strength / Endurance / Postural / Kinesthetic

[ ] Therapeutic Activity: _____ x _____ mins

[ ] Neuromuscular Re-Education ( balance / proprioceptive ) _____ x _____ mins

[ ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _15_ mins    TOTAL TREATMENT TIME: _____ mins

PT Signature **Orestes Germones, PT**

Lic. # 027942 NY

PTA Signature:

Patient Signature:



DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Date:  07/19/19
MRN: 25084
Onset Date: 05/08/19
Case #:  219644

Insurance:  LIEN - PMR

NGAEN : 1216597

SUBJECTIVE: _____ _Pleast  check  if  noted_

OBJECTIVE: _____

ASSESSMENT: _____ _Told p les_ _____

PLAN:  [ ✓ ] Continue the POC   [  ] Modify the POC   Recommendations: _____

INTERVENTIONS GIVEN:

[ ✓ ] HMP/CP  x  _45_ mins on: _____ _as_

[ ✓ ] EMS:  cont / modulated / pulsed  x  _15_  mins on: _____

[  ] US: _____ Mhz x _____ w/cm2 x _____ mins on: _____

[  ] Massage Therapy  x  _____  mins on: _____

[  ] Paraffin Wax Bath:   Left   /   Right   hand  x  _____  mins

[  ] Mech. Traction  (   Intermittent   /   Static   ) Cervical / Lumbar Spine  x  _____ hold x _____ mins

[  ] Manual Therapy:  MFR  /  Joint Mobs  /  Soft-Tissue Mobs  _____ x _____ mins

[  ] Therapeutic Exercises:  ROM  /  Flexibility  /  Strength  /  Endurance  /  Postural  /  Kinesthetic

[  ] Therapeutic Activity: _____ x _____ mins

[  ] Neuromuscular Re-Education ( balance  /  proprioceptive ) _____ x _____ mins

[  ] Gait Training: _____ x _____ mins

TOTAL TIME SPENT FOR EXERCISES: _____ mins    TOTAL TREATMENT TIME: _____ mins

PT Signature: _____

Salvador Deocampo, PT
PTA Signature/License # 029243

Patient Signature: _____

DT2D7F8E87-40D7-42DA-AB06-02348260BDF8

Angelis, Ponpilio
PMR Of NY N Bronx
3815 Putnam Avenue
Bronx, NY 10463-2442
(718) 549-7260

Physician:   Almentero MD, Felix

Date:  07/19/19
MRN: 25084
Onset Date: 05/08/19
Case #: 219644



N G A E N : 1 2 1 6 5 9 7

## INITIAL EVALUATION

_c/s_

Patient is a 55 yrs. old,  M, who was involved in a _Bx TE park_  last  05/08/19 ; PMHx: _ho undS_

Physical Therapy Evaluation:

Pain Scale:   0   1   2   3   4   5   6   7  ⑧  9   10

Subjective Findings: C/C
✓ Cervical Pain ___ R/L Shoulder Pain ___ R/L Hip Pain
___ Low Back Pain ___ R/L Elbow Pain ___ R/L Knee Pain
___ Upper Traps Pain ___ R/L Wrist Pain/Hand Pain ___ R/L Ankle Pain
___ Mid Back Pain ___ R/L Arm/FA Pain ___ R/L Foot Pain

Type of Pain:  constant / intermittent / sharp / deep, boring / throbbing, burning / localized / radiating

Palpation:   (+) tenderness on: _el cuadd l en as_
(+) ms. spasms/guarding on: _el os  as  upol lnstn  (paraspinds)_
(+) crepitus on: _c9 ec  C5_
(+) swelling on: _c5_
other: _el cutolas gain_

ROM: _upom  ↓c  fo pain_
MMT: _puns  cypex  can  potes_
Mobility/ ADL Status: _↓ pAIN ON  EPL_
Transfers/Gait: _↓ PAIN  ON  ambluapril_

Short Term Goals:
✓ 1. Decrease pain level from grade _____ to _____.
✓ 2. Decrease muscle spasm and muscle tightness.
✓ 3. Improve range of motion and muscle strength.
✓ 4. Resolve tenderness.

Long Term Goals:
✓ 1. Resolve pain and regain prior level of functional endurance.
✓ 2. Understand the residual effects of the accident and know the proper body mechanics of the condition.
✓ 3. Functional return to work.

Physical Therapy TX Plan: _famp/Es ; varius & specific  exemse ;_
_Aquive  exepcise_

Precautions to TX ( ) pregnancy; ( ) diabetes; ( ) HTN; ( ) risk of falls; ( ) pacemakers/implants; ( ) CA/HIV

PT Initial: Salvador Deocampo, PT
License # 029243          Patient's Signature

D T 2 D 7 F 8 E 8 7 - 4 0 D 7 - 4 2 D A - A B 0 6 - 0 2 3 4 8 2 6 0 B D F 8

Cedo
(Kendall)

**Chart Notes**

**Pompilio Angelis**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

| Patient: | Angelis, Pompilio Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | Self Pay | Pol # | | Insured | SELF PAY |

| Date | 05/16/2019 |
|---|---|
| Provider | Richard Yoham DC CH-7892 |

**Subjective:**
Pompilio Angelis presented himself to the office today complaining of pain in the (HA) headache, (CS) cervical spine and (UTS) upper thoracic spine.
The patient quantified his overall pain intensity as a 7, based on a zero through ten visual analog scale since the last evaluation.

**Objective:**
Objective findings are listed in the narrative report including the initial, follow up and final report when applicable.

**Assessment:**
Therapeutic Assessment:
-Mr. Angelis was able to tolerate today's treatment well. He has continued to progress and will continued the plan of care.

**Plan:**
The following therapies were performed by M. Torres Diaz, LMT, MA 60408.
- (Bike Up) Active therapeutic exercise was performed on the upper extremities in a group setting utilizing a Schwinn stationary bicycle with motion resistant levers.
- (NMR Vibe)Neuromuscular re-education was performed in the cervical spine and thoracic spine region(s) by utilizing a medical grade motorized three plane vibration device for 13-15 minutes.
- (IST) Intersegmental traction was performed to cervical and thoracic regions of the spine.

The following therapies were performed by O. Ceballos, LMT, MA 73466.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine and thoracic spine.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine and thoracic spine.
- (U/S) Therapeutic ultrasound was applied over the following areas: cervical spine region for a duration of 13-15 minutes.
-(Mass) Massage therapy was performed over the cervical spine and thoracic spine region(s) for 8-10 minutes.
- (CMT 1-2) Chiropractic manipulative treatment was performed on the spine to the upper cervical, mid cervical, lower cervical, upper thoracic, mid thoracic and lower thoracic regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician).

**Chart Notes**

**Pompilio Angelis**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

| Patient: | Angelis, Pompilio Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | Self Pay | Pol # | | Insured | SELF PAY |

| Date | 05/16/2019 | |
|---|---|---|
| Provider | Richard Yoham DC CH-7892 | *** continued from previous page *** |
| Diagnosis | S13.4XXA: Sprain of ligaments of cervical spine, initial encounter | |
| | S16.1XXA: Strain of muscle, fascia and tendon at neck level, init | |
| | S14.2XXA: Injury of nerve root of cervical spine, initial encounter | |
| | M54.2: Cervicalgia | |
| | M62.838: Other muscle spasm | |
| | M99.01: Segmental and somatic dysfunction of cervical region | |
| | M54.6: Pain in thoracic spine | |
| | M62.830: Muscle spasm of back | |
| | M99.02: Segmental and somatic dysfunction of thoracic region | |
| | R51: Headache | |
| | F07.81: Postconcussional syndrome | |
| | M53.0: Cervicocranial syndrome | |
| | R42: Dizziness and giddiness | |
| | F41.9: Anxiety disorder, unspecified | |
| | G47.00: Insomnia, unspecified | |

Electronically Signed

Richard Yoham DC CH-7892 05/17/2019 06:52 PM



**Chart Notes**

**Pompilio Angelis**

CEDA Orthopedics & Interventional of
Cutler Bay | 84th Street, Cutler bay, FL
33157

Phone: (305) 363-1366
Fax:

| Patient: | Angelis, Pompilio Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/15/2019 |
|---|---|
| Provider | Eric Reese CH7421 |

**Subjective:**
Pompilio Angelis presented himself to the office today complaining of pain in the (CS) cervical spine and (UTS) upper thoracic spine.
The patient quantified his overall pain intensity as a 4, based on a zero through ten visual analog scale since the last evaluation.

**Objective:**
Objective findings are listed in the narrative report including the initial, follow up and final report when applicable.

**Assessment:**
Therapeutic Assessment:
-Mr. Angelis was able to tolerate today's treatment well. He has continued to progress and will continued the plan of care.

**Plan:**
The following therapies were performed by M. Pascucci, LMT, MA 60408 and RCA 9941.
-(Erg. Up) Active therapeutic exercise was performed on the upper extremities in a group setting utilizing the SciFit ergometer.
- (NMR Vibe)Neuromuscular re-education was performed in the cervical spine and thoracic spine region(s) by utilizing a medical grade motorized three plane vibration device for 13-15 minutes.
- (IST) Intersegmental traction was performed to cervical and thoracic regions of the spine.

The following therapies were performed by G. Acosta, RCA 18187.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine and thoracic spine.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine and thoracic spine.
- (U/S) Therapeutic ultrasound was applied over the following areas: thoracic spine region for a duration of 13-15 minutes.
- (CMT 1-2) Chiropractic manipulative treatment was performed on the spine to the mid cervical, lower cervical and upper thoracic regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician).
-(Mass) Massage therapy was performed over the cervical spine region(s) for 8-10 minutes.

**Chart Notes**

**Pompilio Angelis**

CEDA Orthopedics & Interventional of
11880 SW 184th Street,Cutler bay, FL
33157

Phone: (305) 363-1366
Fax:

| Patient: | Angelis, Pompilio Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/15/2019 | |
|---|---|---|
| Provider | Eric Reese CH7421 | *** continued from previous page *** |
| Diagnosis | S13.4XXA: Sprain of ligaments of cervical spine, initial encounter | |
| | S16.1XXA: Strain of muscle, fascia and tendon at neck level, init | |
| | S14.2XXA: Injury of nerve root of cervical spine, initial encounter | |
| | M54.2: Cervicalgia | |
| | M62.838: Other muscle spasm | |
| | M99.01: Segmental and somatic dysfunction of cervical region | |
| | M54.6: Pain in thoracic spine | |
| | M62.830: Muscle spasm of back | |
| | M99.02: Segmental and somatic dysfunction of thoracic region | |
| | R51: Headache | |
| | F07.81: Postconcussional syndrome | |
| | M53.0: Cervicocranial syndrome | |
| | R42: Dizziness and giddiness | |
| | F41.9: Anxiety disorder, unspecified | |
| | G47.00: Insomnia, unspecified | |

Electronically Signed

Eric Reese CH7421 05/16/2019 05:21 PM

**Chart Notes**

**Pompilio Angelis**

CEDA Orthopedics & Interventional of
10001 SW 184th Street,Cutler bay, FL
33157

Phone: (305) 363-1366
Fax:

| Patient: | Angelis, Pompilio Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/17/2019 |
|---|---|
| Provider | Eric Reese CH7421 |

**Subjective:**
Pompilio Angelis presented himself to the office today complaining of pain in the (CS) cervical spine and (UTS) upper thoracic spine.
The patient quantified his overall pain intensity as a 5, based on a zero through ten visual analog scale since the last evaluation.

**Objective:**
Objective findings are listed in the narrative report including the initial, follow up and final report when applicable.

**Assessment:**
Therapeutic Assessment:
-Mr. Angelis was able to tolerate today's treatment well. He has continued to progress and will continued the plan of care.

**Plan:**
The following therapies were performed by M. Pascucci, LMT, MA 60408 and RCA 9941.
- (Stepper SciFit) Active therapeutic exercise was performed in the upper and lower extremities by utilizing a SciFit recumbent stepper.
- (IST) Intersegmental traction was performed to cervical and thoracic regions of the spine.
- (NMR Vibe)Neuromuscular re-education was performed in the cervical spine and thoracic spine region(s) by utilizing a medical grade motorized three plane vibration device for 13-15 minutes.

The following therapies were performed by C. A. Aguiar, LMT, MA 41689.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine and thoracic spine.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine and thoracic spine.
- (U/S) Therapeutic ultrasound was applied over the following areas: cervical spine region for a duration of 13-15 minutes.
- (CMT 1-2) Chiropractic manipulative treatment was performed on the spine to the mid cervical, lower cervical and upper thoracic regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician).
-(Mass) Massage therapy was performed over the cervical spine and thoracic spine region(s) for 8-10 minutes.

**Chart Notes**

**Pompilio Angelis**

CEDA Orthopedics & Interventional of
Cutler Bay, 10481 SW 184th Street, Cutler bay, FL.
33157

Phone: (305) 363-1366
Fax:

---

| Patient: | Angelis, Pompilio Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/17/2019 |
|---|---|

| Provider | Eric Reese CH7421 | *** continued from previous page *** |
|---|---|---|

Diagnosis   S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.2: Cervicalgia
M62.838: Other muscle spasm
M99.01: Segmental and somatic dysfunction of cervical region
M54.6: Pain in thoracic spine
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
R51: Headache
F07.81: Postconcussional syndrome
M53.0: Cervicocranial syndrome
R42: Dizziness and giddiness
F41.9: Anxiety disorder, unspecified
G47.00: Insomnia, unspecified

Electronically Signed

Eric Reese CH7421 05/18/2019 11:45 AM

---

**Chart Notes**

**Pompilio Angelis**

CEDA Orthopedics & Interventional of
Cutler Bay 18441 84th Street, Cutler bay, FL
33157

Phone: (305) 363-1366
Fax:

| Patient: | Angelis, Pompilio Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/20/2019 |
|---|---|
| Provider | Eric Reese CH7421 |

**Subjective:**
Pompilio Angelis presented himself to the office today complaining of pain in the (HA) headache, (CS) cervical spine and (UTS) upper thoracic spine.
The patient quantified his overall pain intensity as a 4, based on a zero through ten visual analog scale since the last evaluation.

**Objective:**
Objective findings are listed in the narrative report including the initial, follow up and final report when applicable.

**Assessment:**
Therapeutic Assessment:
-Mr. Angelis was able to tolerate today's treatment well. He has continued to progress and will continued the plan of care.

**Plan:**
The following therapies were performed by C. A. Aguiar, LMT, MA 41689.
- (Stepper SciFit) Active therapeutic exercise was performed in the upper and lower extremities by utilizing a SciFit recumbent stepper.
- (NMR Vibe)Neuromuscular re-education was performed in the cervical spine and thoracic spine region(s) by utilizing a medical grade motorized three plane vibration device for 13-15 minutes.
- (IST) Intersegmental traction was performed to cervical and thoracic regions of the spine.

The following therapies were performed by M. Pascucci, LMT, MA 60408 and RCA 9941.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine and thoracic spine.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine and thoracic spine.
- (U/S) Therapeutic ultrasound was applied over the following areas: cervical spine region for a duration of 13-15 minutes.
-(Mass) Massage therapy was performed over the cervical spine and thoracic spine region(s) for 8-10 minutes.
- (CMT 1-2) Chiropractic manipulative treatment was performed on the spine to the mid cervical, lower cervical and upper thoracic regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician).

**Chart Notes**

**Pompilio Angelis**

CEDA Orthopedics & Interventional of
Cutler Bay 184th Street, Cutler bay, FL
33157

Phone: (305) 363-1366
Fax:

| Patient: | Angelis, Pompilio Ramon | DOB: | 06/10/1964 | | |
|----------|------------------------|------|-----------|---|---|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/20/2019 | |
|------|-----------|---|
| Provider | Eric Reese CH7421 | *** continued from previous page *** |

Diagnosis   S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.2: Cervicalgia
M62.838: Other muscle spasm
M99.01: Segmental and somatic dysfunction of cervical region
M54.6: Pain in thoracic spine
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
R51: Headache
F07.81: Postconcussional syndrome
M53.0: Cervicocranial syndrome
R42: Dizziness and giddiness
F41.9: Anxiety disorder, unspecified
G47.00: Insomnia, unspecified

Electronically Signed

Eric Reese CH7421 05/21/2019 04:26 PM

**Chart Notes**

**Pompilio Angelis**

CEDA Orthopedics & Interventional of
0185+ SW/184th Street,Cutler bay, FL
33157

Phone: (305) 363-1366
Fax:

| Patient: | Angelis, Pompilio Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/21/2019 |
|---|---|
| Provider | Eric Reese CH7421 |

**Subjective:**
Pompilio Angelis presented himself to the office today complaining of pain in the (CS) cervical spine and (UTS) upper thoracic spine.
The patient quantified his overall pain intensity as a 5, based on a zero through ten visual analog scale since the last evaluation.

**Objective:**
Objective findings are listed in the narrative report including the initial, follow up and final report when applicable.

**Assessment:**
Therapeutic Assessment:
-Mr. Angelis was able to tolerate today's treatment well. He has continued to progress and will continued the plan of care.

**Plan:**
The following therapies were performed by M. Pascucci, LMT, MA 60408 and RCA 9941.
- (Stepper SciFit) Active therapeutic exercise was performed in the upper and lower extremities by utilizing a SciFit recumbent stepper.
- (IST) Intersegmental traction was performed to cervical and thoracic regions of the spine.
- (NMR Vibe)Neuromuscular re-education was performed in the cervical spine and thoracic spine region(s) by utilizing a medical grade motorized three plane vibration device for 13-15 minutes.

The following therapies were performed by G. Acosta, RCA 18187.
-(Mass) Massage therapy was performed over the cervical spine and thoracic spine region(s) for 8-10 minutes.
- (CMT 1-2) Chiropractic manipulative treatment was performed on the spine to the mid cervical, lower cervical and upper thoracic regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician).

**Chart Notes**

**Pompilio Angelis**

CEDA Orthopedics & Interventional of
10601 SW 184th Street,Cutler bay, FL
33157

Phone: (305) 363-1366
Fax:

| Patient: | Angelis, Pompilio Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/21/2019 |
|---|---|

| Provider | Eric Reese CH7421 | *** continued from previous page *** |
|---|---|---|

Diagnosis
S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.2: Cervicalgia
M62.838: Other muscle spasm
M99.01: Segmental and somatic dysfunction of cervical region
M54.6: Pain in thoracic spine
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
R51: Headache
F07.81: Postconcussional syndrome
M53.0: Cervicocranial syndrome
R42: Dizziness and giddiness
F41.9: Anxiety disorder, unspecified
G47.00: Insomnia, unspecified

Electronically Signed

Eric Reese CH7421 05/22/2019 11:17 AM

## Chart Notes

**Pompilio Angelis**

CEDA Orthopedics & Interventional of
10820 SW 184th Street, Cutler bay, FL
33157

Phone: (305) 363-1366
Fax:

| Patient: | Angelis, Pompilio Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/22/2019 |
|---|---|
| Provider | Eric Reese CH7421 |

**Subjective:**
Pompilio Angelis presented himself to the office today complaining of pain in the (HA) headache, (CS) cervical spine and (UTS) upper thoracic spine.
The patient quantified his overall pain intensity as a 5, based on a zero through ten visual analog scale since the last evaluation.

**Objective:**
Objective findings are listed in the narrative report including the initial, follow up and final report when applicable.

**Assessment:**
Therapeutic Assessment:
-Mr. Angelis was able to tolerate today's treatment well. He has continued to progress and will continued the plan of care.

**Plan:**
The following therapies were performed by C. A. Aguiar, LMT, MA 41689.
- (Stepper SciFit) Active therapeutic exercise was performed in the upper and lower extremities by utilizing a SciFit recumbent stepper.
- (NMR Vibe)Neuromuscular re-education was performed in the cervical spine and thoracic spine region(s) by utilizing a medical grade motorized three plane vibration device for 13-15 minutes.
- (IST) Intersegmental traction was performed to cervical and thoracic regions of the spine.

The following therapies were performed by G. Acosta, RCA 18187.
-(Mass) Massage therapy was performed over the cervical spine and thoracic spine region(s) for 8-10 minutes.
- (CMT 1-2) Chiropractic manipulative treatment was performed on the spine to the mid cervical, lower cervical and upper thoracic regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician).

**Chart Notes**

**Pompilio Angelis**

CEDA Orthopedics & Interventional of
CBRK 84/184th Street,Cutler bay, FL
33157

Phone: (305) 363-1366
Fax:

| Patient: | Angelis, Pompilio Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/22/2019 |
|---|---|

| Provider | Eric Reese CH7421 | *** continued from previous page *** |
|---|---|---|

Diagnosis   S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.2: Cervicalgia
M62.838: Other muscle spasm
M99.01: Segmental and somatic dysfunction of cervical region
M54.6: Pain in thoracic spine
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
R51: Headache
F07.81: Postconcussional syndrome
M53.0: Cervicocranial syndrome
R42: Dizziness and giddiness
F41.9: Anxiety disorder, unspecified
G47.00: Insomnia, unspecified

Electronically Signed

Eric Reese CH7421 05/23/2019 03:38 PM

**Chart Notes**

**Pompilio Angelis**

CEDA Orthopedics & Interventional of
Cutler Bay, 18414 84th Street, Cutler bay, FL
33157

Phone: (305) 363-1366
Fax:

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | **Angelis, Pompilio Ramon** | **DOB:** 06/10/1964 | | | |
| **Ins Co** SELF PAY | | **Pol #** | | **Insured** | **SELF PAY** |

**Date** 05/23/2019

**Provider** Eric Reese CH7421

**Subjective:**
Pompilio Angelis presented himself to the office today complaining of pain in the (CS) cervical spine and (UTS) upper thoracic spine.
The patient quantified his overall pain intensity as a 5, based on a zero through ten visual analog scale since the last evaluation.

**Objective:**
Objective findings are listed in the narrative report including the initial, follow up and final report when applicable.

**Assessment:**
Therapeutic Assessment:
-Mr. Angelis was able to tolerate today's treatment well. He has continued to progress and will continued the plan of care.

**Plan:**
The following therapies were performed by M. Pascucci, LMT, MA 60408 and RCA 9941.
- (Stepper SciFit) Active therapeutic exercise was performed in the upper and lower extremities by utilizing a SciFit recumbent stepper.
- (IST) Intersegmental traction was performed to cervical and thoracic regions of the spine.
- (NMR Vibe)Neuromuscular re-education was performed in the cervical spine and thoracic spine region(s) by utilizing a medical grade motorized three plane vibration device for 13-15 minutes.

The following therapies were performed by C. A. Aguiar, LMT, MA 41689.
-(Mass) Massage therapy was performed over the cervical spine and thoracic spine region(s) for 8-10 minutes.
- (CMT 1-2) Chiropractic manipulative treatment was performed on the spine to the mid cervical, lower cervical and upper thoracic regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician).

**Chart Notes**

**Pompilio Angelis**

CEDA Orthopedics & Interventional of
10875 SW 184th Street,Cutler bay, FL
33157

Phone: (305) 363-1366
Fax:

| Patient: | Angelis, Pompilio Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/23/2019 |
|---|---|

| Provider | Eric Reese CH7421 | *** continued from previous page *** |
|---|---|---|
| Diagnosis | S13.4XXA: Sprain of ligaments of cervical spine, initial encounter | |

S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.2: Cervicalgia
M62.838: Other muscle spasm
M99.01: Segmental and somatic dysfunction of cervical region
M54.6: Pain in thoracic spine
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
R51: Headache
F07.81: Postconcussional syndrome
M53.0: Cervicocranial syndrome
R42: Dizziness and giddiness
F41.9: Anxiety disorder, unspecified
G47.00: Insomnia, unspecified

Electronically Signed

Eric Reese CH7421 05/24/2019 11:08 AM

**Chart Notes**

**Pompilio Angelis**

CEDA Orthopedics & Interventional of
Cutler Bay / 18441 SW 184th Street, Cutler bay, FL
33157

Phone: (305) 363-1366
Fax:

| Patient: | Angelis, Pompilio Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/24/2019 |
|---|---|
| Provider | Eric Reese CH7421 |

**Subjective:**
Pompilio Angelis presented himself to the office today complaining of pain in the (HA) headache, (CS) cervical spine and (UTS) upper thoracic spine.
The patient quantified his overall pain intensity as a 10, based on a zero through ten visual analog scale since the last evaluation.

**Objective:**
Objective findings are listed in the narrative report including the initial, follow up and final report when applicable.

**Assessment:**
Therapeutic Assessment:
-Mr. Angelis was able to tolerate today's treatment well. He has continued to progress and will continued the plan of care.

**Plan:**
The following therapies were performed by C. A. Aguiar, LMT, MA 41689.
- (Stepper SciFit) Active therapeutic exercise was performed in the upper and lower extremities by utilizing a SciFit recumbent stepper.
- (NMR Vibe)Neuromuscular re-education was performed in the cervical spine and thoracic spine region(s) by utilizing a medical grade motorized three plane vibration device for 13-15 minutes.
- (IST) Intersegmental traction was performed to cervical and thoracic regions of the spine.
-(Mass) Massage therapy was performed over the cervical spine and thoracic spine region(s) for 8-10 minutes.
- (CMT 1-2) Chiropractic manipulative treatment was performed on the spine to the mid cervical, lower cervical and upper thoracic regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician).

**Chart Notes**

**Pompilio Angelis**

CEDA Orthopedics & Interventional of
10001 SW 184th Street, Cutler bay, FL
33157

Phone: (305) 363-1366
Fax:

| Patient: | Angelis, Pompilio Ramon | DOB: | 06/10/1964 | | |
|----------|--------------------------|------|------------|------|----------|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/24/2019 | |
|------|------------|---|

| Provider | Eric Reese CH7421 | *** continued from previous page *** |
|----------|-------------------|--------------------------------------|

Diagnosis   S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.2: Cervicalgia
M62.838: Other muscle spasm
M99.01: Segmental and somatic dysfunction of cervical region
M54.6: Pain in thoracic spine
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
R51: Headache
F07.81: Postconcussional syndrome
M53.0: Cervicocranial syndrome
R42: Dizziness and giddiness
F41.9: Anxiety disorder, unspecified
G47.00: Insomnia, unspecified

Electronically Signed

Eric Reese CH7421 05/25/2019 11:09 AM



**Chart Notes**

**Pompilo Angelis**

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | Angelis, Pompilo Ramon | DOB: 06/10/1964 | | |
|---|---|---|---|---|
| Ins Co | SELF PAY | Pol # | Insured | SELF PAY |

| Date | 05/10/2019 |
|---|---|
| Provider | John P. Ross, DC CH12227 |

**Subjective:**
INITIAL NARRATIVE REPORT:

Vital Signs:
Height: 6'00"
Weight: 204lbs
BP: 125/87
Pulse: 80BPM
Temperature: 99 F
RR: 12/MIN

HISTORY:
Pompilo Angelis presented himself to the office today for consultation and examination due to a(n) assault which occurred on 05/08/2019. He recalls that the onset of his symptoms presented immediately after the accident occurred. The patient was at Burger King and one of the employes hit him on his head while he was sitting at his computer.

PAST MEDICAL HISTORY AND REVIEW OF SYSTEMS:
Kidney stones, eye disease or injury, wears glasses and frequent urination.

REVIEW OF SYSTEMS:

General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper respiratory tract infections.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.
Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures.  Please refer to the physical exam for additional detail.
Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.
Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or memory.

*all systems inquiries above are normal unless specified below
Abnormal Findings:
-The following systems inquiries are positive:weakness of muscles/joints, dizziness, headaches, head injury and nervousness.

HISTORY OF SURGERIES:
Nose surgery 20 years ago.

ALLERGIES:
He reports that he has an allergy to cats.

CURRENT MEDICATIONS:

**Chart Notes**

**Pompilo Angelis**

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

| | | | | |
|---|---|---|---|---|
| **Patient:** Angelis, Pompilo Ramon | | **DOB:** 06/10/1964 | | |
| **Ins Co** SELF PAY | | **Pol #** | **Insured** | **SELF PAY** |

| | |
|---|---|
| **Date** 05/10/2019 | |
| **Provider** John P. Ross, DC CH12227 | *** *continued from previous page* *** |

Mr. Angelis states that he has been taking multivitamins.

FAMILY AND SOCIAL HISTORY:
Pompilo stated that he has a family history of non-contributory which may or may not be a contributing factor in his condition. He reports that he socially consumes alcoholic beverages. He never smokes and reports that he occasionally exercises.

OCCUPATIONAL HISTORY:
Pompilo is self employed, music producer. His occupational duties include but are not limited to prolonged sitting. As a result of the accident Mr. Angelis has missed 2 day(s) of work.

CHIEF COMPLAINT:
Mr.Pompilo Angelis presented himself to my office today complaining of the following symptoms:
Constant (HA) frontal, right parietal and occipital headache pain with qualities described as dull.
Constant (CS) cervical spine pain with qualities described as stiffnees, slight pain to the right side .
Constant (UTS) upper thoracic spine pain with qualities described as throbbing, aching and discomfort.

DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:
-(DUD/ADL) Mr. Angelis reported  that, since the 05/08/2019 accident, he experiences exacerbating pain when attempting to perform the following duties under duress/activities of daily living: working, thinking, sleeping, lying down and with concentration due to memory loss.
He reports that NSAIDs help to mitigate his symptoms.

VISUAL ANALOG SCALE:
The patient quantified his pain intensity at 5, based on a zero through ten visual analog scale.

GAP IN TREATMENT:
Pompilo has been self treating since the injury as listed in the mitigating factors, however his symptoms have persisted and has prompted him to seek care.

**Objective:**
EXAMINATION:
Pompilo Angelis is a(n) 54 year old, right hand dominant Male. He was born 06/10/1964. Today Pompilo would be described as mentally alert. Auscultation of the heart, lungs and abdomen were within normal limits. Motor eye movements were within normal limits. Pupillary reflex was symmetrical and intact. Cranial nerves 1-12 testing revealed no compromised function and were within normal limits.

PALPATION FINDINGS:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C3, C4, C5, C6, C7, T1, T2, T3, T4 and T5.

ORTHOPEDIC TESTS:
Cervical Spine Exam:
+(Jacs) Jackson's cervical compression test was positive on the right for radicular pain. This test is indicative of cervical nerve root compression lesions, when positive.
+(Sh Dep) Shoulder Depressor test was positive on the right. This test is indicative of nerve root lesions, specifically to the dural sleeves when positive.
+(O'Don) O'Donoghue's Maneuver was positive on the right. This test is indicative of a sprain/strain injury to the cervical spine, when positive.

**Chart Notes**

**Pompilo Angelis**

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | Angelis, Pompilo Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/10/2019 | |
|---|---|---|
| Provider | John P. Ross, DC CH12227 | *** continued from previous page *** |

-(Neg C/S Ortho)The following cervical orthopedic tests performed were negative; cervical distraction, Soto-hall, cervical compression and Slump's test.

Thoracic Spine Exam:
+(Kemp's T/S) Kemp's test was positive in the lower thoracic spine. This test is indicative of a spinal nerve root lesion and or facet capsule imbrication.
-(NEG T/S Orthos)Negative Orthopedic Tests of T/S: Schepelmann's.

Vascular / TOS:
-The following orthopedic test for vascular test was negative: George's.

POSTURE ANALYSIS:
-Posture analysis revealed the following: pelvis is high on the right, no head tilt and even shoulders.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception: Leg Length Discrepancy on the right.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Balance Test, Alternating Hand Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper and lower extremities revealed no sensory defecits or hypersensativity and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

**Assessment:**
PROGNOSIS:
The prognosis for Mr. Angelis is fair based on the objective findings supported by the Norris and Watt Protocols.

CLINICAL IMPRESSION:
See below.

RADIOLOGY REPORT:

Cervical Findings:
-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are decreased at the following levels: C3-C4 and C4-C5.
-Jackson's angle is decreased.
-The pedicles in the cervical spine are present.
-C7 Transverse processes are normal.

Therapeutic Assessment:
-Mr. Angelis was able to tolerate today's treatment well. He has continued to progress and will continued the plan of

**Chart Notes**

**Pompilo Angelis**

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | Angelis, Pompilo Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/10/2019 | |
|---|---|---|
| Provider | John P. Ross, DC CH12227 | *** continued from previous page *** |

care.

**Plan:**
DISPOSITION:
The above impression was discussed with the patient at length using appropriate diagrams to demonstrate the perceived pathology. All treatment modalities were discussed at length. The patient indicated understanding of these procedures and after consent of the patient, the treatment plan as outlined below was initiated.

TREATMENT PLAN:
I have recommended that Pompilo should begin an initial program of care consisting of 3 - 5 visits per week for two weeks , as tolerated by the patient, followed by continued active care with the goal of returning him to pre-injury status or maximum functional capacity status. The need for ongoing care will be determined via outcomes assessment procedures and clinical evaluations. Outcomes assessment procedures are performed during re-examinations to determine if the patient is getting better, worse or unchanged. The types of outcomes assessment procedures utilized in our office include but are not limited to: neurological and orthopedic testing, comparative muscle testing, balance and proprioception testing, leg length discrepancy resolution, etc. The recommended treatment modalities as directed by the chiropractic physician may include but are not limited to: Cryotherapy (Cryo), hydrocollator therapy (Hydroc), electric muscle stimulation(EMS), therapeutic ultrasound (U/S), therapeutic exercises (Exer)passive and active, intersegmental mechanical traction (IST), spinal decompression traction (Decomp), chiropractic manipulative treatment (CMT), neuromuscular re-education (NMR), trigger point therapy (TP), massage (Mass), myofascial release (Myofasc), paraffin (Par), joint mobilization procedures (JMP), etc.

DIAGNOSTIC STUDIES:
At this time I am recommending a(n) MRI of the cervical spine to rule out herniated nucleus pulposus.
At this time I am recommending a(n) MRI of the brain to rule out traumatic head injury.

REFERRAL:
I also have instructed Mr. Angelis to follow up with a advanced registered nurse practitioner, orthopedic spine surgeon and neurologist for further evaluation and treatment.

RECOMMENDATIONS:
Mr. Angelis should: avoid heavy lifting, bend only at the knees, do not lift anything heavier than 15 lbs, limit overhead lifting to 10 lbs, take warm bath for at least 20 minutes daily and place ice pack on affected area when necessary.

TREATMENT GOALS:
- Increase functional capacity.
- Return to normal ADL's.
- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Neuromuscular facilitation.
- Inhibit tight muscles.
- Facilitate weak muscles.
- Attain maximum medical improvement status.

SUPPLIES:
- (Gel Pack) Cold packs were prescribed to reduce swelling and discomfort in the affected area.

HOME EXERCISE:
Mr. Angelis has been instructed to perform subtle stretching and range of motion exercises as tolerated to speed healing.

**Chart Notes**

**Pompilo Angelis**

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | Angelis, Pompilo Ramon | DOB: | 06/10/1964 | | |
|---|---|---|---|---|---|
| Ins Co | SELF PAY | Pol # | | Insured | SELF PAY |

| Date | 05/10/2019 | |
|---|---|---|
| Provider | John P. Ross, DC CH12227 | *** *continued from previous page* *** |

RADIOLOGY:
The following X-Rays were performed by Belkis R. Formoso, BMO 52550. The x-rays were ordered to rule out fractures and/or gross osteopathology:
-(APLatC/S) cervical AP and lateral

The following therapies were performed by Y. Gomez, LMT 84389.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine and thoracic spine.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine and thoracic spine.
- (U/S) Therapeutic ultrasound was applied over the following areas: cervical spine regions for 13-15 minutes.
- (TP)Trigger point therapy was performed over active trigger point sights along the cervical spine and thoracic spine regions for 13-15 minutes.

MB

**Diagnosis**    S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.2: Cervicalgia
M62.838: Other muscle spasm
M99.01: Segmental and somatic dysfunction of cervical region
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
M54.6: Pain in thoracic spine
R51: Headache
F07.81: Postconcussional syndrome
Y04.8XXA: Assault by other Bodily force, initial encounter

Electronically Signed    *John P. Ross DC*

John P. Ross, DC CH12227 05/15/2019 10:03 AM

Lenox
Hill

LENOX HILL AT 410 EAST 189TH STREET

Patient Name: POMPILIO ANGELIS
Birth Date: 06/10/1964

Referring Doctor: KWAN, PETER C
Reading Doctor: LAWLER, GREGORY
Visit No.: 1009832209
Order No.: 1012751589
Exam Date: 08/14/2019 19:07:36
Exam 70551 - MRI BRAIN WITHOUT CONTRAST WITH DTI
================================================================

BISN ID: 42474881
Patient Type: O
Claim Number: lien

MRN : 8896593R

Performed at : Lenox Hill Radiology FORDHAM
410 East 189th St
Bronx, NY 10458

EXAM: MRI BRAIN WITHOUT CONTRAST WITH DTI

HISTORY: 35-year-old male. Trauma 2 months prior. Post medical headaches dizziness and memory loss

TECHNIQUE: Multiplanar multisequence high-field MR imaging of the brain was performed including DW imaging. Also, diffusion tensor imaging (DTI) was performed. Fractional anisotropy (FA) maps and 3-D tractography maps were reformatted from the original data set on an independent 3-D workstation utilizing specialized software.

COMPARISON: None

FINDINGS:

There is no acute intracranial hemorrhage, hydrocephalus, midline shift, or abnormal extra-axial blood collections. Gradient-echo images of the brain demonstrate no foci of blood-product deposition within the brain parenchyma

DW images the brain demonstrate no evidence for acute or subacute ischemia/infarction. There is no focal restricted diffusion

For the patient's age, there is no evidence for focal or generalized brain atrophy

The white matter is normal in signal intensity. There is a normal appearance of the gray-white matter junction. There is no focal white matter abnormality on T1 or T2-weighted imaging sequences.

DTI maps demonstrate no asymmetric foci of decreased FA values. 3-D tractography maps are symmetrical in appearance

The craniocervical junction, upper cervical spinal cord, corpus callosum and pituitary gland are normal in appearance.

There is mild thickening of the ethmoid sinus mucosa. There is no evidence for acute sinusitis or middle ear

There is normal flow void in the basilar artery. There is normal flow void in the cavernous and supraclinoid segments of the internal carotid arteries bilaterally.

Visualized portions of the orbits are symmetrical. There is no exophthalmos.

IMPRESSION:

1. No acute or chronic intracranial abnormality.
2. Unremarkable DTI maps.

Recommend clinical correlation and correlation with additional testing for mild TBI

Lawler Gregory
Electronically Signed: 08/19/2019 15:48:25

**CT Corporation**

**Service of Process
Transmittal**
06/15/2020
CT Log Number 537791581

**TO:**   Sharalea Andrade
BURGER KING CORPORATION
5507 BLUE LAGOON DR
MIAMI, FL 33126-2029

**RE:**   **Process Served in Florida**

**FOR:**   Burger King Corporation  (Domestic State: FL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Pompilio Ramon Angelis, Pltf. vs. Burger King Corporation, Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2020012173CA06 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/15/2020 at 15:24 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/15/2020, Expected Purge Date: 06/20/2020 |
| | Image SOP |
| | Email Notification,  Daryl Culp  DCulp@rbi.com |
| | Email Notification,  Legal COE  LegalCOE.litigation@rbi.com |
| | Email Notification,  Ricardo Kuan  RKuan@rbi.com |
| | Email Notification,  ATTN: Legal  RBIrobot02@rbi.com |
| | Email Notification,  Sharalea Andrade  SAndrade@rbi.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1209 N Orange St<br>Wilmington, DE 19801-1120 |
| **For Questions:** | 866-401-8252<br>EastTeam2@wolterskluwer.com |

Page 1 of  1 / AV

Information displayed on this transmittal is for CT
Corporation's record keeping purposes only and is provided to
the recipient for quick reference. This information does not
constitute a legal opinion as to the nature of action, the
amount of damages, the answer date, or any information
contained in the documents themselves. Recipient is
responsible for interpreting said documents and for taking
appropriate action. Signatures on certified mail receipts
confirm receipt of package only, not contents.

Filing # 108583851 E-Filed 06/09/2020 12:05:34 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2020-012173-CA06

**POMPILIO RAMON ANGELIS,**

        Plaintiff,

vs.

**BURGER KING CORPORATION**

        Defendant.

_____/

| | |
|---|---|
| Date: | 6/15/2020 |
| Time: | 2 3 PM |
| Server: | CY |
| ID #: | 202 |

**CIVIL ACTION SUMMONS**

**THE STATE OF FLORIDA:**

TO EACH SHERIFF OF THE STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint
in this lawsuit on Defendant:

**Burger King Corporation
By serving registered agent: C T Corporation System
1200 S. Pine Island Road
Plantation, FL 33324**

Each Defendant is required to serve written defenses to the Complaint or Petition on
Plaintiff's attorney, to wit:

**WILLIAM C. RUGGIERO, ESQUIRE
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
(954) 462-2300
Email: Ruggiero@wcrlaw.com**

within 20 days after service of this Summons on that Defendant, exclusive of the day of
service, and to file the original of the defenses with the Clerk of this Court, Miami-Dade
County Courthouse, 73 West Flagler Street, Miami, Florida 33130, either before service
on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will
be entered against that Defendant for the relief demanded in the Complaint or Petition.

                                            6/9/2020
**DATED ON** _____, 2020.

                        **HARVEY RUVIN**
                        as Clerk of said Court

(SEAL)                  BY: _____
                             Deputy Clerk

WCR:mc
June 9, 2020

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2020-012173-CA06

**POMPILIO RAMON ANGELIS,**

                Plaintiff,

vs.

**BURGER KING CORPORATION**

                Defendant.

_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, POMPILIO RAMON ANGELIS, by and through undersigned counsel and sues the Defendant, BURGER KING CORPORATION and alleges as follows:

1.      That this is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars.

2.      That the Plaintiff, POMPILIO RAMON ANGELIS, at all times material and relevant hereto was a resident of Bronx, New York and is sui juris.

3.      That the Defendant, BURGER KING CORPORATION is and has been at all times material hereto licensed to do business in the State of Florida.

4.      That on or about May 8, 2019 the Plaintiff, POMPILIO RAMON ANGELIS, was lawfully on the premises of the Defendant, BURGER KING CORPORATION located at 13201 S Dixie Hwy, Miami, FL, 33156 as a business invitee.

5.      That on or about May 8, 2019 the Defendant, BURGER KING CORPORATION by and through its agents, employees, and/or servants, had exclusive dominion, possession and control of the premises.

6.      That on or about May 8, 2019 the Defendant, BURGER KING

CORPORATION by and through its agents, employees, and/or servants, negligently and carelessly maintained the above mentioned premises, to-wit:  An employee of the Defendant was playing with tray, and dropped one on Plaintiff,  causing the Plaintiff, POMPILIO RAMON ANGELIS, to serious injuries.

7.      That the Defendant, BURGER KING CORPORATION either knew or should have known of the existence of the dangerous condition of the common area and should have taken steps to warn the Plaintiff, POMPILIO RAMON ANGELIS, of the existence of the dangerous condition.

8.      That the Defendant, BURGER KING CORPORATION had a non-delegable duty to maintain the common areas in a reasonably safe and proper condition for the general public.

9.      That the Defendant failed to maintain said common areas in a safe and proper condition.

10.     That the Defendant, BURGER KING CORPORATION was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for the Plaintiff.

11.     That the Defendant, BURGER KING CORPORATION  failed to warn the Plaintiff, POMPILIO RAMON ANGELIS, of the aforementioned condition and the risk involved in as much as the presence of the Plaintiff, POMPILIO RAMON ANGELIS, was known or reasonably foreseeable by the Defendant, BURGER KING CORPORATION and the Plaintiff, POMPILIO RAMON ANGELIS, neither knew nor should have known of said condition and risk by the use of reasonable care.

12.     That as a result of the Defendant's negligence, Plaintiff, POMPILIO RAMON ANGELIS, was severely injured.

13.     That as a direct and proximate result of the negligence of the Defendant, BURGER KING CORPORATION the Plaintiff, POMPILIO RAMON ANGELIS, was injured in and about his body and extremities, suffered pain therefrom, suffered

physical handicap, lost wages, loss of ability to earn money in the past and in the future, aggravation of a previously existing condition and suffered the inability to lead a normal life; all of which are permanent and continuing in nature.

14.    In addition, as a direct and proximate result of the Defendant, BURGER KING CORPORATION the Plaintiff, POMPILIO RAMON ANGELIS, incurred medical expenses in the treatment of injuries and will continue to incur said expenses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, BURGER KING CORPORATION and a trial by jury of all issues triable as a right by a jury.

DATED this 9th day of June, 2020.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone: (954) 462-2300
Email: Ruggiero@wcrlaw.com

BY:    /s/ William C. Ruggiero
       WILLIAM C. RUGGIERO
       Florida Bar No. 878499

WCR:mc

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIASL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

POMPILIO RAMON ANGELIS,

        Plaintiff,

vs.

                                     CASE NO.: 2020-012173-CA-06

BURGER KING CORPORATION, A Florida
Corporation,

        Defendants.

_____/

## BURGER KING CORPORATION FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF

Defendant BURGER KING CORPORATION ("Burger King"), by and through

undersigned counsel, and pursuant to Florida Rule of Civil Procedure 1.370, requests that Plaintiff,

POMPILIO RAMON ANGELIS, to admit or deny the following:

1.    Admit that you seek damages in excess of $75,000.00 exclusive of interest and
costs.

**RESPONSE:**

2.    Admit that you <u>do not</u> seek damages in excess of $75,000.00 exclusive of interest
and costs.

**RESPONSE:**

## SUPPLEMENTAL INTERROGATORY

3.  If any of the above Request for Admissions have been denied, please provide a factual

basis for the denial including witnesses and a list of all documents that support you factual basis.

**RESPONSE:**

1130270

CASE NO.:  2020 CA 001789

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing was served by e-Filing with the

Clerk of Court and via Florida e-Filing Portal to the following, this <u>10th</u> day of November, 2020.

Maria Vargas-Mejia-Ricart, Esq.
Gallardo Law Office, P.A.
8492 SW 8th Street
Miami, Florida 33144
Telephone (305) 261-7000
civil@gallardolawyers.com
maria.vargas@gallardolawyers.com
civil@gallardolawyers.com


<u>s/ Suzanne A. Singer</u>
ROBERT V. FITZSIMMONS
Florida Bar No.:  0355739
E-mail:  rfitzsimmons@rumberger.com
   docketingmiami@rumberger.com
   rfitzsimmonssecy@rumberger.com
SUZANNE A. SINGER
Florida Bar No.:  0946222
E-mail:  ssinger@rumberger.com
   ssingersecy@rumberger.com
   docketingmiami@rumberger.com
ALBERT LI
Florida Bar No.:  118778
E-mail:  ali@rumberger.com
   docketingmiami@rumberger.com
   alisecy@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580
Attorneys for Burger King Corporation

2